| | |
|---|---|
| 1 | David T. Biderman (Bar No. 101577) |
|   | DBiderman@perkinscoie.com |
| 2 | Jacqueline E. Young (Bar No. 280374) |
|   | JYoung@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, CA  94105-3204 |
|   | Telephone:  415.344.7000 |
| 5 | Facsimile:  415.344.7050 |
| 6 | Charles C. Sipos (*pro hac vice* pending) |
|   | CSipos@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4900 |
| 8 | Seattle, WA  98101-3099 |
|   | Telephone:  206.359.8000 |
| 9 | Facsimile:  206.359.9000 |
| 10 | Attorneys for Defendant |
|    | GENERAL MILLS SALES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY TRUXEL and STEPHEN HADLEY, individually, and on behalf of those similarly situated, and the general public,<br><br>                              Plaintiffs,<br><br>     v.<br><br>GENERAL MILLS SALES, INC.,<br><br>                              Defendant. | Case No. 3:16-cv-04957-MEJ<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Defendant
2  General Mills Sales, Inc. is a wholly-owned subsidiary of General Mills, Inc.  No other publicly
3  held company owns more than 10% of the stock of General Mills Sales, Inc. or has a pecuniary
4  interest in the outcome of this case.

5  Additionally, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this
6  date, other than the named parties and General Mills, Inc.—as Defendant General Mills Sales,
7  Inc.'s corporate parent—there is no such interest to report.

DATED:  September 9, 2016            **PERKINS COIE LLP**

By: */s/ Jacqueline Young*
    Jacqueline E. Young

Attorneys for Defendant
GENERAL MILLS SALES, INC.

-1-

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES
Case No. 3:16-cv-04957-MEJ
132643970.2