1  David T. Biderman (Bar No. 101577)
   DBiderman@perkinscoie.com
2  Jacqueline E. Young (Bar No. 280374)
   JYoung@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, CA  94105-3204
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Charles C. Sipos (applying for admission *pro hac vice*)
   CSipos@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101-3099
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10 Attorneys for Defendant
   GENERAL MILLS SALES, INC.
11

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                  SAN FRANCISCO DIVISION
15

16 | BEVERLY TRUXEL and STEPHEN HADLEY, individually, and on behalf of those similarly situated, and the general public, | Case No. 3:16-cv-04957-MEJ |
   |---|---|
   | Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* |
   | v. | |
   | GENERAL MILLS SALES, INC., | |
   | Defendant. | |

[PROPOSED] ORDER
Case No. 3:16-cv-04957-MEJ

1    IT IS HEREBY ORDERED THAT the application for admission to practice *pro hac vice* of Charles C. Sipos is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    September 15, 2016



-1-

[PROPOSED] ORDER
Case No. 3:16-cv-04957-MEJ