David T. Biderman (Bar No. 101577)
DBiderman@perkinscoie.com
Jacqueline E. Young (Bar No. 280374)
JYoung@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
Jeffrey M. Hanson (*pro hac vice*)
JHanson@perkinscoie.com
Mica D. Simpson (*pro hac vice*)
MSimpson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Defendant
General Mills Sales, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEVERLY TRUXEL and STEPHEN HADLEY, individually, and on behalf of those similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS SALES, INC.,<br><br>Defendant. | Case No. 4:16-cv-04957-JSW<br><br>The Honorable Jeffrey S. White<br><br>**DEFENDANT GENERAL MILLS SALES, INC.'S STATEMENT OF RECENT DECISION**<br><br>Civil L.R. 7-3 |

-1-

1    Pursuant to Civil Local Rule 7-3(d) and in support of Defendant General Mills Sales, Inc.'s ("General Mills") motion to dismiss, General Mills respectfully submits the following relevant judicial opinion published after the date General Mills' reply memorandum was filed with the Court: Judge Lucy Koh's recent decision in *Hadley v. Kellogg Sales Company*, No. 16-cv-04955-LHK, Dkt. 56 (N.D. Cal. Mar. 21, 2017), granting Kellogg Sales Company's motion to dismiss. A copy of the March 21, 2017 Order is attached hereto has Exhibit A.

DATED: March 24, 2017                **PERKINS COIE LLP**

By: */s/ Charles C. Sipos*
    Charles C. Sipos (*pro hac vice*)
    CSipos@perkinscoie.com

    David T. Biderman (Bar No. 101577)
    DBiderman@perkinscoie.com
    Jacqueline E. Young (Bar No. 280374)
    JYoung@perkinscoie.com
    PERKINS COIE LLP
    505 Howard Street, Suite 1000
    San Francisco, CA 94105-3204
    Telephone: 415.344.7000
    Facsimile: 415.344.7050

    Jeffrey M. Hanson (*pro hac vice*)
    JHanson@perkinscoie.com
    Mica D. Simpson (*pro hac vice*)
    MSimpson@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

    *Attorneys for Defendant General Mills Sales, Inc.*

-2-

GENERAL MILLS' STATEMENT OF RECENT DECISION
Case No. 4:16-cv-04957-JSW
134889961.1