**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

***Counsel for Plaintiff and the Putative Class***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY TRUXEL and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>          Plaintiffs,<br><br>                    v.<br><br>GENERAL MILLS SALES, INC.,<br><br>          Defendant. | Case No.: 4:16-cv-04957-JSW (MEJ)<br><br>CLASS ACTION<br><br>**THIRD AMENDED COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S FALSE ADVERITSING LAW, CONSUMERS LEGAL REMEDIES ACT, & UNFAIR COMPETITION LAW; AND BREACH OF EXPRESS & IMPLIED WARRANTIES**<br><br>DEMAND FOR JURY TRIAL |

# TABLE OF CONTENTS

INTRODUCTION................................................................................................1

THE PARTIES.................................................................................................1

JURISDICTION AND VENUE ..........................................................................2

FACTS ............................................................................................................2

A.   There Has Been a Recent Rise in Human Sugar Consumption .........................2

B.   The Body's Physiological Response to Excess Sugar Consumption.................6

    1.   The Body's Response to Glucose .................................................6

    2.   The Body's Response to Fructose................................................9

    3.   The Addiction Response .............................................................11

C.   There Has Been a Dramatic Rise in Obesity & Chronic Disease That
Parallels the Rise in Human Sugar Consumption .............................................11

D.   There is Substantial Scientific Evidence That Excess Sugar
Consumption Causes Metabolic Syndrome, Cardiovascular Disease,
Type 2 Diabetes, and Other Morbidity................................................12

    1.   Excess Sugar Consumption Causes Metabolic Syndrome ....................13

    2.   Excess Sugar Consumption Causes Type 2 Diabetes ..........................16

    3.   Excess Sugar Consumption Causes Cardiovascular Disease ................20

    4.   Excess Sugar Consumption Causes Liver Disease ...............................22

    5.   Excess Sugar Consumption Causes Obesity........................................23

    6.   Excess Sugar Consumption Causes Inflammation .................................27

i

7.    Excess Sugar Consumption Causes High Blood Triglycerides
      and Abnormal Cholesterol Levels................................................29

8.    Excess Sugar Consumption is Associated with Hypertension...............32

9.    Excess Sugar Consumption is Associated with Alzheimer's
      Disease, Dementia, and Cognitive Decline...............................34

10.   Excess Sugar Consumption is Linked to Some Cancers .......................35

GENERAL MILLS' MARKETING & SALE OF HIGH-SUGAR FOODS ......................35

A.    Cheerios............................................................................39
      1.    *Honey Nut*...............................................................39
      2.    *Apple Cinnamon*.....................................................40
      3.    *Frosted*....................................................................41
      4.    *Fruity*......................................................................42
      5.    *Banana Nut*...........................................................43
      6.    *Multi Grain*............................................................44
      7.    *Chocolate*...............................................................45
      8.    *Cinnamon Burst*.....................................................47
      9.    *Dulce de Leche*.......................................................48
      10.   *Multi Grain Peanut Butter* ....................................49
      11.   *Multi Grain Dark Chocolate Crunch* ....................49
      12.   *Honey Nut Medley Crunch*....................................50
      13.   *Cheerios + Ancient Grains* ....................................51

B.    Fiber One ..........................................................................52
      1.    *Raisin Bran Clusters*...............................................52
      2.    *Honey Clusters*.......................................................53
      3.    *Nutty Clusters & Almonds*......................................55
      4.    *Protein Maple Brown Sugar* ..................................56
      5.    *Protein Cranberry Almond* ....................................57

C.    Chex Cereal ......................................................................58
      1.    *Chocolate* ...............................................................58
      2.    *Cinnamon* ...............................................................59
      3.    *Honey Nut* ..............................................................59
      4.    *Vanilla* ....................................................................60
      5.    *Apple Cinnamon*.....................................................61

ii

D. Single- or Limited-Variety Cereals ................................................ 61
  1. *Basic 4* ............................................................................ 61
  2. *Raisin Nut Bran* .............................................................. 62
  3. *Oatmeal Crisp - Crunchy Almond & Hearty Raisin* ................ 63

E. Children's Cereals .......................................................................... 65
  1. *Honey Kix* ....................................................................... 65
  2. *Cinnamon Toast Crunch* .................................................. 66
  3. *Cocoa Puffs* ..................................................................... 68
  4. *Lucky Charms* ................................................................. 69
  5. *Trix* ................................................................................. 71

GENERAL MILLS' UNLAWFUL ACTS AND PRACTICES .......................... 73

A. General Mills Marketed and Continues to Market its Food Products
   with Health and Wellness Claims that are Deceptive in Light of the
   their High Added Sugar Content ................................................. 73

   1. General Mills Affirmatively Misrepresents that Some High-
      Sugar Products are "Healthy," "Nutritious," or "Wholesome" .......... 73

   2. General Mills Affirmatively Misrepresents that Consuming
      Some of its High-Sugar Products Will Promote Bodily Health,
      Prevention of Disease, or Weight Loss ..................................... 77

   3. Even When Not Stating So Expressly, General Mills Strongly
      Suggests Its High-Sugar Products are Healthy ......................... 79

      a. General Mills Touts Its High-Sugar Products' Whole
         Grain, Fiber, and Protein Content to Distract From their
         High Amounts of Added Sugar .......................................... 79

      b. General Mills Leverages a Deceptive Industry
         "Certification" Program—the Whole Grains Council
         Stamp—to Make its High-Sugar Products Appear
         Healthy .......................................................................... 80

      c. General Mills Deceptively Omits, Intentionally Distracts
         From, and Otherwise Downplays Its Foods' High Added
         Sugar Content ................................................................ 81

iii

4.    General Mills Immorally Markets Some High-Sugar Products to Children, Who Are Among the Most Vulnerable to the Dangers of Excess Added Sugar Consumption ..................................83

5.    General Mills Knows or Reasonably Should Know of the Strong Scientific Evidence Demonstrating Its High-Sugar Products are Unhealthy to Consume, But Fails to Warn Consumers of the Known Dangers ..........................................84

6.    General Mills Violates FDA Food Labeling Regulations ....................85

      a.    In Violation of State and Federal Regulations, General Mills' Health and Wellness Statements are False, Misleading, and Incomplete..........................................85

      b.    General Mills Violates Regulations Governing Health Claims ..................................................................................86

            i.    "Can Help Lower Cholesterol" Claims...........................86

            ii.   Claims Linking Dietary Saturated Fat and Cholesterol and Risk of Coronary Heart Disease; and Related Packaging Claims..........................87

            iii.  Claims Related to FDAMA-Authorized Health Claims....................................................................89

            iv.   Health Claim Linking Low Sugar and Heart Health..........89

            v.    Health Claim Regarding Blood Pressure (Hypertension)..............................................................89

            vi.   Incomplete Health Claims .............................................89

      c.    General Mills Makes an Unlawful Nutrient Content Claim on *Chocolate Cheerios*..........................................90

B.    General Mills Designed Deceptive Opposition Research to Justify the High Amounts of Added Sugar in its Cereals ..................................91

iv

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

C.    General Mills Used its Website and Other Online Fora—as Referenced on the Products' Packaging—to Spread Misinformation about the Dangers of Consuming the Added Sugar in its Cereals ...................92

D.    The Foregoing Behaviors are Part of General Mills' Longstanding Policy, Practice, and Strategy of Marketing its High-Sugar Products as Healthy in Order to Increase Sales and Profit ..................................103

E.    General Mills' Policy and Practice of Marketing High-Sugar Products as Healthy is Especially Harmful Because Consumers Generally Eat More than One Serving of Cereal at a Time, Which General Mills Knows ..............................................................................................................103

PLAINTIFFS' PURCHASES, RELIANCE, AND INJURY ...............................................105

A.    Plaintiff Beverly Truxel .................................................................................105

B.    Plaintiff Stephen Hadley ................................................................................108

CLASS ACTION ALLEGATIONS .........................................................................113

CAUSES OF ACTION .........................................................................................115

PRAYER FOR RELIEF ........................................................................................122

JURY DEMAND ................................................................................................123

v

Plaintiffs Bev Truxel and Stephen Hadley, on behalf of themselves, all others similarly situated, and the general public, by and through their undersigned counsel, hereby bring this action against General Mills Sales, Inc. ("General Mills"), and allege the following upon their own knowledge, or where they lack personal knowledge, upon information and belief including the investigation of their counsel.

## INTRODUCTION

1.     The scientific evidence is compelling: Excessive consumption of added sugar is **toxic** to the human body. Experimentally sound, peer-reviewed studies and meta-analyses convincingly show that consuming excessive added sugar—any amount above approximately 5% of daily caloric intake—greatly increases the risk of heart disease, diabetes, liver disease, and a wide variety of other chronic morbidity.

2.     Despite the compelling evidence that sugar acts as a chronic liver toxin, detrimentally affecting health, to increase the price and sales of its products, General Mills leverages a policy and practice of marketing high-sugar cereals with health and wellness claims. These claims, however, are deceptive because they are incompatible with the significant dangers of the excessive added sugar consumption to which these foods contribute.

3.     Plaintiffs bring this action against General Mills on behalf of themselves, other General Mills consumers, and the general public, primarily to enjoin General Mills from continuing to engage in its practice of using deceptive health and wellness claims to market high-sugar cereals.

## THE PARTIES

4.     Plaintiff Beverly Truxel is a resident of San Juan Bautista, California.

5.     Plaintiff Stephen Hadley was a resident of Monterey, California at the date of the filing of this action, and is now a resident of San Antonio, Texas.

6.     Defendant General Mills Sales, Inc. is a Delaware corporation with its principal place of business at 1 General Mills Boulevard, Golden Valley, Minnesota 55426.

## JURISDICTION AND VENUE

7.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A), the Class Action Fairness Act, because the matter in controversy exceeds the sum or value of $5,000,000 exclusive of interest and costs, at least one member of the class of plaintiffs is a citizen of a state different from General Mills. In addition, more than two-thirds of the members of the class reside in states other than the state in which General Mills is a citizen and in which this case is filed, and therefore any exceptions to jurisdiction under 28 U.S.C. § 1332(d) do not apply.

8.     The Court has personal jurisdiction over General Mills pursuant to Cal. Code Civ. P. § 410.10, as a result of General Mills' substantial, continuous and systematic contacts with the state, and because General Mills has purposely availed itself of the benefits and privileges of conducting business activities within the state.

9.     Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and (c), because General Mills resides (*i.e.*, is subject to personal jurisdiction) in this district, and a substantial part of the events or omissions giving rise to the claims occurred in this district.

## FACTS

**A.     There Has Been a Recent Rise in Human Sugar Consumption**

10.     Sugars are sweet, short-chain, soluble carbohydrates. Simple sugars are called monosaccharides, while disaccharides are formed when two monosaccharides undergo a condensation reaction. The three most common sugars in our diets are fructose, glucose, and sucrose. Other sugars, like lactose, found in milk, and maltose, formed during the germination of grains like barley, are not generally consumed in large amounts. Glucose is a monosaccharide that occurs naturally in fruits and plant juices and is the primary product of photosynthesis. Most ingested carbohydrates (like bread and pasta) are converted into glucose during digestion, and glucose is the form of sugar transported around the body in the bloodstream, and used by the cells for energy. Fructose is a monosaccharide that occurs naturally in fruits and honey. It is the sweetest of the sugars. Sucrose is a disaccharide

comprised of one molecule of glucose chemically linked to one molecule of fructose. It is found in sugar cane and beets. Common table sugar is sucrose. During digestion and prior to blood absorption, enzymes called sucrases cleave a sucrose molecule into its constituent parts, glucose and fructose.

11.     Humans' consumption of sugar has shifted dramatically over time. Cro-Magnon men during the Paleolithic age were hunters and gatherers, with a diet mainly comprised of meat, high in protein, moderate in fat, and low in carbohydrates. Fruits and berries were the major source of carbohydrates, and starch consumption was low.[1] In 1200 B.C., a process was developed in India for extracting sugar in the form of cane juice called khanda, which is where the word "candy" comes from. For nearly 3,000 years, sugar was rare, reserved for nobility. The invention of the pot still in 1700 A.D., however, allowed mass production of refined sugar. But it was still extraordinarily expensive until the middle of the 18th century, when there was a worldwide growth in sugar production, including in America. Thus, humans have been consuming sugar in substantial amounts for less than 300 years.

12.     For most of that time, Americans' sugar consumption was almost exclusively table sugar, with only small amounts of glucose and fructose ingested from fruit.[2] And sugar was a condiment, added to coffee or tea, with control over the amount eaten.

13.     In the 1960s, the food industry developed technologies to extract starch from corn, then convert it to glucose, some of which could then be converted to fructose, leading to the development of corn-derived sweeteners, most notably high-fructose corn syrup (HFCS).[3] Although HFCS is comprised of both fructose and glucose, unlike with sucrose, the fructose is not chemically bound to the glucose in a new molecule. Thus the fructose in HFCS

---

[1] Tappy, L., et al., "Metabolic Effects of Fructose in the Worldwide Increase in Obesity," *Physiology Review*, Vol. 90, 23-46, at 24 (2010) [hereinafter "Tappy, Metabolic Effects of Fructose"].

[2] *Id.*

[3] *Id.* (citation omitted).

is referred to as "free" fructose. HFCS can be produced with different fructose-to-glucose ratios. The most common are HFCS-42 and HFCS-55, containing 42% and 55% fructose. Some HFCS, however, can be as much as 90% fructose, *i.e.*, HFCS-90. Food manufacturers have recently begun referring to HFCS-90 on food label ingredients statements as simply "fructose."

14.     Fructose is sweeter than either glucose or sucrose. In fruit, it serves as a marker for foods that are nutritionally rich. Before the development of the worldwide sugar industry, fructose in the human diet was limited to items like honey, dates, raisins, molasses, figs, grapes, raw apples, apple juice, persimmons, and blueberries (which contain approximately 10-15% fructose). Food staples like milk, vegetables, and meat have essentially no fructose. Thus, until relatively recently, human beings have had little dietary exposure to fructose.[4]

15.     But the low cost and long shelf-life of HFCS has contributed to a rapid increase in its consumption over the last 45 years, and thus the consumption of fructose. Between 1970 and 2000, the United States' yearly per capita HFCS consumption went from 0.292 kg per person, to 33.4 kg per person, a greater than 100-fold increase.[5]

16.     Today, the majority of sugars in typical American diets are added to foods during processing, preparation, or at the table.[6] The two primary sources of added sugar in processed food are HFCS and sucrose (*i.e.*, granulated sugar used, for example, in baked goods). Added

---

[4] Bray, G., "How bad is fructose?," *American Journal of Clinical Nutrition*, Vol. 86, 895-96 (2007) [hereinafter, "Bray, How Bad is Fructose?"].

[5] Bray, G.A., et al., "Consumption of high-fructose corn syrup in beverages may play a role in the epidemic of obesity," *American Journal of Clinical Nutrition*, Vol. 79, 537-43, at 537, 540 (2004) [hereinafter "Bray, HFCS Role in Obesity Epidemic"].

[6] U.S. Dep't of Agric. & U.S. Dep't of Health & Human Servs., "Dietary Guidelines for Americans, 2010," at 27 (2010) *available at* http://www.health.gov/dietaryguidelines/dga2010/DietaryGuidelines2010.pdf.

sugar is in more than 74% of processed foods,[7] under more than 60 different names.[8] Although the tendency is to associate sugar with sweets, added sugar is found in many savory processed foods, like bread, soup, and pasta sauce.

17.     There has been a rise over the past 45 years in Americans' consumption of added sugars. From 1970 to 2000, there was a 25% increase in available added sugars in the U.S.[9] The American Heart Association found that between 1970 and 2005, sugars available for consumption increased by an average of 76 calories per day, from 25 teaspoons (400 calories) to 29.8 teaspoons (476 calories), a 19% increase.[10] The Continuing Survey of Food Intake by

---

[7] Ng, S.W., et al., "Use of caloric and non-caloric sweeteners in US consumer packaged foods, 2005-9, *Journal of the Academy of Nutrition and Dietetics*, Vol. 112, No. 11, 1828-34 (2012).

[8] Some examples: Agave nectar, Barbados sugar, Barley malt, Barley malt syrup, Beet sugar, Brown sugar, Buttered syrup, Cane juice, Cane juice crystals, Cane sugar, Caramel, Carob syrup, Castor sugar, coconut palm sugar, Coconut sugar, Confectioner's sugar, Corn sweetener, Corn syrup, Corn syrup solids, Date sugar, Dehydrated case juice, Demerara sugar, Dextrin, Dextrose, Evaporated cane juice, Free-flowing brown sugars, Fructose, Fruit juice, Fruit juice concentrate, Glucose, Glucose solids, Golden sugar, Golden syrup, Grape sugar, High-Fructose Corn Syrup (HFCS), Honey, Icing sugar, Invert sugar, Malt syrup, Maltodextrin, Maltol, Maltose, Mannose, Maple syrup, Molasses, Muscovado, Palm sugar, Panocha, Powdered sugar, Raw sugar, Refiner's syrup, Rice syrup, Saccharose, Sorghum Syrup, Sucrose, Sugar (granulated), Sweet Sorghum, Syrup, Treacle, Turbinado sugar, and Yellow sugar.

[9] Bray, How Bad is Fructose?, *supra* n.4, at 895 (citing Havel, P.J., "Dietary fructose: implications for dysregulation of energy homeostasis and lipid/carbohydrate metabolism, *Nutrition Reviews*, Vol. 63, 133-57 (2005) [hereinafter, "Havel, Dietary Fructose"]).

[10] Johnson, R.K., et al., on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition, Physical Activity, and Metabolism and Council on Epidemiology and Prevention, "Dietary Sugars Intake and Cardiovascular Health: A Scientific Statement From the American Heart Association," *Circulation*, Vol. 120, 1011-20, at 1016-17 (2009) [hereinafter "AHA Scientific Statement"]. *See also* World Health Organization, Sugars intake for adult and children: Guideline" (March 4, 2014) *available at* http://www.who.int/nutrition/publications/guidelines/sugars_intake/en (Based on scientific evidence, recommending adults and children reduce daily intake of free sugars to less than 10% of total energy intake and noting that "[a] further reduction to below 5% or roughly 25 grams (6 teaspoons) per say would provide additional health benefits.").

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

Individuals from 1994 to 1996 showed that the average person had a daily added sugars intake of 79 grams, equal to 316 calories and about 15% of energy intake. Those in the top one-third of fructose consumption ingested 137 grams of added sugars per day (548 calories, about 26% of energy per day), and those in the top 10% of fructose consumption ingested 178 grams of fructose per day (712 calories, about 34% of energy).[11]

18.     In 2014, researchers analyzing data obtained from National Health and Nutrition Examination Survey (NHANES) showed that during the most recent period of 2005-2010, the mean percent of calories from added sugar in the American diet was 14.9%. Most adults, 71.4%, consumed 10% or more of their calories from added sugar, while about 10% of adults consumed 25% or more of their calories from added sugar.[12]

19.     Today, "the vast majority of the U.S. population exceeds recommended intakes of . . . added sugars."[13] Despite some reduction in added sugar intake recently, "intakes of added sugars are still very high . . . and are well above recommended limits . . . ."[14] Approximately 90% of the population exceeds recommended daily limits.[15]

**B.     The Body's Physiological Response to Excess Sugar Consumption**

    **1.     The Body's Response to Glucose**

20.     The body needs some glucose, largely to meet the brain's metabolic demands,

---

[11] Bray, How Bad is Fructose?, *supra* n.4, at 895.

[12] Yang, Quanhe, et al., "Added Sugar Intake and Cardiovascular Diseases Mortality Among US Adults," *Journal of the American Medical Association*, at E4-5 (published online Feb. 3, 2014) [hereinafter, "Yang, NHANES Analysis"].

[13] U.S. Dep't of Agric. & U.S. Dep't of Health & Human Servs., "Scientific Report of the 2015 Dietary Guidelines Advisory Committee: Advisory Report to the Secretary of Health and Human Services and the Secretary of Agriculture," at 26 (February 2015), *available at* http://www.health.gov/dietaryguidelines/2015-scientific-report/PDFs/Scientific-Report-of-the-2015-Dietary-Guidelines-Advisory-Committee.pdf.

[14] *Id.* at 38.

[15] *Id.* at 35.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

but also because all living cells use glucose for energy. Blood glucose levels below 25mg/dL may result in coma, seizure, or death, while levels consistently exceeding 180 mg/dL can cause long-term damage, including renal failure and atherosclerosis.

21.    For these reasons, blood glucose concentration is tightly-regulated by homeostatic regulatory systems. When blood glucose rises after a meal, beta cells in the pancreas secrete insulin into the blood, which helps muscle, fat, and liver cells absorb the glucose for energy, lowering the blood sugar. Too little blood sugar stimulates the secretion of hormones that counteract the insulin and thus restore normal blood sugar.[16]

22.    During certain steps in processing glucose, the body forms fructose. However, unlike with glucose, there is no biological need for dietary fructose, *i.e.*, fructose consumed from food, whether fruit, honey, HFCS, or some other form. Moreover, unlike glucose, fructose does not directly stimulate insulin secretion.

23.    The body processes glucose and fructose differently. With little processing, fructose passes through the small intestine, into blood bound for the liver, so that it is taken up nearly 100% for processing in the liver (a characteristic shared by substances commonly referred to as poisons). By contrast, glucose is both "burned up" by cells directly, and processed elsewhere outside the liver, so that the liver must process only 20% of glucose consumed.

24.    So much glucose is burned up prior to liver processing, because all the body's cells contain a transporter that, when stimulated by insulin, takes in glucose from the blood. By contrast, fructose can only be absorbed by cells that contain a different transporter, which most cells lack.

25.    The liver is capable of processing relatively small amounts of sugar, meted out slowly. This is one of the reasons that eating the fructose in fruit is not problematic: the fiber slows the sugar's uptake, and some sugars encased in fiber may not even be released, and

---

[16] Ludwig, David S., "The Glycemic Index: Physiological Mechanisms Relating to Obesity, Diabetes, and Cardiovascular Disease," *Journal of the American Medical Association*, Vol. 287, No. 18, 2414-23, at 2415 (May 8, 2002) (citation omitted).

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

thus fruit consumption does not overwhelm the liver. Fruit also comes packaged with nutrients, like vitamins, that are beneficial for health, and sends satiation signals to the brain, telling it that the body is full.

26.    Because the liver has some capacity to process sugar, there does appear to be a "safe" threshold of daily added sugar consumption, small enough not to overload the liver: approximately 5% of calories, or about 38 grams (9 teaspoons, 150 calories) per day for men, 25 grams (6 teaspoons, 100 calories) per day for women,[17] and 12-15 grams (3-6 teaspoons, 50-60 calories) for children depending on age and caloric needs.[18]

27.    But the long-term consumption of excess sugar can have dire physiological consequences, acting as a chronic, dose-dependent liver toxin, overloading the liver and causing chronic metabolic disease, also sometimes called metabolic syndrome, a cluster of symptoms that, when present together, increase a person's risk of chronic disease like cardiovascular disease and type 2 diabetes.

28.    When excess sugar consumption overloads the liver, the glucose increases insulin secretion, while the fructose gets turned into liver fat, causing insulin resistance. The combination over time results in rapid and dramatic increases in blood glucose and insulin concentrations.[19] Over time, individuals with frequent insulin secretion may develop insulin resistance, where the body produces insulin but does not use it effectively, so that glucose builds up in the blood instead of being absorbed by the cells. Because the muscle, fat, and

[17]    AHA Scientific Statement, *supra* n.10. Similarly, the World Health Organization recommends that no more than 10% of an adult's calories—and ideally less than 5%—should come from added sugar or from natural sugars in honey, syrups, and fruit juice.

[18] *See* "How Much Is Too Much?," *at* http://www.sugarscience.org/the-growing-concern-of-overconsumption.

[19] Janssens, J.P., et al., "Effects of soft drink and table beer consumption on insulin response in normal teenagers and carbohydrate drink in youngsters," *European Journal of Cancer Prevention*, Vol. 8, 289-95 (1999) ("In contrast to table beer, consumption of regular soft drinks induced a fast and dramatic increase in both glucose and insulin concentration within a maximum 1 hour after consumption.").

liver cells do not respond properly to insulin and thus cannot easily absorb glucose from the bloodstream, the body needs higher levels of insulin. Eventually the pancreas' beta cells cannot keep up with this increasing demand, and over time can no longer produce enough insulin to overcome insulin resistance, so blood glucose levels remain high.

29.     Currently, about two-thirds of the American population is overweight, about one-quarter to one-third is diabetic or pre-diabetic, and another one-quarter is hypertensive. Many Americans also have high serum triglycerides. Insulin resistance is a component of all of these health issues.

30.     Energy deposition into fat cells by insulin stimulate them to secrete a hormone called leptin, which is a natural appetite suppressant that tells the brain the body is full and can stop eating. Generally, glucose suppresses the hunger hormone, ghrelin, and stimulates leptin. But high insulin levels brought on by excess sugar consumption have been linked to leptin resistance, where the brain is desensitized to the hormone and so no longer "hears" the message to stop eating.[20] Because increased insulin makes the body feel hungry, excess sugar consumption can create a vicious cycle in which the more sugar one eats, the hungrier one feels.

### 2.     The Body's Response to Fructose

31.     But it is the fructose, found in most processed foods, that appears to cause the greatest harm in the shortest amount of time. Nearly all added sugars contain significant amounts of fructose. For example, HFCS typically contains nearly 42% or 55% fructose, while table sugar and other sweeteners, like cane sugar, contain 50% fructose.

32.     Fructose is the most lipophilic carbohydrate, meaning it easily converts to a form, glycerol, that supports conversion to fats, including free fatty acids, a damaging form of cholesterol called very low-density lipoprotein (VLDL), and triglycerides, which get stored

---

[20] Shapiro, A., et al., "Fructose-induced leptin resistance exacerbates weight gain in response to subsequent high-fat feeding," *American Journal of Physiology, Regulatory, Integrative and Comparative Physiology*, Vol. 295, No. 5, R1370-75 (2008).

as fat. Studies in humans and animals have shown that fructose is preferentially metabolized to lipid (fat) in the liver, leading to increased triglyceride levels, which are associated with insulin resistance and cardiovascular disease.[21] Fatty acids created during fructose metabolism accumulate as fat droplets in the liver, also causing insulin resistance, as well as non-alcoholic fatty liver disease. In addition, when the liver turns excess sugar into liver fat and becomes insulin resistant, that generates hyperinsulinemia, which drives energy storage into body fat.

33.    Glucose does not do this. Following consumption of 120 calories of glucose, less than 1 calorie should be stored as fat, while 120 calories of fructose should result in 40 calories being stored as fat.

34.    The metabolism of fructose also creates several waste products and toxins, including uric acid, which drives up blood pressure, causes gout, and is a risk factor for cardiovascular disease because the production of uric acid utilizes nitric oxide, a key modulator of vascular function, and causes inflammation. Experimental human studies confirm that fructose feeding raises serum uric acid levels.[22]

35.    Moreover, fructose interferes with the brain's communication with leptin, which may result in overeating. And while glucose suppresses ghrelin, thus reducing hunger, fructose has no effect on ghrelin.

---

[21] Elliot, S.S., et al., "Fructose, weight gain, and the insulin resistance syndrome," *American Journal of Clinical Nutrition*, Vol. 76, 911-22 (2002) [hereinafter, "Elliot, Fructose & Insulin Resistance"]; Bray, How Bad is Fructose?, *supra* n.4; Havel, Dietary Fructose, *supra* n.9.

[22] Nguyen, S., et al., "Sugar Sweetened Beverages, Serum Uric Acid, and Blood Pressure in Adolescents," *Journal of Pediatrics*, Vol. 154, No. 6, 807-13 (June 2009) (citations omitted) [hereinafter, "Nguyen, Serum Uric Acid"]; Johnson, R.J., "Potential role of sugar (fructose) in the epidemic of hypertension, obesity and the metabolic syndrome, diabetes, kidney disease, and cardiovascular disease," *American Journal of Clinical Nutrition*, Vol. 86, 899-906 (2007); Nakagawa, T., et al., "A causal role for uric acid in fructose-induced metabolic syndrome," *American Journal of Physiology*, Vol. 290, F625-31 (2006).

### 3.    The Addiction Response

36.    Research shows that, for some people, eating sugar produces characteristics of craving and withdrawal, along with chemical changes in the brain's reward center, the limbic region, which can be similar to those of people addicted to drugs like cocaine and alcohol.[23] These changes are linked to a heightened craving for more sugar.[24] This can create a vicious cycle leading to chronic illness.

## C.    There Has Been a Dramatic Rise in Obesity & Chronic Disease That Parallels the Rise in Human Sugar Consumption

37.    As noted above, there was a dramatic rise in Americans' use of sugar, first in the mid-18th century, then again starting in the United States in about 1970, with the introduction into the market of HFCS. Concurrently with these changes in the diet have been alarming rises in obesity and chronic disease.

38.    In 1924, New York City health commissioner Haven Emerson noted a seven-fold increase in diabetes rate in the city. In 1931, Dr. Paul Dudley White, a cardiologist at Massachusetts General Hospital, warned of an epidemic of heart disease. And in 1988, scientists learned about the advent of adolescent type 2 diabetes.

39.    In 2004, researchers reported their analysis of food consumption patterns from 1967 to 2000. Noting that HFCS consumption increased more than 1,000% from 1970 to 1990, "far exceeding the changes in intake of any other food or food group," researchers found this "mirrors the rapid increase in obesity" seen during the same period, as demonstrated in the below graphic.[25]

---

[23] Volkow, N.D., et al., "Drug addiction: the neurobiology of behavior gone awry," *Nature Reviews Neuroscience*, Vol. 5, No. 12, 963-70 (2004); Brownell, K.D., et al., "Food and addiction: A comprehensive handbook," *Oxford University Press* (2012).

[24] Avena, N., "Evidence for sugar addiction: behavioral and neurochemical effects of intermittent, excessive sugar intake," *Neuroscience Behavior Review*, Vol. 52, No. 1, 20-39 (2008).

[25] Bray, HFCS Role in Obesity Epidemic, *supra* n.5, at 537, 540-41 & Table 2; *see also* Flegal, K.M., et al., "Prevalence and trends in obesity among US adults, 1999-2000," *Journal*



**FIGURE 1.** Estimated intakes of total fructose (●), free fructose (▲), and high-fructose corn syrup (HFCS, ♦) in relation to trends in the prevalence of overweight (■) and obesity (x) in the United States. Data from references 7 and 35.

40.     Besides the compelling circumstantial evidence that increased sugar consumption has led to chronic disease, there is substantial research showing the causal mechanisms of disease and demonstrating substantial increased risk of chronic disease with excess sugar consumption.

**D.     There is Substantial Scientific Evidence That Excess Sugar Consumption Causes Metabolic Syndrome, Cardiovascular Disease, Type 2 Diabetes, and Other Morbidity**

41.     Research shows that overloading the mitochondria—the energy-burning factories within the cells—in any given organ will manifest various forms of chronic metabolic disease. Whatever organ becomes insulin resistant manifests its own chronic metabolic disease. For example, insulin resistance of the liver leads to type 2 diabetes. Insulin resistance of the brain causes Alzheimer's disease. Insulin resistance of the kidney leads to chronic renal disease.

42.     After artificial trans fat, the chemical that most overloads mitochondria is sugar.

---

*of the American Medical Association*, Vol. 288, 1723-27 (2002); Putnam, J.J., et al., "Food consumption, prices and expenditures, 1970-97," *U.S. Department of Agriculture Economic Research Service statistical bulletin no. 695* (April 1999).

**1.      Excess Sugar Consumption Causes Metabolic Syndrome**

43.      Excess consumption of added sugar leads to metabolic syndrome by stressing and damaging crucial organs, including the pancreas and liver. When the pancreas, which produces insulin, becomes overworked, it can fail to regulate blood sugar properly. Large doses of fructose can overwhelm the liver, which metabolizes fructose. In the process, the liver will convert excess fructose to fat, which is stored in the liver and released into the bloodstream. This process contributes to key elements of metabolic syndrome, including high blood fats and triglycerides, high cholesterol, high blood pressure, and extra body fat, especially in the belly.[26]

44.      Metabolic disease has been linked to type 2 diabetes, cardiovascular disease, obesity, polycystic ovary syndrome, nonalcoholic fatty liver disease, and chronic kidney disease, and is defined as the presence of any three of the following:

   a.      Large Waist Size (35" or more for women, 40" or more for men);

   b.      High triglycerides (150mg/dL or higher, or use of cholesterol medication);

   c.      High total cholesterol, or HDL levels under 50mg/dL for women, and 40 mg for men;

   d.      High blood pressure (135/85 mm or higher); or

   e.      High blood sugar (100mg/dL or higher).

45.      More generally, "metabolic abnormalities that are typical of the so-called metabolic syndrome . . . includ[e] insulin resistance, impaired glucose tolerance, high concentrations of circulating triacylglycerols, low concentrations of HDLs, and high

---

[26] Te Morenga, L., et al., "Dietary sugars and body weight: systematic review and meta-analyses of randomized controlled trials and cohort studies," *BJM* (January 2013) [hereinafter, "Te Morenga, Dietary Sugars & Body Weight"].

concentrations of small, dense LDLs."[27]

46.    56 million Americans have metabolic syndrome, or about 22.9% over the age of 20, placing them at higher risk for chronic disease.

47.    In 2010, Harvard researchers published a meta-analysis of three studies, involving 19,431 participants, concerning the effect of consuming sugar-sweetened beverages on risk for metabolic syndrome. They found participants in the highest quantile of 1-2 servings per day[28] had an average 20% greater risk of developing metabolic syndrome than did those in the lowest quantile of less than 1 serving per day, showing "a clear link between SSB consumption and risk of metabolic syndrome . . . ."[29]

48.    Researchers who studied the incidence of metabolic syndrome and its components in relation to soft drink consumption in more than 6,000 participants in the Framingham Heart Study found that individuals who consumed 1 or more soft drinks per day (*i.e.*, 140-150 calories and 35-37.5 grams of sugar or more) had a 48% higher prevalence of metabolic syndrome than infrequent consumers, those who drank less than 1 soft drink per day. In addition, the frequent-consumer group had a 44% higher risk of developing metabolic syndrome.[30]

49.    Recently, researchers concluded a study to determine whether the detrimental

---

[27] Fried, S.K., "Sugars, hypertriglyceridemia, and cardiovascular disease," *American Journal of Clinical Nutrition*, Vol. 78 (suppl.), 873S-80S, at 873S (2003) [hereinafter, "Fried, Hypertriglyceridemia"].

[28] Because 1 sugar-sweetened beverage typically has 140-150 calories and 35-37.5 grams of sugar per 12-ounce serving, this is equivalent to between 140 and 300 calories per day, and 35 to 75 grams of sugar per day.

[29] Malik, Vasanti S., et al., "Sugar-Sweetened Beverages and Risk of Metabolic Syndrome and Type 2 Diabetes," *Diabetes Care*, Vol. 33, No. 11, 2477-83, at 2477, 2480-81 (November 2010) [hereinafter "Malik, 2010 Meta-Analysis"].

[30] Dhingra, R., et al., "Soft Drink Consumption and Risk of Developing Cardiometabolic Risk Factors and the Metabolic Syndrome in Middle-Aged Adults in the Community," *Circulation*, Vol. 116, 480-88 (2007) [hereinafter "Dhingra, Cardiometabolic Risk"].

effects of dietary sugar were due to extremely high dosing, excess calories, or because of its effects on weight gain, rather than caused by sugar consumption directly.[31] In other words, the researchers dissociated the metabolic effects of dietary sugar from its calories and effects on weight gain.

50.   Because the researchers did not want to *give* subjects sugar to see if they got sick, they instead took sugar away from people who were already sick to see if they got well. But if subjects lost weight, critics would argue that the drop in calories or weight loss was the reason for the clinical improvement. Therefore, the researchers designed the study to be isocaloric, by giving back to subjects the same number of calories in starch that were taken away in sugar. The study involved 43 children, ages 8 to 19, each obese with at least one other co-morbidity demonstrating metabolic problems. All were high consumers of added sugar in their diets.[32]

51.   To perform the study, researchers assessed subjects' home diets by two questionnaires to determine how many calories, and how much fat, protein, and carbohydrate they were eating. Subjects were then tested at a hospital based on their home diets. Then, for the next 9 days, researchers catered the subjects' meals. The macronutrient percentages of fat, protein, and carbohydrate were not changed. Subjects were fed them the same calories and percent of each macronutrient as their home diet; but within the carbohydrate fraction, researchers took the added sugar out, and substituted starch. For example, researchers took pastries out, and put bagels in; took yogurt out, and put baked potato chips in; took chicken teriyaki out, and put turkey hot dogs in (although subjects were still given whole fruit). Researchers reduced subjects' dietary sugar consumption from 28% to 10% of calories. Researchers also gave subjects a scale to take home, and each day they would weigh

---

[31] Robert H. Lustig, et al., "Isocaloric Fructose Restriction and Metabolic Improvement in Children with Obesity and Metabolic Syndrome," *Pediatric Obesity*, Vol. 24, No. 2, 453-60 (Feb. 2016).

[32] *See id.* at 453-54.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

themselves. If they were losing weight, they were instructed to eat more. The goal was for subjects to remain weight-stable over the 10 days of study. On the final day, subjects came back to the hospital for testing on their experimental low-added sugar diet. The study team analyzed the pre- and post-data in a blinded fashion so as not to introduce bias.[33]

52.     Researchers analyzed three types of data. First, diastolic blood pressure decreased by 5 points. Second, baseline blood levels of analytes associated with metabolic disease, such as lipids, liver function tests, and lactate (a measure of metabolic performance) all improved significantly. Third, fasting glucose decreased by 5 points. Glucose tolerance improved markedly, and fasting insulin levels fell by 50%. Each of these results was highly-statistically-significant.[34]

53.     In sum, the study indicated that subjects improved their metabolic status in just 10 days, even while eating processed food, by just removing added sugar and substituting starch. The metabolic improvement, moreover, was unrelated to changes in weight or body fat.

## 2.     Excess Sugar Consumption Causes Type 2 Diabetes

54.     Diabetes affects 25.8 million Americans, and can cause kidney failure, lower-limb amputation, and blindness. In addition, diabetes doubles the risk of colon and pancreatic cancers and is strongly associated with coronary artery disease and Alzheimer's disease.[35]

55.     In 2010, Harvard researchers also performed a meta-analysis of 8 studies concerning sugar-sweetened beverage consumption and risk of type 2 diabetes, involving a

---

[33] See id. at 454-55.

[34] See id. at 455-56.

[35] Aranceta Bartrina, J. et al., "Association between sucrose intake and cancer: a review of the evidence," *Nutrición Hospitalaria*, Vol. 28 (Suppl. 4), 95-105 (2013); Garcia-Jimenez, C., "A new link between diabetes and cancer: enhanced WNT/beta-catenin signaling by high glucose," *Journal of Molecular Endocrinology*, Vol. 52, No. 1 (2014); Linden, G.J., "All-cause mortality and periodontitis in 60-70-year-old men: a prospective cohort study," *Journal of Clinical Periodontal*, Vol. 39, No. 1, 940-46 (October 2012).

total of 310,819 participants. They concluded that individuals in the highest quantile of SSB intake had an average 26% greater risk of developing type 2 diabetes than those in the lowest quantile.[36] Moreover, "larger studies with longer durations of follow-up tended to show stronger associations."[37] Thus, the meta-analysis showed "a clear link between SSB consumption and risk of . . . type 2 diabetes."[38]

56.     An analysis of data for more than 50,000 women from the Nurses' Health Study,[39] during two 4-year periods (1991-1995, and 1995-1999), showed, after adjusting for confounding factors, that women who consumed 1 or more sugar-sweetened soft drink per day (*i.e.*, 140-150 calories and 35-37.5 grams of sugar), had an 83% greater relative risk of type 2 diabetes compared with those who consumed less than 1 such beverage per month, and women who consumed 1 or more fruit punch drinks per day had a 100% greater relative risk of type 2 diabetes.[40]

57.     The result of this analysis shows a statistically significant linear trend with increasing sugar consumption.[41]

---

[36] Malik, 2010 Meta-Analysis, *supra* n.29 at 2477, 2480.

[37] *Id.* at 2481.

[38] *Id.*

[39] The Nurses' Health Study was established at Harvard in 1976, and the Nurses' Health Study II, in 1989. Both are long-term epidemiological studies conducted on women's health. The study followed 121,700 women registered nurses since 1976, and 116,000 female nurses since 1989, to assess risk factors for cancer, diabetes, and cardiovascular disease. The Nurses' Health Studies are among the largest investigations into risk factors for major chronic disease in women ever conducted. *See generally* "The Nurses' Health Study," *at* http://www.channing.harvard.edu/nhs.

[40] Schulze, M.B., et al., "Sugar-Sweetened Beverages, Weight Gain, and Incidence of Type 2 Diabetes in Young and Middle-Aged Women," *Journal of the American Medical Association*, Vol. 292, No. 8, 927-34 (Aug. 25, 2004) [hereinafter "Schulze, Diabetes in Young & Middle-Aged Women"].

[41] Hu, F.B., et al., "Sugar-sweetened beverages and risk of obesity and type 2 diabetes: Epidemioligic evidence," *Physiology & Behavior*, Vol. 100, 47-54 (2010).

1
2
3
4
5
6
7
8
9
10
11
12



**Fig. 4.** Multivariate relative risks (RRs) of type 2 diabetes according to sugar-sweetened soft drink consumption in the Nurses' Health Study II 1991–1999 (Multivariate RRs were adjusted for age, alcohol (0, 0.1–4.9, 5.0–9.9, 10+ g/d), physical activity (quintiles), family history of diabetes, smoking (never, past, current), postmenopausal hormone use (never, ever), oral contraceptive use (never, past, current), intake (quintiles) of cereal fiber, magnesium, trans fat, polyunsaturated:saturated fat, and consumption of sugar-sweetened soft drinks, diet soft drinks, fruit juice, and fruit punch (other than the main exposure, depending on model). The data were based on Ref. [50]).

13   58.   A prospective cohort study of more than 43,000 African American women
14   between 1995 and 2001 showed that the incidence of type 2 diabetes was higher with higher
15   intake of both sugar-sweetened soft drinks and fruit drinks. After adjusting for confounding
16   variables, those who drank 2 or more soft drinks per day (*i.e.*, 140-300 calories and 35-75
17   grams of sugar) showed a 24% greater risk of type 2 diabetes, and those who drank 2 or more
18   fruit drinks per day showed a 31% greater risk of type 2 diabetes, than those who drank 1 or
19   less such drinks per month.[42]

20   59.   A large cohort study of more than 70,000 women from the Nurses' Health Study
21   followed for 18 years showed that those who consumed 2 to 3 apple, grapefruit, and orange
22   juices per day (280-450 calories and 75-112.5 grams of sugar) had an 18% greater risk of
23   type 2 diabetes than women who consumed less than 1 sugar-sweetened beverage per month.

24
25
26

27   [42] Palmer, J.R., et al., "Sugar-Sweetened Beverages and Incidence of Type 2 Diabetes
28   Mellitus in African American Women," *Archive of internal Medicine*, Vol. 168, No. 14, 1487-82 (July 28, 2008) [hereinafter "Palmer, Diabetes in African American Women"].

The data also showed a linear trend with increased consumption, as demonstrated below.[43]



**Fruit Juice Intake,** *No. of 1 cup (8 oz) servings/time*

**Figure 1—***Multivariate-adjusted relative hazard of diabetes by category of cumulatively updated fruit juice intake. Values were adjusted for cumulatively updated BMI, physical activity, family history of diabetes, postmenopausal hormone use, alcohol use, smoking, and total energy intake. For an increase of 1 serving/day of fruit juice, the multivariate-adjusted relative risk was 1.18 (95% CI 1.10–1.26; P < 0.0001).*

60.    An analysis of more than 40,000 men from the Health Professionals Follow-Up Study, a prospective cohort study conducted over a 20-year period, found that, after adjusting for age and a wide variety of other confounders, those in the top quartile of sugar-sweetened beverage intake had a 24% greater risk of type 2 diabetes than those in the bottom quartile, while consumption of artificially-sweetened beverages, after adjustment, showed no association.[44]

61.    Most convincingly, an econometric analysis of repeated cross-sectional data published in 2013 established a causal relationship between sugar availability and type 2

---

[43] Bazzano, L.A., et al., "Intake of fruit, vegetables, and fruit juices and risk of diabetes in women," *Diabetes Care*, Vol. 31, 1311-17 (2008).

[44] de Konig, L., et al., "Sugar-sweetened and artificially sweetened beverage consumption and risk of type 2 diabetes in men," *American Journal of Clinical Nutrition*, Vol. 93, 1321-27 (2011).

diabetes. After adjusting for a wide range of confounding factors, researchers found that an increase of 150 calories per day related to an insignificant 0.1% rise in diabetes prevalence by country, while an increase of 150 calories per day in sugar related to a 1.1% rise in diabetes prevalence by country, a statically-significant 11-fold difference.[45]

### 3.   Excess Sugar Consumption Causes Cardiovascular Disease

62.     Sixteen million Americans have heart disease, which is the number one killer in the United States.[46]

63.     Data obtained from NHANES surveys during the periods of 1988-1994, 1999-2004, and 2005-2010, after adjusting for a wide variety of other factors, demonstrate that those who consumed between 10% - 24.9% of their calories from added sugars had a 30% greater risk of cardiovascular disease (CVD) mortality than those who consumed 5% or less of their calories from added sugar. In addition, those who consumed 25% or more of their calories from added sugars had an average 275% greater risk of CVD mortality than those who consumed less than 5% of calories from added sugar.[47]

64.     Similarly, when compared to those who consumed approximately 8% of calories from added sugar, participants who consumed approximately 17% - 21% (the 4th quintile) of calories from added sugar had a 38% higher risk of CVD mortality, while the relative risk was more than double for those who consumed 21% or more of calories from added sugar (the 5th quintile). Thus, "[t]he risk of CVD mortality increased exponentially with increasing usual percentage of calories from added sugar,"[48] as demonstrated in the chart below.

---

[45] Basu, S., et al., "The Relationship of Sugar to Population-Level Diabetes Prevelance: An Econometric Analysis of Repeated Cross-Sectional Data," *PLOS Online*, Vol. 8, Issue 2 (February 27, 2013).

[46] Gaddam, K.K., et al., "Metabolic syndrome and heart failure—the risk, paradox, and treatment," *Current Hypertension Reports*, Vol. 13, No. 2, 142-48 (2011).

[47] Yang, NHANES Analysis, *supra* n.12 at E4-5.

[48] *Id.*



Figure 1. Adjusted Hazard Ratio (HR) of the Usual Percentage of Calories From Added Sugar for Cardiovascular Disease Mortality Among US Adults 20 Years or Older: National Health and Nutrition Examination Survey Linked Mortality Files, 1988-2006

Histogram of the distribution of usual percentage of calories from added sugar in the population. Lines show the adjusted HRs from Cox models. Midvalue of quintile 1 (7.4%) was the reference standard. The model was adjusted for age, sex, race/ethnicity, educational attainment, smoking status, alcohol consumption, physical activity level, family history of cardiovascular disease, antihypertensive medication use, Healthy Eating Index score, body mass index, systolic blood pressure, total serum cholesterol, and total calories. Solid line indicates point estimates; dashed lines indicate 95% CIs.

65.   The NHANES analysis also found "a significant association between sugar-sweetened beverage consumption and risk of CVD mortality," with an average 29% greater risk of CVD mortality "when comparing participants who consumed 7 or more servings/wk (360 mL per serving) with those who consumed 1 serving/wk or less . . . ."[49] The study concluded that "most US adults consume more added sugar than is recommended for a healthy diet. A higher percentage of calories from added sugar is associated with significantly increased risk of CVD mortality. In addition, regular consumption of sugar-sweetened beverages is associated with elevated CVD mortality."[50]

66.   The Nurses' Health Study found that, after adjusting for other unhealthy lifestyle factors, those who consumed two or more sugar-sweetened beverages per day (280 calories and 70 grams of sugar or more) had a 35% greater risk of coronary heart disease compared

---

[49] *Id.* at E6.

[50] *Id.* at E8.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

with infrequent consumers.[51]

### 4. Excess Sugar Consumption Causes Liver Disease

67.    Fructose consumption causes serious liver disease, including non-alcoholic fatty liver disease (NAFLD), characterized by excess fat build-up in the liver. Five percent of these cases develop into non-alcoholic steatohepatitis (NASH), scarring as the liver tries to heal its injuries, which gradually cuts off vital blood flow to the liver. About 25% of NASH patients progress to non-alcoholic liver cirrhosis, which requires a liver transplant or can lead to death.[52]

68.    Since 1980, the incidence of NAFLD and NASH has doubled, along with the rise of fructose consumption, with approximately 6 million Americans estimated to have progressed to NASH and 600,000 to Nash-related cirrhosis. Most people with NASH also have type 2 diabetes. NASH is now the third-leading reason for liver transplant in America.[53]

69.    Moreover, because the liver metabolizes sugar virtually identically to alcohol, the U.S. is now seeing for the first time alcohol-related diseases in children. Conservative estimates are that 31% of American adults, and 13% of American children suffer from NAFLD.[54]

---

[51] Fung T.T., et al., "Sweetened beverage consumption and risk of coronary heart disease in women," *American Journal of Clinical Nutrition*, Vol. 89 at 1037-42 (February 2009).

[52] Farrell, G.C., et al., "Nonalcoholic fatty liver disease: from steatosis to cirrhosis," *Hepatology*, Vol. 433, No. 2 (Suppl. 1), S99-S112 (February 2006); Powell, E.E., et al., "The Natural History of Nonalcoholic Steatohepatitis: A Follow-up Study of Forty-two Patients for Up to 21 Years," *Hepatology*, Vol. 11, No. 1 (1990).

[53] Charlton, M.R., et al., "Frequency and outcomes of liver transplantation for nonalcoholic steatohepatitis in the United States," *Gastroenterology*, Vol. 141, No. 4, 1249-53 (October 2011).

[54] Lindback, S.M., et al., "Pediatric Nonalcoholic Fatty Liver Disease: A Comprehensive Review," *Advances in Pediatrics*, Vol. 57, No. 1, 85-140 (2010); Lazo, M. et al., "The Epidemiology of Nonalcoholic Fatty Liver Disease: A Global Perspective," *Seminars in Liver Disease*, Vol. 28, No. 4, 339-50 (2008); Schwimmer, J.B., et al., "Prevalence of Fatty Liver in Children and Adolescents," *Pediatrics*, Vol. 118, No. 4, 1388-93 (2006); Browning, J.D.,

22

### 5.      Excess Sugar Consumption Causes Obesity

70.     Excess sugar consumption also leads to weight gain and obesity because insulin secreted in response to sugar intake instructs the cells to store excess energy as fat. This excess weight can then exacerbate the problems of excess sugar consumption, because excess fat, particularly around the waist, is in itself a primary cause of insulin resistance, another vicious cycle. Studies have shown that belly fat produces hormones and other substances that can cause insulin resistance, high blood pressure, abnormal cholesterol levels, and cardiovascular disease. And belly fat plays a part in the development of chronic inflammation in the body, which can cause damage over time without any signs or symptoms. Complex interactions in fat tissue draw immune cells to the area, which triggers low-level chronic inflammation. This in turn contributes even more to insulin resistance, type 2 diabetes, and cardiovascular disease.

71.     Based on a meta-analysis of 30 studies between 1966 and 2005, Harvard researchers found "strong evidence for the independent role of the intake of sugar-sweetened beverages, particularly soda, in the promotion of weight gain and obesity in children and adolescents. Findings from prospective cohort studies conducted in adults, taken in conjunction with results from short-term feeding trials, also support a positive association between soda consumption and weight gain, obesity, or both."[55]

72.     A recent meta-analysis by Harvard researchers evaluating change in Body Mass Index per increase in 1 serving of sugar-sweetened beverages per day found a significant positive association between beverage intake and weight gain.[56]

_____

et al., "Prevalence of hepatic steatosis in an urban population in the United States: Impact of ethnicity," *Hepatology*, Vol. 40, No. 6, 1387-95 (2004).

[55] Malik, V.S., et al., "Intake of sugar-sweetened beverages and weight gain: a systematic review," *American Journal of Clinical Nutrition*, Vol. 84, 274-88 (2006).

[56] Malik, V.S., et al., "Sugar-sweetened beverages and BMI in children and adolescents: reanalyses of a meta-analysis," *American Journal of Clinical Nutrition*, Vol. 29, 438-39 (2009).

73.     One study of more than 2,000 2.5-year-old children followed for 3 years found that those who regularly consumed sugar-sweetened beverages between meals had a 240% better chance of being overweight than non-consumers.[57]

74.     An analysis of data for more than 50,000 women from the Nurses' Health Study during two 4-year periods showed that weight gain over a 4-year period was highest among women who increased their sugar-sweetened beverage consumption from 1 or fewer drinks per week, to 1 or more drinks per day (8.0 kg gain during the 2 periods), and smallest among women who decreased their consumption or maintained a low intake level (2.8 kg gain).[58]

75.     A study of more than 40,000 African American women over 10 years had similar results. After adjusting for confounding factors, those who increased sugar-sweetened beverage intake from less than 1 serving per week, to more than 1 serving per day, gained the most weight (6.8 kg), while women who decreased their intake gained the least (4.1 kg).[59]

76.     A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 31% greater risk of obesity than those who consumed less than 1 soft drink per day.[60]

77.     The link between sugar intake and weight gain was also demonstrated in a randomized, controlled intervention study, where "[a] simple 12 month school based intervention focused on reducing consumption of carbonated drinks resulted in significant differences in the proportion of overweight children in the control and intervention groups," as demonstrated in the chart below.

---

[57] Dubois, L., et al., "Regular sugar-sweetened beverage consumption between meals increases risk of overweight among preschool-aged children," *Journal of the American Dietetic Association*, Vol. 107, Issue 6, 924-34 (2007).

[58] Schulze, Diabetes in Young & Middle-Aged Women, *supra* n.40.

[59] Palmer, Diabetes in African American Women, *supra* n.42.

[60] Dhingra, Cardiometabolic Risk, *supra* n.30.



**Fig 2** Mean change in prevalence of overweight and obese children from baseline to follow up at 12 months according to clusters

At a three-year follow-up, however, the significant difference seen between the groups after a year of focused education was no longer evident, with overweight more prevalent in both groups, providing further support for the link between sugar and weight gain.[61]

78.   Similarly, experimental short-term feeding studies comparing sugar-sweetened beverages to artificially-sweetened beverages have illustrated that consumption of the former leads to greater weight gain. As demonstrated in the chart below, one 10-week trial involving more than 40 men and women demonstrated that the group that consumed daily supplements of sucrose (for 28% of total energy) increased body weight and fat mass, by 1.6 kg for men and 1.3 kg for women, while the group that was supplemented with artificial sweeteners lost weight—1.0 kg for men and 0.3 kg for women.[62]

---

[61] James, J. et al., "Preventing childhood obesity: two year follow-up results from the Christchurch obesity prevention programme in schools (CHOPPS)," *BJM*, Vol. 335, 762 (2007) (discussing James, J., et al., "Preventing childhood obesity by reducing consumption of carbonated drinks: cluster randomized controlled trial," *BJM*, Vol. 328, 1237 (April 27, 2004)).

[62] Raben, A., et al., "Sucrose compared with artificial sweeteners: different effects on ad libitum food intake and body weight after 10 wk of supplementation in overweight subjects," *American Journal of Clinical Nutrition*, Vol. 76, 721-29 (2002) [hereinafter, "Raben, Sucrose vs. Artificial Sweeteners"].

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT



**FIGURE 2.** Mean (± SEM) changes in body weight, fat mass, and fat-free mass during an intervention in which overweight subjects consumed supplements containing either sucrose (●; $n = 21$) or artificial sweeteners (△; $n = 20$) daily for 10 wk. The diet × time interactions were significant for changes in body weight ($P < 0.0001$) and fat mass ($P < 0.05$) by analysis of variance with Tukey's post hoc tests. At specific time points for changes in body weight and fat mass, there were significant differences between the sucrose and sweetener groups: *$P < 0.05$, **$P < 0.001$, and ***$P < 0.0001$ (general linear model with least squares means and adjustment for multiple comparisons).

79.    In another, 3-week study, researchers gave normal-weight subjects 1150 grams of soda per day, sweetened with either aspartame or HFCS. The experiment found that drinking artificially-sweetened soda reduced calorie intake and body weight of men, while drinking HFCS-sweetened soda significantly increased calorie intake and body weight of both sexes, as demonstrated in the chart below.[63]



FIG 1. Changes in body weight during 3-wk periods when subjects drank 1150 g/d of soda sweetened with aspartame (APM), an equal weight of soda sweetened with high-fructose corn syrup (HFCS), or had no experimental manipulation (no soda). *$p < 0.05$ relative to weight gain in no-soda period.

---

[63] Tordoff, M.G., et al., "Effect of drinking soda sweetened with aspartame or high-fructose corn syrup on food intake and body weight," *American Journal of Clinical Nutrition*, Vol. 51, 963-69 (1990).

### 6.    Excess Sugar Consumption Causes Inflammation

80.    Inflammation has been associated with type 2 diabetes, myocardial infarction, and stroke, as well as weight gain and obesity.[64]

81.    A 10-week study comparing a group whose sucrose intake was increased by 151% to a group whose intake was decreased by 42% showed the former's blood concentration of the biological markers for inflammation, haptoglobin, transferrin, and C-reactive protein, increased by 13%, 5%, and 6%, respectively, while the later group's concentrations decreased by 16%, 2%, and 26% respectively.[65]

82.    In a prospective, randomized, controlled crossover trial, 29 subjects were studied over six 3-week interventions in which they either consumed various amounts of fructose, glucose, or sucrose, or received dietary advice to consume low amounts of fructose. The study showed LDL particle size reducing (associated with atherosclerosis) by 0.51 nm after high-fructose intake (80 grams per day), and by 0.43 nm after high-sucrose intake (also 80 grams per day). It also found significant increases in fasting glucose and C-reactive protein, leading the authors to conclude that the "data show potentially harmful effects of low to moderate consumption of SSBs on markers of cardiovascular risk such as LDL particles, fasting glucose, and [C-reactive protein] within just 3 wk in healthy young men, which is of particular significance for young consumers."[66]

83.    In a nested case-control study of 656 cases of type 2 diabetes and 694 controls

---

[64] Sorensen, L.B., et al., "Effect of sucrose on inflammatory markers in overweight humans," *American Journal of Clinical Nutrition*, Vol. 82, 421-27 (2005) (citations omitted) [hereinafter, "Sorensen, Inflammatory Markers"]; *see also* Pearson, T.A., et al., "Markers of Inflammation and Cardiovascular Disease: Application to Clinical and Public Health Practice, A Statement for Healthcare Professionals From the Centers for Disease Control and Prevention and the American Heart Association," *Circulation*, Vol. 107, 499-511 (2003).

[65] Sorensen, Inflammatory Markers, *supra* n.64.

[66] Aeberli, I., et al., "Low to moderate sugar-sweetened beverage consumption impairs glucose and lipid metabolism and promotes inflammation in healthy young men: a randomized controlled trial," *American Journal of Clinical Nutrition*, Vol. 94, 479-85 (2011).

from the Nurses Study, researchers identified a dietary pattern strongly related to inflammatory markers, which was high in sugar-sweetened soft drinks, showing linear trends across quintiles of dietary pattern for six inflammation markers.



**FIGURE 1.** Geometric mean concentrations and 95% CIs of interleukin 6 (IL-6), soluble tumor necrosis factor α receptor 2 (sTNFR2), C-reactive protein (CRP), E-selectin, soluble intracellular cell adhesion molecule 1 (sICAM-1), and soluble vascular cell adhesion molecule 1 (sVCAM-1) by quintiles of diet pattern score adjusted for age, BMI (9 categories), physical activity (quintiles), family history of diabetes, smoking (never, past, current, or missing), postmenopausal hormone use (never, ever, or missing), energy intake (quintiles), and fasting status. The comparison between quintile 5 and quintile 1 was significant for all biomarkers, $P < 0.05$. Quintile cutoffs were based on distributions in controls.

### 7. Excess Sugar Consumption Causes High Blood Triglycerides and Abnormal Cholesterol Levels

84. Fructose facilitates the biochemical formation of triacylglycerols more efficiently than does glucose.[67] This is because fructose metabolism in the liver converts the fructose to fructose-1-phosphate, which readily becomes a substrate for the backbone of the triglyceride molecule.[68] As compared to starches, sugars—particularly sucrose and fructose—tend to increase serum triacylglycerol concentrations by about 60%.[69]

85. Cholesterol is a waxy, fat-like substance found in the body's cells, used to make hormones, bile acids, vitamin D, and other substances. The human body manufactures all the cholesterol it requires, which circulates in the bloodstream in packages called lipoproteins. Excess cholesterol in the bloodstream can become trapped in artery walls, building into plaque and narrowing blood vessels, making them less flexible, a condition called atherosclerosis. When this happens in the coronary arteries, it restricts oxygen and nutrients to the heart, causing chest pain or angina. When cholesterol-rich plaques in these arteries burst, a clot can form, blocking blood flow and causing a heart attack.

86. Most blood cholesterol is low-density lipoprotein, or LDL cholesterol, which is sometimes called "bad" cholesterol because it carries cholesterol *to* the body's tissues and arteries, increasing the risk of heart disease. High-density lipoprotein, or HDL cholesterol, is sometimes called "good" cholesterol because it removes excess cholesterol from the cardiovascular system, bringing it to the liver for removal. Thus, a *low* level of HDL cholesterol increases the risk of heart disease.

87. Diet affects blood cholesterol. For example, the body reacts to saturated fat by producing LDL cholesterol.

---

[67] Elliot, Fructose & Insulin Resistance, *supra* n.21.

[68] Bray, G.A., "Soft Drinks and Obesity: The Evidence," *CMR e-Journal*, Vol. 2, Issue, 2, 10-14, at 13 (Oct. 2009).

[69] Fried, Hypertriglyceridemia, *supra* n.27, at 873S.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

88.    When the liver is overwhelmed by large doses of fructose, it will convert excess to fat, which is stored in the liver and then released into the bloodstream, contributing to key elements of metabolic syndrome, like high blood fat and triglycerides, high total cholesterol, and low HDL "good" cholesterol.[70]

89.    A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 25% greater risk of hypertriglyceridemia, and 32% greater risk of low HDL cholesterol than those who consumed less than 1 soft drink per day.[71]

90.    A systematic review and meta-analysis of 37 randomized controlled trials concerning the link between sugar intake and blood pressure and lipids found that higher sugar intakes, compared to lower sugar intakes, significantly raised triglyceride concentrations, total cholesterol, and low density lipoprotein cholesterol.[72]

91.    A cross-sectional study among more than 6,100 U.S. adults from the NHANES 1999-2006 data were grouped into quintiles for sugar intake as follows: (1) less than 5% of calories consumed from sugar, (2) 5% to less than 10%, (3) 10% to less than 17.5%, (4) 17.5% to less than 25%, and (5) 25% or more. These groups had the following adjusted mean HDL levels (because HDL is the "good" cholesterol, higher levels are better): 58.7 mg/dL, 57.5, 53.7, 51.0, and 47.7. Mean triglyceride levels were 105 mg/dL, 102, 111, 113, and 114. Mean LDL levels were 116 mg/dL, 115, 118, 121, and 123 among women, with no significant trend among men. Consumers whose sugar intake accounted for more than 10% of calories had a 50% - 300% higher risk of low HDL levels compared to those who consumed less than 5% of calories from sugar. Likewise, high-sugar consumers had greater risk of high triglycerides.

---

[70] Te Morenga, Dietary Sugars & Body Weight, *supra* n.26.

[71] Dhingra, Cardiometabolic Risk, *supra* n.30.

[72] Te Morenga, L., et al., "Dietary sugars and cardiometabolic risk: systematic review and meta-analyses of randomized controlled trials on the effects on blood pressure and lipids," *American Journal of Clinical Nutrition*, Vol. 100, No. 1, 65-79 (May 7, 2014).

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

1    All relationships were linear as demonstrated in the charts below.[73]



Figure 1. Multivariable-Adjusted Mean HDL-C Levels by Level of Added Sugar Intake Among US Adults, NHANES 1999-2006



Figure 2. Multivariable-Adjusted Geometric Mean Triglyceride Levels by Level of Added Sugar Intake Among US Adults, NHANES 1999-2006



Figure 3. Multivariable-Adjusted Mean LDL-C Levels by Level of Added Sugar Intake Among US Men and Women, NHANES 1999-2006

92.    One experimental study showed that, when a 17% fructose diet was provided to healthy men, they showed an increase in plasma triacylglycerol concentrations of 32%.[74]

93.    Another 10-week experimental feeding study showed that those who were fed 25% of their energy requirements as fructose experienced increases in LDL cholesterol, small dense LDL cholesterol, and oxidized LDL cholesterol, as well as increased concentrations of triglycerides and total cholesterol, while those fed a 25% diet of glucose did not experience the same adverse effects.[75]

94.    In a cross-sectional study of normal weight and overweight children aged 6-14, researchers found that "the only dietary factor that was a significant predictor of LDL particle size was total fructose intake."[76]

---

[73] Welsh, J.A., et al., "Caloric Sweetener Consumption and Dyslipidemia Among US Adults," *Journal of the American Medical Association*, Vol. 303, No. 15, 1490-97 (April 21, 2010).

[74] Bantle, J.P., et al., "Effects of dietary fructose on plasma lipids in healthy subjects," *American Journal of Clinical Nutrition*, Vol. 72, 1128-34 (2000).

[75] Stanhope, K.L., et al., "Consuming fructose-sweetened, not glucose-sweetened, beverages increases visceral adiposity and lipids and decreases insulin sensitivity in overweight/obese humans," *The Journal of Clinical Investigation*, Vol. 119, No. 5, 1322-34 (May 2009).

[76] Aeberli, I., et al., "Fructose intake is a predictor of LDL particle size in overweight schoolchildren," *American Journal of Clinical Nutrition*, Vol. 86, 1174-78 (2007).

31

### 8.      Excess Sugar Consumption is Associated with Hypertension

95.      A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 22% greater incidence, and an 18% greater risk of high blood pressure than those who consumed less than 1 soft drink per day.[77]

96.      An analysis of the NHANES data for more than 4,800 adolescents also showed a positive, linear association between sugar-sweetened beverages and higher systolic blood pressure, as well as corresponding increases in serum uric acid levels.[78]



**Figure 1.**
Sample mean of serum uric acid with 95% confidence intervals by categories of sugar sweetened beverage consumption adjusted for age, race/ethnicity, sex, total calories, BMI z-score, alcohol, smoking, dietary fiber intake, diet beverage consumption, and milk consumption. *P* for trend = 0.01

97.      In one study, 15 healthy men drank 500 ml water containing either no sugar, 60 grams of fructose, or 60 grams of glucose. Blood pressure, metabolic rate, and autonomic nervous system activity were measured for 2 hours. While the administration of fructose was associated with an increase in both systolic and diastolic blood pressure, blood pressure did not rise in response to either water or glucose ingestion, as demonstrated in the chart below.[79]

---

[77] Dhingra, Cardiometabolic Risk, *supra* n.30.

[78] Nguyen, Serum Uric Acid, *supra* n.22.

[79] Brown, C.M., et al., "Fructose ingestion acutely elevates blood pressure in healthy young humans," *Am. J. Physiol. Regul. Integr. Compl. Physiol.*, Vol. 294, R730-37 (2008).



Fig. 1. Time course of the systolic blood pressure (SBP; *A*), diastolic blood pressure (DBP; *B*), and heart rate (HR; *C*) changes (*left*) and mean responses (*right*) to drinking water (○), glucose (▲), and fructose (■). *$P < 0.05$ and **$P < 0.01$, statistically significant differences over time from baseline values (*left*) and differences between responses to the drinks (*right*).

98.   In another study, more than 40 overweight men and women were supplemented for 10 weeks with either sucrose or artificial sweeteners. The sucrose group saw an increase in systolic and diastolic blood pressure, of 3.8 and 4.1 mm Hg, respectively, while the artificial sweetener group saw a decrease in systolic and diastolic blood pressure, of 3.1 and 1.2 mm Hg, respectively.[80]

---

[80] <u>Raben, Sucrose vs. Artificial Sweeteners</u>, *supra* n.62.

33

99.     Another study took a variety of approaches to measuring the association between sugar intake and blood pressure, concluding that an increase of 1 serving of sugar-sweetened beverages per day (*i.e.*, 140-150 calories, and 35-37.5 grams of sugar) was associated with systolic/diastolic blood pressure differences of +1.6 and +0.8 mm Hg (and +1.1/+0.4 mm Hg with adjustment for height and weight), while an increase of 2 servings results in systolic/diastolic blood pressure differences of +3.4/+2.2, demonstrating that the relationship is direct and linear.[81]

### 9.     Excess Sugar Consumption is Associated with Alzheimer's Disease, Dementia, and Cognitive Decline

100.    In a study of over 2,000 participants over 6.8 years, researchers found that higher average glucose levels within the preceding 5 years (115 mg/dL compared to 100 mg/dL) were related to an 18% increased risk of dementia among those without diabetes. For those with diabetes, higher average glucose levels (190 mg/dL compared to 160 mg/dL) were related to a 40% increased risk of dementia.[82]

101.    "To evaluate a possible association between fructose mediated metabolic changes and cognitive behaviour," researchers "assessed the correlation of serum triglyceride and insulin resistance levels with memory," and "found a positive correlation between serum triglyceride levels and insulin resistance index . . . , which indicates that increased serum triglyceride levels may contribute to increase[d] insulin resistance . . . ." And researchers "found that the latency time varied in proportion to the insulin resistance . . . , which suggests that memory performance may rely on levels of insulin resistance . . . ."[83]

---

[81] Brown, I.J., et al., "Sugar-Sweetened Beverage, Sugar Intake of Individuals, and Their Blood Pressure: International Study of Macro/Micronutrients and Blood Pressure," *Hypertension*, Vol. 57, 695-701 (2011).

[82] Crane, P.K., et al., "Glucose Levels and Risk of Dementia," *New England Journal of Medicine*, Vol. 369, No. 6, 540-48 (2013).

[83] Agrawal, R., et al., "'Metabolic syndrome' in the brain: deficiency in omega-3 fatty acid exacerbates dysfunctions in insulin receptor signaling and cognition," *Journal of Physiology*, Vol. 590, No. 10, 2485-99, at 2489 (2012).

34

**10.     Excess Sugar Consumption is Linked to Some Cancers**

102.    In a population-based case-control study involving 424 cases and 398 controls, women in the highest quartile of added sugar intake had an 84% greater risk of endometrial cancer.[84] Similarly, in a study of patients with stage 3 colon cancer, those in the highest quintile of glycemic load experienced worsening in disease-free survival of approximately 80% compared to those in the lowest quintile.[85]

103.    A population based case-control study on Malaysian women found a significant, two-fold increased risk of breast cancer among premenopausal and postmenopausal women in the highest quartile of sugar intake.[86]

104.    A prospective epidemiological study of nearly 45,000 cancer cases among 436,000 participants aged 50-71, found added sugars were positively associated with risk of esophageal adenocarcinoma; added fructose was associated with risk of small intestine cancer; and all investigated sugars were associated with increased risk of pleural cancer.[87]

**<u>GENERAL MILLS' MARKETING & SALE OF HIGH-SUGAR FOODS</u>**

105.    General Mills is the world's sixth-largest food company, with a wide range of highly-recognizable brands.

106.    Among General Mills' largest brands are its cereals, including mega-brand Cheerios. In fact, General Mills' Honey Nut Cheerios was the best-selling cereal in the U.S.

---

[84] King, M.G., et al., "Consumption of Sugary Foods and Drinks and Risk of Endometrial Cancer," *Cancer Causes Control*, Vol. 24, No. 7, 1427-36 (July 2013).

[85] Meyerhardt, J.A., et al. "Association of dietary patterns with cancer recurrence and survival in patients with stage III colon cancer," *Journal of the American Medical Association*, Vol. 298, 754-64 (2007).

[86] Sulaiman, S., et al., "Dietary carbohydrate, fiber and sugar and risk of breast cancer according to menopausal status in Malaysia," *Asian Pacific Journal of Cancer Prevention*, Vol. 15, 5959 (2014)

[87] Tasevska, N., et al., "Sugars in diet and risk of cancer in the NIH-AARP Diet and Health Study," *International Journal of Cancer*, Vol. 130, No. 1, 159-69 (Jan. 1, 2012)

in 2015, with sales of $502.2 million, representing a 5.6% share of the $8.9 billion U.S. cereal market. General Mills also had the fourth-best selling cereal in 2015, Cinnamon Toast Crunch, with $359.4 million in sales representing a 4.0% share of the market.

107.   In 2014, the cereal industry used 816 million pounds of sugar, or about 2.5 lbs. for each of the 318.9 million people in the U.S. in 2014. That is 1,134 grams per person, or 3 grams per person, per day, for every man, woman, and child in the U.S. That totals more than *361 billion* grams of sugar in one year.

108.   During the last decade, as consumer interest in healthy eating has grown, and based on sophisticated consumer research, General Mills has intentionally positioned itself in the market as a manufacturer of purportedly "healthy" cereals and other processed foods, by using various labeling statements to suggest its foods are healthy choices.

109.   Many of General Mills' cereals, however, contain high amounts of added sugar, such that their regular consumption is likely to contribute to excess added sugar consumption and, thereby, increased risk for and contraction of chronic disease. Moreover, the high amounts of added sugar in the cereals make it more likely that consumers of the products will exceed recommended daily allowances of added sugar.

110.   As with any company of General Mills' size, and with as many products, General Mills makes occasional changes in product offerings (for example, discontinuing or introducing new products or varieties), product formulations, and product labeling and packaging.

111.   Regardless of such changes, however, during the previous four years and dating back even further, General Mills has maintained, and to this day actively maintains a policy and practice of labeling high-sugar cereals—those that contribute significantly more than 5% of calories from sugar, and thus whose regular consumption is likely to contribute to increased risk for, and contraction of chronic disease—with various health and wellness claims that suggest its cereals are healthy, when they are not.

112.   General Mills bolsters this practice with websites dedicated to the products that repeat and in some instances state even more aggressive health and wellness claims. This

policy and practice is apparent in General Mills' consistent use of certain words and phrases across many products, flavors, varieties, and labels.

113.    Although plaintiffs were victims of General Mills' longtime and general policy and practice with respect to the foods they purchased and labels they saw, this Complaint and their claims are not so limited; rather, plaintiffs seek through this lawsuit to enjoin General Mills' *policy and practice generally*, including but not necessarily limited to the products, labels, and label claims challenged herein.

114.    In fact, plaintiffs have enjoyed General Mills' products in the past. If they could be assured through prospective injunctive relief that, if a General Mills food label sets forth health and wellness claims, the product does *not* contain excess sugar, they would consider purchasing General Mills products bearing such claims in the future.

115.    The products that are the subject of this Complaint and examples of General Mills' policy and practice of marketing high-sugar foods with misleading health and wellness claims, are the following:

    a.    <u>General Mills Cheerios</u>
        (i.)    *Honey Nut*
        (ii.)    *Apple Cinnamon*
        (iii.)    *Frosted*
        (iv.)    *Fruity*
        (v.)    *Banana Nut*
        (vi.)    *Multi Grain*
        (vii.)    *Chocolate*
        (viii.)    *Cinnamon Burst*
        (ix.)    *Dulce de Leche*
        (x.)    *Multi Grain Peanut Butter*
        (xi.)    *Multi Grain Dark Chocolate Crunch*
        (xii.)    *Honey Nut Medley Crunch*
        (xiii.)    *Cheerios + Ancient Grains*

    b.    <u>General Mills Fiber One Cereal</u>
        (i.)    *Raisin Bran Clusters*
        (ii.)    *Honey Clusters*
        (iii.)    *Honey Clusters & Almonds*
        (iv.)    *Protein Maple Brown Sugar*
        (v.)    *Protein Cranberry Almond*

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

 c. <u>General Mills Chex Cereal</u>
   (i.) *Chocolate*
   (ii.) *Cinnamon*
   (iii.) *Honey Nut*
   (iv.) *Vanilla*
   (v.) *Apple Cinnamon*

 d. <u>Single- or Limited- Variety General Mills Cereals</u>
   (i.) *Basic 4*
   (ii.) *Raisin Nut Bran*
   (iii.) *Oatmeal Crisp - Crunchy Almond*
   (iv.) *Oatmeal Crisp – Hearty Raisin*

 e. <u>Children's Cereals</u>
   (i.) *Honey Kix*
   (ii.) *Cinnamon Toast Crunch*
   (iii.) *Cocoa Puffs*
   (iv.) *Lucky Charms*
   (v.) *Trix*

116. Although discussed more specifically below, annexed to this Complaint as **Appendix 1** is a table setting forth for each challenged product:

 a. the health and wellness labeling claims plaintiffs challenge;[88]

 b. the forms of sweeteners (added sugars) used;

 c. the amount of added sugar in each serving (estimated conservatively where currently in General Mills' exclusive knowledge);

 d. the proportion of sugar by weight in each serving;

 e. the proportion of the product's calories from added sugar; and

 f. the contribution of the added sugar in one serving to the AHA's maximum recommended daily added sugar intake for men (M), women (W), and children (C).

117. The information set forth in Appendix 1 is made on the best information available at the time of filing. However, in certain cases some aspects of the table in Appendix

---

[88] By removing any claim pursuant to one of the Court's orders on General Mills' motions to dismiss, plaintiff is not waiving, and expressly reserves, all appeal rights.

1 may be incomplete or inaccurate. Plaintiffs expressly reserve the right to amend their specific challenges, following discovery, based on information currently exclusively in General Mills' possession, custody, and control.

**A.     Cheerios**

118.    General Mills introduced Cheerios cereal on May 1, 1941 as CheeriOats, changing the name in 1945. In 1976, General Mills expanded the line for the first time by adding Cinnamon Nut Cheerios, then introduced a second spin-off in 1979, Honey Nut Cheerios. Since then, General Mills has added more than 20 different varieties to its Cheerios brand, some of which General Mills has discontinued.

**1.     *Honey Nut***

119.    Two recent versions of the packaging of *Honey Nut Cheerios* are pictured below.

  

120.    The packaging of *Honey Nut Cheerios* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

39

a.　　*"CAN HELP lower CHOLESTEROL" inside heart vignette

b.　　"what's your Heart Health I.Q.? / You're already pretty smart for discovering that great tasting Honey Nut Cheerios cereal can also help take care of your heart. But eating Honey Nut Cheerios is just one part of living a healthy lifestyle. How high is your Heart Health I.Q.? / Take this quiz and find out. / For each question, answer **True** or **False**. / (1) HDL is often called 'good cholesterol' / (2) All adults age 20 or older should have their cholesterol levels checked at least once every 5 years. / (3) The soluble fiber in oats can help naturally lower your cholesterol. / (4) If it tastes great, it must be bad for you. / (5) Sore joints are a sign of high cholesterol. / Answer Key: 1T, 2T, 3T, 4F, 5F. / SCORE (number correct): / 1-2 Maybe you should visit HoneyNutCheerios.com / 3-4 You know how to keep your heart happy / 5 Are you a cardiologist? / **Visit HoneyNutCheerios.com for more information about this quiz and to improve your Heart Health I.Q.**"

c.　　"Certified by the American Heart Association"

d.　　Whole Grains Council Stamp

**2.　Apple Cinnamon**

121.　General Mills first introduced *Apple Cinnamon Cheerios* in 1988. Two recent versions of the packaging are pictured below.



40

122.   The packaging of *Apple Cinnamon Cheerios* has made at least the following claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

      a.    *"Flavors your heart will Love!"

      b.    *"CAN HELP lower CHOLESTEROL" inside heart vignette

      c.    "the easy choice for your happy, healthy family."

      d.    "wholesome GOODNESS"

      e.    Whole Grains Council Stamp

**3.   *Frosted***

123.   General Mills introduced *Frosted Cheerios* in 1995. Two recent versions of the packaging are pictured below.

 

124.   The packaging of *Frosted Cheerios* has made at least the following claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

1   a.  *"Flavors your heart will Love!"

2   b.  *"CAN HELP lower CHOLESTEROL" in heart vignette

3   c.  "wholesome GOODNESS"

4   d.  Whole Grains Council Stamp

5  **4.**  ***Fruity***

6  125. General Mills introduced *Fruity Cheerios* in 2006. Two recent versions of the

7 packaging are pictured below.

  

  

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

126.   The packaging of *Fruity Cheerios* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

a.      *"Flavors your heart will Love!"

b.      Whole Grains Council Stamp

**5.   *Banana Nut***

127.   General Mills introduced *Banana Nut Cheerios* in 2009. Recent packaging is pictured below.



128.   The packaging of *Banana Nut Cheerios* has made at least the following claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

43

a. *"Flavors your heart will Love!"

b. Whole Grains Council Stamp

c. "Please visit www.GeneralMills.com/health"[89]

### 6. *Multi Grain*

129. General Mills originally introduced *Multi Grain Cheerios* in 1992, but later discontinued it. General Mills, however, relaunched the product in 2009. Recent packaging is pictured below.



130. The packaging of *Multi Grain Cheerios* has made at least the following claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

a. *"MAY reduce THE RISK OF HEART DISEASE" in heart vignette

b. *"DIETS LOW IN SATURATED FAT AND CHOLESTEROL MAY REDUCE THE RISK OF HEART DISEASE. MULTIGRAIN CHEERIOS CEREAL IS LOW IN FAT (1.5g), SATURATED FAT FREE AND CHOLESTEROL FREE."

c. American Heart Association certification

---

[89] This website is incorporated into General Mills' labeling of Banana Nut Cheerios, and is discussed further below at ¶¶ 276-78.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

   d. "Be sure to pack plenty of Os as a healthy snack"

   e. "It's never too early to get them on a healthy diet"

   f. "The Cheerios family of brands helps nourish the lives of young children"

   g. "Nutrition Packed"

   h.  "5 Lightly Sweetened Whole Grains in every bowl!"

   i. "Lightly Sweetened"

   j. "Wholesome Goodness"

   k. Whole Grains Council Stamp

**7.** ***Chocolate***

131. General Mills introduced *Chocolate Cheerios* in 2010. Recent packaging is pictured below.




*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11




12     132.    The packaging of *Chocolate Cheerios* has made at least the following labeling

13  claims suggesting, both individually and especially in the context of the label as a whole, that

14  the product is healthy (claims noted with an asterisk (*) are also in violation of FDA

15  regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244

16  below):

17          a.      *"May Reduce the Risk of Heart Disease" in a heart vignette[90]

18          b.      *"Diets low in saturated fat and cholesterol may reduce the risk of heart

19      disease. Chocolate Cheerios cereal is low in fat (1g), saturated fat free and naturally

20      cholesterol free."

21

22  [90] Plaintiffs are only challenging this phrase when used in connection with the next claim,
23  *i.e.*, "Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Chocolate
    Cheerios cereal is low in fat (g), saturated fat free and naturally cholesterol free," because
24  this is an unauthorized health claim. Plaintiffs are not challenging "May Reduce the Risk of
    Heart Disease," as used on later packaging that employed a different, authorized health claim,
25  *i.e.*, the one authorized under 21 C.F.R. § 101.81 ("THREE GRAMS OF SOLUBLE FIBER
26  DAILY FROM WHOLE GRAIN OAT FOODS, LIKE CHOCOLATE CHEERIOS
    CEREAL, IN A DIET LOW IN SATURATED FAT AND CHOLESTEROL, MAY
27  REDUCE THE RISK OF HEART DISEASE. CHOCOLATE CHEERIOS CEREAL
    PROVDIES .75 GRAMS PER SERVING.").

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

c.      *"Flavors your heart will Love!"

d.      *"Heart-healthy* cheerios cereals deliver nutrition you can trust and whole grain goodness in every serving"

e.      "A Perfect Balance / Whole Grain Goodness & Delicious Chocolate Taste! / Enjoy new Chocolate Cheerios cereal, a perfect balance of whole grain goodness and a delicious touch of chocolate taste in every bite. One delightful serving of Chocolate Cheerios has 9 grams of sugar and is a *heart-healthy* choice for your whole family. A great combination that will make you and your family smile."

f.      Whole Grains Council Stamp

**8.  *Cinnamon Burst***

133.   General Mills introduced *Cinnamon Burst Cheerios* in 2011. Recent packaging is pictured below.

 

134.   The packaging of *Cinnamon Burst Cheerios* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

1          a.      *"Flavors your heart will love!"

2          b.      Whole Grains Council Stamp

3    **9.      *Dulce de Leche***

4    135.   General Mills introduced *Dulce de Leche Cheerios* in 2012. Recent packaging

5    is pictured below.



18   136.   The packaging of *Dulce de Leche Cheerios* has made at least the following

19   labeling claims suggesting, both individually and especially in the context of the label as a

20   whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of

21   FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 -

22   244 below):

23          a.      *"Flavors your heart will love!"

24          b.      "Dulce de Leche Cheerios delivers nutrition you can trust"

25          c.      "It's a deliciously smart choice for everyone at your breakfast table"

26          d.      "a breakfast that not only tastes good, but is good for you"

27          e.      "Lightly Sweetened"

28          f.      Whole Grains Council Stamp

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

**10.** *Multi Grain Peanut Butter*

137. General Mills introduced *Multi Grain Peanut Butter Cheerios* in around 2012. Recent packaging is pictured below.

  

138. The packaging of *Multi Grain Peanut Butter Cheerios* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.     "Slimming waist" design

      b.     "New! Multi Grain Cheerios Peanut Butter cereal makes my world feel like some big wonderful whirl of peanut butter taste. . . . It's easier than ever to help keep me feeling fit and fabulous."

      c.     "More grains. Less you! / . . . can help you manage weight."

      d.     "More Grains. LESS YOU! / People who choose more whole grains tend to weigh less than those who don't."

      e.     "Another feel good flavor"

      f.     Whole Grains Council Stamp

**11.** *Multi Grain Dark Chocolate Crunch*

139. Recent packaging of *Multi Grain Dark Chocolate Crunch Cheerios* is pictured below.

49




140.   The packaging of *Multi Grain Dark Chocolate Crunch Cheerios* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.     "Another feel good flavor"

      b.     Whole Grains Council Stamp

**12.**   *Honey Nut Medley Crunch*

Recent packaging of *Honey Nut Medley Crunch Cheerios* is pictured below.




1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17   141.   The packaging of *Honey Nut Medley Crunch Cheerios* has made at least the

18 following labeling claims suggesting, both individually and especially in the context of the

19 label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in

20 violation of FDA regulations, rendering the product misbranded, as discussed further in

21 paragraphs 227 - 244 below):

22        a.     *"Can Help Lower Cholesterol" in heart vignette

23        b.     *"Honey Nut Medley Crunch Cheerios . . . Can help lower cholesterol"

24        c.     *"MAKE YOUR HEART SING / THREE GRAMS OF SOLUBLE

25 FIBER CAN HELP LOWER CHOLESTEROL"

26        d.     Whole Grains Council Stamp

27   **13.   *Cheerios + Ancient Grains***

28   142.   Recent packaging of *Cheerios + Ancient Grains* is pictured below.





143.   The packaging of *Cheerios Ancient Grains* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

        a.    *"may Reduced the Risk of Heart Disease" in heart vignette

        b.    *"Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Cheerios + Ancient Grains cereal is low in fat (2g), low in saturated fat (0.5g) and cholesterol free."

        c.    "Cheerios + Ancient Grains offers a great deal of **health benefits**"

        d.    "Lightly Sweetened"

**B.**    **Fiber One**

    **1.**    *Raisin Bran Clusters*

144.   Two recent versions of the packaging of *Fiber One Raisin Bran Clusters* are depicted below.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT




145. The packaging of *Fiber One Raisin Bran Clusters* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.     "your taste buds will never know how well you're eating."

      b.     "With the high fiber in many Fiber One cereals to help curb your appetite, you'll be more likely to say 'no thank-you' whenever mid-morning temptation strikes."

      c.     "Lightly Sweetened"

      d.     Whole Grains Council Stamp

**2.    *Honey Clusters***

146. Two recent versions of the packaging of *Fiber One Honey Clusters* are depicted below.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







54

147.   The packaging of *Fiber One Honey Clusters* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.   "your taste buds will never know how well you're eating."

      b.   "With the high fiber in many Fiber One cereals to help curb your appetite, you'll be more likely to say 'no thank-you' whenever mid-morning temptation strikes."

      c.   "Lightly Sweetened"

      d.   "Fiber One: One simple weight loss step – that tastes great!"

      e.   "may help you stick to your weight loss plan!"

      f.   Weight Watchers sponsorship

      g.   Whole Grains Council Stamp

### 3.   *Nutty Clusters & Almonds*

148.   Two recent versions of the packaging of *Fiber One Nutty Clusters & Almonds* are pictured below.

  

55

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    149.   The packaging of *Fiber One Nutty Clusters & Almonds* has made at least the

17  following labeling claims suggesting, both individually and especially in the context of the

18  label as a whole, that the product is healthy:

19          a.      "your taste buds will never know how well you're eating."

20          b.      "With the high fiber in many Fiber One cereals to help curb your appetite,

21  you'll be more likely to say 'no thank-you' whenever mid-morning temptation strikes."

22          c.      "Lightly Sweetened"

23          d.      Whole Grains Council Stamp

24    **4.   *Protein Maple Brown Sugar***

25    150.   General Mills introduced *Fiber One Protein* cereals in around January 2014, in

26  two varieties: *Maple Brown Sugar* and *Cranberry Almond*.

27    151.   Two recent versions of the packaging of *Fiber One Nutty Protein Maple Brown*

28  *Sugar* are pictured below.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

  

152.   The packaging of *Fiber One Protein Maple Brown Sugar* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.   "Fiber One Protein"

        b.   "wholesome goodness"

        c.   Whole Grains Council Stamp

**5.**   ***Protein Cranberry Almond***

153.   Two recent versions of the packaging of *Fiber One Protein Cranberry Almond* are pictured below.

 

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

154.   The packaging of *Fiber One Protein Cranberry Almond* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.    "Fiber One Protein"

        b.    "wholesome goodness"

        c.    Whole Grains Council Stamp

## C.   Chex Cereal

### 1.   *Chocolate*

155.   The packaging of *Chex Chocolate* is pictured below.

  

156.   The packaging of *Chex Chocolate* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.    "Simply Nutritious"

        b.    Whole Grains Council Stamp

58

**2.** *Cinnamon*

157. Recent packaging of Chex Cinnamon is depicted below.

 

158. The packaging of *Chex Cinnamon* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "Simply Nutritious"

      b.    Whole Grains Council Stamp

**3.** *Honey Nut*

159. Two recent versions of the packaging of *Chex Honey Nut* is depicted below.

 

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT




160. The packaging of *Chex Honey Nut* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "Simply Nutritious"

      b.    Whole Grains Council Stamp

**4.   *Vanilla***

161. Recent packaging of *Chex Vanilla* is depicted below.




*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

162. The packaging of *Chex Vanilla* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.   "Simply Nutritious"

      b.   Whole Grains Council Stamp

**5.** ***Apple Cinnamon***

163. Recent packaging of *Chex Apple Cinnamon* is pictured below.

 

164. The packaging of *Chex Apple Cinnamon* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.   "Simply Nutritious"

      b.   Whole Grains Council Stamp

**D.**   **Single- or Limited-Variety Cereals**

   **1.**   ***Basic 4***

165. General Mills introduced *Basic 4* cereal in 1991. Recent packaging is pictured below.





166. The packaging of *Basic 4* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

      a.    *"Great Tasting HEART HEALTHY" in heart vignette

      b.    *"Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Basic 4 cereal is low in fat, low in saturated fat and naturally cholesterol free."

      c.    *"A low fat part of your Heart Healthy Diet"

      d.    "A Delicious Blend of Sweet and Tangy Fruits, Crunchy almonds and a Wholesome Variety of Grains"

      e.    "A harvest of wholesome sweetness"

      f.    "healthful fruit and nut medley"

      g.    "It's a brand new day and in order to make the most of it, you need to start out with a good, wholesome breakfast."

      h.    Whole Grains Council Stamp

**2.   *Raisin Nut Bran***

167. Recent packaging of *Raisin Nut Bran* is depicted below.

62

1
2
3
4
5
6
7
8
9
10

 

11     168.   The packaging of *Raisin Nut Bran* has made at least the following labeling

12 claims suggesting, both individually and especially in the context of the label as a whole, that

13 the product is healthy (claims noted with an asterisk (*) are also in violation of FDA

14 regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244

15 below):

16          a.      "It's a brand new day and in order to make the most of it, you need to

17     start out with a good, wholesome breakfast."

18          b.      Whole Grains Council Stamp

19     **3.   *Oatmeal Crisp - Crunchy Almond & Hearty Raisin***

20     169.   Recent packaging of *Oatmeal Crisp - Crunchy Almond* is depicted below.

21
22
23
24
25
26
27
28

 

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)

THIRD AMENDED CLASS ACTION COMPLAINT

170.   The packaging of *Oatmeal Crisp - Crunchy Almond* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

      a.    *"Great Tasting & Heart Healthy!," in heart vignette

      b.    *Heart Vignette under "OATMEAL CRISP"

      c.    *"heart healthy"

      d.    "a good, wholesome breakfast"

      e.    Whole Grains Council Stamp

171.   Recent packaging of *Oatmeal Crisp - Hearty Raisin* is depicted below.

 

172.   The packaging of *Oatmeal Crisp – Hearty Raisin* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy (claims noted with an asterisk (*) are also in violation of FDA regulations, rendering the product misbranded, as discussed further in paragraphs 227 - 244 below):

64

      a.    *"Great Tasting & Heart Healthy!"

      b.    *Heart Vignette under "OATMEAL CRISP"

      c.    *"Include Oatmeal Crisp hearty raisin cereal as part of your heart-healthy eating plan."

      d.    *"For a happier & healthier heart!"

      e.    *"Try Both Heart Healthy Flavors of Oatmeal Crisp."

      f.    *"Irresistible taste that's heart healthy!"

      g.    *"can help lower cholesterol"

      h.    *"Reduce risk of heart disease."

      i.    "Are you ready for a cereal that's so tasty, so deliciously satisfying, that you look forward to eating a nutritious breakfast? With Oatmeal Crisp hearty raisin you can jumpstart your day with the unbeatable crunch of lightly sweetened, whole grain flakes, juicy raisins and hearty oat clusters. It's a satisfying, nutritious cereal that contains ingredients that *can help lower blood pressure and reduce the risk of heart disease.*"

      j.    "That's why . . . Hearty Raisin . . . / Is great tasting and *heart healthy*"

      k.    Whole Grains Council Stamp

**E.**    **Children's Cereals**

    **1.**    ***Honey Kix***

173.   Recent packaging of *Honey Kix* is depicted below.



*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

  

174. The packaging of *Honey Kix* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.     "LIGHTLY SWEETENED"

        b.     "Kid Tested, Mother Approved"

        c.     "Our promise is simple: we'll always give you a cereal that provides good nutrition your kids need and great taste your kids love."

        d.     "KIX Assurance / For over 70 years, moms have trusted our commitment to good nutrition."

        e.     "Calcium = an essential mineral that helps build strong bones and teeth."

        f.     "Vitamin D = a nutrient that helps growing bodies absorb calcium."

        g.     Whole Grains Council Stamp

**2.**    ***Cinnamon Toast Crunch***

175. Recent packaging of *Cinnamon Toast Crunch* is depicted below.









67

176.   The packaging of *Cinnamon Toast Crunch* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

     a.    "GROWING UP STRONG / With Big G Cereals"

     b.    Whole Grains Council Stamp

**3.    *Cocoa Puffs***

177.   Recent packaging of *Cocoa Puffs* is depicted below.





*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT



178.   The packaging of *Cocoa Puffs* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

a.   "GROWING UP STRONG / With Big G Cereals"

b.   Whole Grains Council Stamp

**4.   *Lucky Charms***

179.   Recent packaging of *Lucky Charms* is depicted below.

  

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT







*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

180.   The packaging of *Lucky Charms* has made at least the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.   "GROWING UP STRONG / With Big G Cereals"

      b.   Whole Grains Council Stamp

**5.   *Trix***

181.   Recent packaging of *Trix* is depicted below.

 

 

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23



24      182.  The  packaging  of  *Trix*  has  made  at  least  the  following  labeling  claims
25  suggesting,  both  individually  and  especially  in  the  context  of  the  label  as  a  whole,  that  the
26  product is healthy:

27              a.      "GROWING UP STRONG / With Big G Cereals"

28              b.      Whole Grains Council Stamp

72

## **GENERAL MILLS' UNLAWFUL ACTS AND PRACTICES**

**A.    General Mills Marketed and Continues to Market its Food Products with Health and Wellness Claims that are Deceptive in Light of the their High Added Sugar Content**

      **1.    General Mills Affirmatively Misrepresents that Some High-Sugar Products are "Healthy," "Nutritious," or "Wholesome"**

183.    Consumers interpret the words "nutritious" and "wholesome" to mean the same thing as, or to be euphemisms for, "healthy."

184.    In using these words in the manner described herein, General Mills also intends consumers to interpret "nutritious" and "wholesome" to mean healthy.

185.    General Mills directly represents that at least the following high-sugar products are "healthy," "nutritious," or "wholesome":

      a.    *Honey Nut Cheerios*

• "eating Honey Nut Cheerios is just one part of living a healthy lifestyle"

      b.    *Apple Cinnamon Cheerios*

• "Apple Cinnamon Cheerios cereal [is] the easy choice for your happy, healthy family."
• "wholesome GOODNESS"

      c.    *Frosted Cheerios*

• "wholesome GOODNESS"

      d.    *Multi Grain Cheerios*

• "Be sure to pack plenty of Os as a healthy snack"
• "It's never too early to get them on a healthy diet"
• "Nutrition Packed"
• "provides essential nutrition to help get you through the day"
• "wholesome GOODNESS"

      e.    *Chocolate Cheerios*

• "One delightful serving of Chocolate Cheerios has 9 grams of sugar and is a heart-healthy choice for your whole family."
• "Heart-healthy Cheerios cereals deliver nutrition you can trust"

1

            f.     *Dulce de Leche Cheerios*

2

• "Dulce de Leche Cheerios delivers nutrition you can trust"

3

            g.     *Honey Nut Cheerios Medley Crunch*

4

• "go ahead and enjoy another heart-healthy way to start your day"

5

• "START THE DAY WITH A HEART HEALTHY DIET THAT INCLUDES WHOLE
GRAIN OATS"

6

7

            h.     *Fiber One Protein – Maple Brown Sugar* and *Cranberry Almond*

8

• "It's a perfect blend of wholesome goodness and our delightfully tasty mix of crunchy
almonds, sweetened cranberry pieces and sweetened granola."

9

10

            i.     *Chex – Chocolate, Cinnamon, Honey Nut, Vanilla,* and *Apple Cinnamon*

11

• "Simply Nutritious"

12

            j.     *Basic 4*

13

• "Great Tasting HEART HEALTHY"

14

• "A low fat part of your Heart Healthy Diet"

15

• "A Delicious Blend of Sweet and Tangy Fruits, Crunchy almonds and a Wholesome
Variety of Grains"

16

• "A harvest of wholesome sweetness"

17

• "a good, wholesome breakfast"

18

            k.     *Raisin Nut Bran*

19

• "a good, wholesome breakfast"

20

            l.     *Oatmeal Crisp Crunchy Almond*

21

• "Heart Healthy"

22

• "a good, wholesome breakfast"

23

            m.     *Oatmeal Crisp Hearty Raisin*

24

• "Heart Healthy!"

25

• "Include Oatmeal Crisp hearty raisin cereal as part of your heart-healthy eating plan."

26

• "For a happier & healthier heart!"

27

• "Try Both Heart Healthy Flavors of Oatmeal Crisp."

28

• "Irresistible taste that's heart healthy!"

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

• "Are you ready for a cereal that's so tasty, so deliciously satisfying, that you look forward to eating a nutritious breakfast?"

• It's a satisfying, nutritious cereal that contains ingredients that can help lower blood pressure and reduce the risk of heart disease."

• "Is great tasting and heart healthy"

### n. *Honey Kix*

• "Our promise is simple: we'll always give you a cereal that provides good nutrition your kids need and great taste your kids love."

• "KIX Assurance / For over 70 years, moms have trusted our commitment to good nutrition."

186.   The 19 cereals General Mills advertises in this manner contain 6g - 15g added sugar per serving, averaging over 9.4g per serving. That added sugar accounts for 15.5% - 36% of the products' calories, with the average contribution more than 26.7%. These products thus account for large portions of men's, women's, and children's maximum safe daily sugar intake as demonstrated in the table below.

| Product | Added Sugar Content | % Calories From Added Sugar | AHA Max. Intake Contribution |
|---|---|---|---|
| Honey Nut Cheerios | 9g | 32.7% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Apple Cinnamon Cheerios | 10g | 33.3% | M: 26.3%<br>W: 40%<br>C: 66.7-83.3% |
| Frosted Cheerios | 9g | 33.3% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Multi Grain Cheerios | 6g | 21.8% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Chocolate Cheerios | 9g | 36% | M: 23.7%<br>W: 36%<br>C: 60-75% |

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

| Product | Added Sugar Content | % Calories From Added Sugar | AHA Max. Intake Contribution |
|---|---|---|---|
| Dulce de Leche Cheerios | 6g | 24% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Honey Nut Cheerios Medley Crunch | 9g | 30% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Fiber One Protein - Maple Brown Sugar | 15g | 27.3% | M: 39.5%<br>W: 60%<br>C: 100-125% |
| Fiber One Protein - Cranberry Almond | 15g (est.) | 27.3% | M: 39.5%<br>W: 60%<br>C: 100-125% |
| Chocolate Chex | 8g | 24.6% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |
| Cinnamon Chex | 8g | 26.7% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |
| Honey Nut Chex | 9g | 30% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Vanilla Chex | 8g | 26.7% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |
| Apple Cinnamon Chex | 9g | 32.7% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Basic 4 | 13g | 26% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |
| Raisin Nut Bran | 7g (est.) | 15.5% | M: 18.4%<br>W: 28%<br>C: 46.7-58.3% |

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

| Product | Added Sugar Content | % Calories From Added Sugar | AHA Max. Intake Contribution |
|---|---|---|---|
| Oatmeal Crisp Crunchy Almond | 14g | 23.3% | M: 36.8%<br>W: 56%<br>C: 93.3-116.7% |
| Oatmeal Crisp Hearty Raisin | 9g (est.) | 15.7% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Honey Kix | 6g | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| *Averages* = | *9.4g* | *26.7%* | |

187.    Statements that these products are "healthy," "nutritious," or "wholesome" are false, or at least highly misleading, because, due to their high added sugar content, consumption of these products is decidedly *unhealthy*, and the consequences of consuming the products—increased risk for, and in some cases contraction of chronic disease—are incompatible with General Mills' representations that the products are "healthy," "nutritious," and "wholesome."

**2.    General Mills Affirmatively Misrepresents that Consuming Some of its High-Sugar Products Will Promote Bodily Health, Prevention of Disease, or Weight Loss**

188.    In some cases, General Mills falsely represents that its high-sugar products are effective in promoting bodily health, preventing disease, and promoting weight loss.

189.    Specifically, General Mills represents that *Honey Nut Cheerios Medley Crunch*, *Basic 4*, *Oatmeal Crisp Crunchy Almond*, and *Oatmeal Crisp Hearty Raisin* cereals are all "heart healthy."

190.    General Mills makes other statements that suggest heart health on products including "can also help take care of your heart" (*Honey Nut Cheerios*); "May reduce the risk of heart disease" (*Multi Grain* and *Chocolate Cheerios,* and *Cheerios + Ancient Grains*);

"Flavors your heart will Love!" (*Apple Cinnamon*, *Frosted*, *Fruity*, *Banana Nut*, *Chocolate*, *Cinnamon Burst*, and *Dulce de Leche Cheerios*); "For a happier & healthier heart!" (*Oatmeal Crisp Hearty Raisin*); and an American Heart Association certification (*Multi Grain Cheerios*).

191.   General Mills further claims that *Honey Nut*, *Apple Cinnamon*, and *Frosted Cheerios*, *Honey Nut Cheerios Medley Crunch*, and *Oatmeal Crisp Hearty Raisin* all "Can Help Lower Cholesterol." These cereals contain 9-10g sugar per serving, accounting for between 15.5% and 36% of their calories.

192.   These statements are false and misleading because, far from promoting heart health, these cereals, because of their high added sugar content, contribute to excessive sugar consumption, which *elevates* cholesterol, and *increases* risk of cardiovascular disease.

193.   General Mills also claims its high-sugar cereals promote weight loss or healthy weight management.

194.   Specifically, the packaging of *Multi Grain Cheerios* states that "It's never too early to get them on a healthy diet," referring to children, even though a single serving provides as much as 50% of the AHA's maximum daily sugar intake recommendation for children, making this claim especially deceptive.

195.   This marketing is false and misleading. Although *Multi Grain Cheerios* contains "only" 6g of sugar per serving, a serving size is just 29g, so the product is more than 20% sugar by weight, and nearly 22% of its calories come from the sugar. Because of this added sugar content, regular consumption of *Multi Grain Cheerios* is not likely to result in lower weight or a healthier diet, but instead to weight gain and increased risk of morbidity.

196.   Although it has 50% more sugar at 9g, contributing nearly a third of the product's calories, General Mills uses the same tactic to advertise *Multi Grain Peanut Butter Cheerios*. Not only is the box designed to look like a slimming waist, but the product's packaging says, "More grains. Less you!," and promises that the product "can help you manage weight." These claims are deceptive for the same reasons stated above.

197.   *Fiber One Honey Clusters* also claims "Fiber One: One simple weight loss step

– that tastes great!" and "may help you stick to your weight loss plan!" General Mills even entered into an association with Weight Watchers to market these cereals. But in making these statements, General Mills deceptively omits material information concerning the negative impact on body weight of the *Fiber One* cereals' high added sugar content, 7g-12g per serving, providing up to a third of the products' calories.

### 3. Even When Not Stating So Expressly, General Mills Strongly Suggests Its High-Sugar Products are Healthy

198. Besides direct, express claims that some of its products are "healthy," "nutritious," and "wholesome," General Mills also conveys this same idea through suggestion.

#### a. General Mills Touts Its High-Sugar Products' Whole Grain, Fiber, and Protein Content to Distract From their High Amounts of Added Sugar

199. A major strategy General Mills employs is "calling out" the supposedly beneficial aspects of its cereals, and particularly their whole grain, fiber, protein, and "real" ingredient content.

200. Especially egregious and misleading is that *Fiber One Protein* actually contains *less* protein than original *Fiber One* cereal, but far more sugar, as set forth below.

| Product | Serving Size | Protein in Serving | Sugar in Serving | Protein in 1 cup | Sugar in 1 cup |
|---|---|---|---|---|---|
| Original Fiber One | 1 cup (81g) | 11g | 1 g | 11g | 1g |
| Fiber One Protein Maple Brown Sugar | 2/3 cup (55g) | 6g | 15g | 9g | 23g |
| Fiber One Protein Cranberry Almond | 3/4 cup (55g) | 6g | 15g | 8g | 20g |

201. Other aspects of General Mills' marketing, such as its online marketing, also focus on fiber, whole grain, protein, and "real" ingredients, including their supposed contribution to general health and wellness, as well as to the prevention of, or reduction of

79

1    risk for, chronic disease, including the very diseases caused by consuming the high amounts

2    of sugar in its foods marketed as healthy.

3        202.   In emphasizing the supposedly beneficial ingredients or other aspects of its

4    cereals, in derogation of its duty to consumers, General Mills necessarily and intentionally

5    also minimizes, de-emphasizes, hides, obscures, and otherwise omits contrary and highly-

6    material information regarding the products' high added sugar content, and the detrimental

7    effects of regular excessive added sugar consumption.

8        **b.    General Mills Leverages a Deceptive Industry "Certification"**

9        **Program—the Whole Grains Council Stamp—to Make its High-**

10       **Sugar Products Appear Healthy**

11       203.   Virtually all of the 32 General Mills cereals challenged herein bear, or at some

12   time during the class period bore a Whole Grains Council Stamp, as pictured below.



20       204.   The Whole Grains Council was formed in 2003 and holds itself out as a

21   purported "nonprofit *consumer advocacy* group."[91]

22       205.   Its membership, however, is comprised not of consumers or their advocates, but

23   primarily of hundreds of food manufacturers, like Cargill, ConAgra, Domino's Pizza, Frito-

24   Lay, Post, Heinz, Hostess, Kellogg, Kraft, McDonald's, Nestle, Quaker, Smucker, and of

25   course, General Mills.

26       206.   The Whole Grain's Council stamp is frequently misused by food manufacturer-

27

28   [91] See http://wholegrainscouncil.org/about-us

members—including by General Mills in this case—to bolster claims that foods are supposedly healthy, by suggesting that an independent, perhaps governmental authority has determined a food is healthy or otherwise sanctioned its health and wellness claims due to its whole grain content.

207.   In order to use a Whole Grains Council stamp, though, a food need only contain a minimum of 8g whole grain, and there are no disqualifying criteria. Accordingly, high-sugar foods can, and frequently do, display the Whole Grains Council stamp.

208.   This is true of many of General Mills' products, and the use of the stamp is deceptive because it implies independent verification that the products are healthy, despite that the Whole Grains Council is an industry group, and that General Mills' products contain such high amounts of sugar that they remain unhealthy choices notwithstanding their whole grain content.

### c.   General Mills Deceptively Omits, Intentionally Distracts From, and Otherwise Downplays Its Foods' High Added Sugar Content

209.   In marketing its cereals with health and wellness claims, General Mills regularly and intentionally omits information regarding the amount and dangers of the added sugars in its products. General Mills is under a duty to disclose this information to consumers because (a) General Mills is revealing *some* information about its products—enough to suggest they are healthy—without revealing additional material information, (b) General Mills' deceptive omissions concern human health, and specifically the detrimental consequences to health from consuming its products, (c) General Mills was, and is, in a better position to know of the dangers presented by the sugars in its cereals, as it is a global food company whose business depends upon food science and policy, and (d) General Mills actively concealed material facts not known to plaintiffs and the class.

210.   Moreover, in marketing its cereals, General Mills regularly affirmatively uses certain words and phrases to falsely suggest their sugar content is low.

211.   Specifically, General Mills represents that *Multi Grain Cheerios*, *Dulce de Leche Cheerios*, *Cheerios + Ancient Grains*, *Fiber One Raisin Bran Clusters*, *Fiber One*

81

*Honey Clusters*, *Fiber One Nutty Clusters & Almonds*, *Oatmeal Crisp Hearty Raisin*, and *Honey Kix* are all "lightly sweetened."

212.   These products, however, far from being "lightly sweetened," contain high amounts of sugar, 5g - 14g per serving, with an average of 8.7g per serving, contributing 16.5% - 36% of the products' calories, with an average of 21.8% of calories, as shown in the table below. Such statements are likely to confuse even consumers aware of health issues regarding sugar, because they suggest any such health issues, in any event, do not pertain to these only "lightly" sweetened cereals.

| Product | Added Sugar Content | % Calories From Added Sugar | AHA Max. Intake Contribution |
| --- | --- | --- | --- |
| Multi Grain Cheerios | 6g | 21.8% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Dulce de Leche Cheerios | 6g | 24% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Cheerios + Ancient Grains | 5g | 18.1% | M: 13.1%<br>W: 20%<br>C: 33.3%-41.6% |
| Fiber One Raisin Bran Clusters | 7g (est.) | 16.5% | M: 18.4%<br>W: 28%<br>C: 46.7-58.3% |
| Fiber One Honey Clusters | 9g | 21.2% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Fiber One Nutty Clusters & Almonds | 12g | 25.3% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| Basic 4 | 13g | 26% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |
| Oatmeal Crisp Crunchy Almond | 14g | 23.3% | M: 36.8%<br>W: 56%<br>C: 93.3-116.7% |

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

| Product | Added Sugar Content | % Calories From Added Sugar | AHA Max. Intake Contribution |
|---|---|---|---|
| Honey Kix | 6g | 20% | M: 15.7% W: 24% C: 40-50% |
| *Averages =* | *8.7g* | *21.8%* | |

**4.    General Mills Immorally Markets Some High-Sugar Products to Children, Who Are Among the Most Vulnerable to the Dangers of Excess Added Sugar Consumption**

213.   General Mills markets some of its products either directly to children, or to parents, *for* their children. For example, *Honey Kix*, which has 6g of sugar per serving, contributing 20% of the product's calories, has labeling statements including:

a.    "Kid Tested, Mother Approved"

b.    "Our promise is simple: we'll always give you a cereal that provides good nutrition your kids need and great taste your kids love."

c.    "KIX Assurance / For over 70 years, moms have trusted our commitment to good nutrition"

214.   General Mills similarly markets *Cinnamon Toast Crunch*, *Cocoa Puffs*, *Lucky Charms*, and *Trix* with claims that speak to benefits to children, namely "GROWING UP STRONG / With Big G Cereals."

215.   General Mills also says to parents of *Multi Grain Cheerios* (6g sugar providing 21.8% of calories), that "it's never too early to get them [children] on a healthy diet."

216.   There are currently obesity and type 2 diabetes epidemics among American children, who are thus among the most vulnerable to misleading health and wellness marketing that results in substantially increased added sugar consumption.

217.   Marketing high-sugar products to children, or for children's consumption, is itself an unfair and immoral business practice, but it is especially harmful when the marketing suggests the high-sugar products are healthy options for children.

218.   Further, marketing such products by emphasizing their purportedly beneficent

contributions to children's health, while intentionally obscuring the detrimental effect of their consumption in promoting obesity, metabolic disease, cardiovascular disease, and other morbidity, is immoral, malicious, and oppressive.

### 5.   General Mills Knows or Reasonably Should Know of the Strong Scientific Evidence Demonstrating Its High-Sugar Products are Unhealthy to Consume, But Fails to Warn Consumers of the Known Dangers

219.   As a longtime and major national food manufacturer, General Mills is well-positioned to know the most current food science. Moreover, the issue of the health dangers of consuming excessive added sugar has gained increasing prominence over the past decade.

220.   For example, scientific evidence of the dangers of sugar was available to General Mills as a result of its membership in the Whole Grains Council. For example, the Whole Grains Counsel website notes Harvard research finding that replacing sugar with whole grains lowers heart disease risk.[92]

221.   Indeed, General Mills maintains on its website a page titled "Reducing Sugar,"[93] in which it demonstrates its awareness of concerns regarding sugar, for example stating that "Since 2007, we have lowered sugar levels in our kid cereals by more than 16 percent, on average," and that "In 2009, General Mills pledged to reduce sugar in all of its cereals advertised to children under 12 to single-digit grams of sugar per serving, and we've made significant progress." Any such reduction, however, has been insufficient to render non-misleading its health and wellness marketing strategies for these products.

222.   Despite knowing of the dangers of the added sugar in its products, General Mills failed to adequately warn consumers, but instead induced them to consume the General Mills products through affirmative health and wellness misrepresentations that also distracted consumers from the dangers presented by the General Mills products.

---

[92]   See   http://wholegrainscouncil.org/replacing-butter-sugar-or-refined-grains-with-whole-grains-cuts-heart-disease-risk

[93]   At http://www.generalmills.com/Health/improving-health/reducing-sugar

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

### 6.   General Mills Violates FDA Food Labeling Regulations

223.   Several of General Mills' cereals contain statements that violate FDA food labeling regulations, which have been adopted as California's labeling regulations pursuant to the California Sherman Food, Drug, and Cosmetic Law, Cal. Health & Safety Code §§ 109875 *et seq.* (the "Sherman Law"). *See id.* § 110665 ("Any food is misbranded if its labeling does not conform with the requirements for nutrition labeling as set forth in Section 403(q) (21 U.S.C. Sec. 343(q)) of the federal act and the regulations adopted pursuant thereto.").

### a.   In Violation of State and Federal Regulations, General Mills' Health and Wellness Statements are False, Misleading, and Incomplete

224.   General Mills' health and wellness statements challenged herein were false and misleading for the reasons described herein, in violation of 21 U.S.C. § 343(a), which deems misbranded any food whose "label is false or misleading in any particular." General Mills accordingly also violated California's parallel provision of the Sherman Law. *See* Cal. Health & Safety Code § 110660.

225.   General Mills' health and wellness statements challenged herein also "fail[ed] to reveal facts that are material in light of other representations made or suggested by the statement[s], word[s], design[s], device[s], or any combination thereof," in violation of 21 C.F.R. § 1.21(a)(1). Such facts include the detrimental health consequences of consuming added sugars in amounts present in the challenged products.

226.   General Mills similarly failed to reveal facts that were "[m]aterial with respect to the consequences which may result from use of the article under" both "[t]he conditions prescribed in such labeling," and "such conditions of use as are customary or usual," in violation of § 1.21(a)(2). Namely, General Mills failed to disclose the increased risk of serious chronic disease likely to result from the usual consumption of its cereals in the customary manner.

### b.      General Mills Violates Regulations Governing Health Claims

227.    A health claim "expressly or by implication . . . characterizes the relationship of any substance to a disease or health-related condition." 21 C.F.R. § 101.14(a)(1). Foods may not contain such claims "unless: (1) The claim is specifically provided for in subpart E of this part; and (2) The claim conforms to all general provisions of this section as well as to all specific provisions in the appropriate section of subpart E of this part," *id.* § 101.14(e). Under § 101.14(e), once the FDA promulgates such a health claim, "firms may make claims based on the regulation in subpart E of this part, provided that" seven conditions are met. *See* 21 C.F.R. § 101.14(d)(2). Thus, where General Mills has used an unauthorized health claim, its use of related information, such as more prominent heart-shaped vignettes with heart-health messages, are also in violation of the regulations, and specifically 21 C.F.R. § 101.14(e), since they are themselves unauthorized health claims that are not immunized by virtue of a connection to an authorized health claim, *see* 21 C.F.R. § 101.14(d)(2).

228.    In several cases, General Mills used health claims in violation of § 101.14(e) and other more specific regulations under subpart E.

### i.      "Can Help Lower Cholesterol" Claims

229.    The claim, "CAN HELP lower CHOLESTEROL," which appears inside a heart vignette on different varieties of Cheerios, is an unauthorized health claim. First, the claim is not itself authorized by Subpart E of title 21 of the Code of Federal Regulations. Second, although the "lower CHOLESTEROL" claim appears in close proximity to a health claim authorized by 21 C.F.R. § 101.81 (permitting a health claim linking soluble fiber and risk of coronary heart disease),[94] lowering cholesterol is not the same as reducing risk of heart disease, and thus "lower[ing] CHOLESTEROL" is not a claim "based on the regulation"

---

[94] The specific claim General Mills makes is: "THREE GRAMS OF SOLUBLE FIBER FROM WHOLE GRAIN OAT FOODS, LIKE HONEY NUT CHEERIOS CEREAL, IN A DIET LOW IN SATURATED FAT AND CHOLESTEROL, MAY REDUCE THE RISK OF HEART DISEASE. HONEY NUT CHEERIOS CEREAL PROVIDES .75 GRAMS PER SERVING."

pursuant to 21 C.F.R. § 101.14(d)(2). In fact, the FDA has warned General Mills about that this very behavior renders Cheerios misbranded, and an unauthorized new drug. This violation applies to Honey Nut Cheerios, Apple Cinnamon Cheerios, Frosted Cheerios, and Honey Nut Medley Crunch Cheerios.

**ii.** **Claims Linking Dietary Saturated Fat and Cholesterol and Risk of Coronary Heart Disease; and Related Packaging Claims**

230.   General Mills also violates 21 C.F.R. § 101.75(c)(2)(E) with respect to several cereals that make a claim linking "dietary saturated fat and cholesterol and risk of coronary heart disease," *see generally id.* § 101.75, because the claim General Mills uses fails to state, as it must, that "coronary heart disease risk depends on many factors," § 101.75(c)(2)(E); *see also id.* § 101.75(e) (model claims).

231.   Specifically, Multi Grain Cheerios states, "DIETS LOW IN SATURATED FAT AND CHOLESTEROL MAY REDUCE THE RISK OF HEART DISEASE. MULTIGRAIN CHEERIOS CEREAL IS LOW IN FAT (1.5g), SATURATED FAT FREE AND CHOLESTEROL FREE." Because this health claim is unauthorized, General Mills' statement in close proximity, "MAY reduce THE RISK OF HEART DISEASE," in a heart vignette, is also an unauthorized health claim in violation of § 101.14(e), since the statement is not "based on" an authorized health claim pursuant to § 101.14(d)(2).

232.   Similarly, for some of the class period, Chocolate Cheerios stated, "Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Chocolate Cheerios cereal is low in fat (1g), saturated fat and naturally cholesterol free." Because this health claim is unauthorized, General Mills' statements in close proximity, "heart-healthy," and "MAY reduce THE RISK OF HEART DISEASE," in a heart vignette, are also unauthorized health claims in violation of § 101.14(e), since the statements are not "based on" an authorized health claim pursuant to § 101.14(d)(2).

233.   Similarly, Cheerios + Ancient Grains states, "Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Cheerios + Ancient Grains cereal is low in

87

fat (2g), low in saturated fat (0.5g) and cholesterol free." Because this health claim is unauthorized, General Mills' statement in close proximity, "may Reduce the Risk of Heart Disease," in a heart vignette, is also an unauthorized health claim in violation of § 101.14(e), since the statement is not "based on" an authorized health claim pursuant to § 101.14(d)(2).

234.    Similarly, Basic 4 states, "Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Basic 4 cereal is low in fat, low in saturated fat and naturally cholesterol free." Because this health claim is unauthorized, General Mills' statements in close proximity, "Great Tasting HEART HEALTHY," in a heart vignette, and "A low fat part of your Heart Healthy Diet," are also unauthorized health claims in violation of § 101.14(e), since the statements are not "based on" an authorized health claim pursuant to § 101.14(d)(2).

235.    Several other varieties of Cheerios included the bare, unauthorized health claim, "Diets low in saturated fat and cholesterol may reduce the risk of heart disease," including Apple Cinnamon Cheerios, Frosted Cheerios, Fruity Cheerios, Banana Nut, Chocolate, Cinnamon Burst, and Dulce de Leche Cheerios. Because this claim is unauthorized, General Mills' statement in close proximity, "Flavors your heart will Love!," is also an unauthorized health claim in violation of § 101.14(e), since the statement is not "based on" an authorized health claim pursuant to § 101.14(d)(2).

236.    These violations are especially misleading because, as the regulation explains, "[o]ther risk factors for coronary heart disease include . . . high blood pressure, diabetes, . . . [and] obesity," 21 C.F.R. § 101.75(b)(2), and these are all likely consequences from regular consumption of General Mills' high-sugar cereals, including the products on which these claims are made.[95]

---

[95] By comparison, on Raisin Nut Bran, General Mills implements the health claim permitted under 21 C.F.R. § 101.75 correctly, stating: "While many factors affect heart disease, diets low in saturated fat and cholesterol may reduce the risk of this disease. Raisin Nut Bran cereal is low in fat, low in saturated fat and naturally cholesterol free." Accordingly, Plaintiff does not challenge on Raisin Nut Bran the statement in close proximity, "Great Tasting HEART HEALTHY," in a heart vignette.

### iii.     Claims Related to FDAMA-Authorized Health Claims

237.   General Mills' *Oatmeal Crisp* cereals include a claim, which is authorized under the Food and Drug Administration Modernization Act (FDAMA), "Diets rich in whole grain foods and other plaint foods, and low in saturated fat and cholesterol, may help reduce the risk of heart disease." The packaging then states, in close proximity, "Great Tasting HEART HEALTHY," inside a heart vignette. Elsewhere, General Mills says *Oatmeal Crisp Hearty Raisin* "can help lower cholesterol." The packaging also includes other heart vignettes, and statement such as "reduced risk of heart disease."

238.   The use of the term "Heart Healthy" on General Mills' *Oatmeal Crisp* cereals, as well as their heart vignettes, violate 21 C.F.R. § 101.14(e) because the statements are not permitted under Subpart E. Moreover, because the statements are made in connection with health claims permitted under the FDAMA, section 101.14(d)(2) does not allow General Mills to make claims, other than the health claim permitted under the FDAMA itself, even if such other claims are "based on" the health claim, and would be allowed for a health claim authorized under Subpart E instead of under the FDAMA.

### iv.     Health Claim Linking Low Sugar and Heart Health

239.   General Mills uses an unauthorized health claim on *Chocolate Cheerios*, connecting the product's sugar content with heart health ("One delightful serving of Chocolate Cheerios has 9 grams of sugar and is a heart-healthy choice for your whole family."), in violation of 21 C.F.R. § 101.14.

### v.     Health Claim Regarding Blood Pressure (Hypertension)

240.   General Mills uses an unauthorized health claim on *Oatmeal Crisp – Hearty Raisin*, when it says the cereal "contains ingredients that can help lower blood pressure," since there is no health claim prescribed for the relationship between *any* nutrient and blood pressure, which is itself a disease (hypertension).

### vi.     Incomplete Health Claims

241.   General Mills' implied and express health claims challenged in this Complaint also violate 21 C.F.R. §§ 101.14(d)(2)(ii), (iii) & (e) because, for the reasons discussed herein,

the claims are not "complete, truthful, and not misleading," and many of the claims are not "limited to describing the value that ingestion (or reduced ingestion) of the substance, as part of a total dietary pattern, may have on a particular disease or health-related condition."

### c.      General Mills Makes an Unlawful Nutrient Content Claim on *Chocolate Cheerios*

242.   A nutrient content claim "expressly or implicitly characterizes the level of a nutrient of the type required to be in nutrition labeling under 101.9 or under 101.36," 21 C.F.R. § 101.13(b). Such claims "may not be made . . . unless the claim is made in accordance with this regulation and with the applicable regulations in Subpart D of this part . . . ." *Id.* An express nutrient content claim is "any direct statement about the level (or range) of a nutrient in the food," *id.* § 101.13(b)(1), whereas an implied nutrient content claim either "[d]escribes the food or an ingredient therein in a manner that suggests that a nutrient is absent or present in a certain amount," or "[s]uggests that the food, because of its nutrient content, may be useful in maintaining healthy dietary practices and is made in association with an explicit claim or statement about a nutrient," *id.* § 101.13(b)(2).

243.   Under 21 C.F.R. § 101.13(i), "the label or labeling of a product may contain a statement about the amount or percentage of a nutrient if: (1) The use of the statement on the food implicitly characterizes the level of the nutrient in the food and is consistent with a definition for a claim, as provided in Subpart D of this part, for the nutrient that the label addresses . . . ; (2) The use of the statement on the food implicitly characterizes the level of the nutrient in the food and is not consistent with such a definition, but the label carries a disclaimer adjacent to the statement that the food is not 'low' in or a 'good source' of the nutrient . . . ; (3) The statement does not in any way implicitly characterize the level of the nutrient in the food and it is not false or misleading in any respect . . . ."

244.   General Mills claims that *Chocolate Cheerios* have the "perfect balance of whole grain goodness" and that is why the product contains "9 grams" of sugar per serving." General Mills' obvious implication, in context, is that the amount of sugar in the products is low. To qualify for a "low sugar" claim, a product must "contain at least 25 percent less sugar

per reference amount customarily consumed than an appropriate reference food as described in 101.13(j)(1), and the reference food must be declared. 21 C.F.R. § 101.60(c)(5). Because General Mills provides no indication of a valid reference, and does not provide a disclaimer that the product is not a "lower sugar" product, the implied nutrient content claim is unlawful, in violation of 21 C.F.R. §§ 101.13(i)(1)-(2). If, on the other hand, General Mills' use of "9 grams of sugar" is construed as an express nutrient content claim that "does not in any way implicitly characterize the level of the nutrient in the food," then it is in violation of 21 C.F.R. § 101.13(i)(3) because, in suggesting the products are low in sugar (the only reason General Mills would have to tout the sugar content), the statements are "false or misleading in any respect," *id.*, for the reasons described herein.

**B.     General Mills Designed Deceptive Opposition Research to Justify the High Amounts of Added Sugar in its Cereals**

245.   Through its "Bell Institute of Health and Nutrition," General Mills designed a methodology, purportedly to investigate the relationship between ready-to-eat cereal consumption and Body Mass Index (BMI) in school-aged children (4 to 12 years). The analysis was published in 2003.[96]

246.   The study was based on a 14-day food diary, where foods eaten, as well as physical attributes like height and body weight, were self-reported, and where portion sizes were later just estimated. Such studies are notoriously unreliable. Worse, to be counted in the data, children needed to only report on 7 of the 14 days. Then, the General Mills-sponsored researchers only considered children overweight if they were at or above the 95th percentile of BMI—rather than using an absolute value—which is absurd, as it would be equivalent to saying only 5% of children are overweight. Moreover, the data came from that collected by The NPD Group from February 1998 through January 1999, almost 20 years ago when foods, food labeling, and food policy was all much different than today. And, of the 603 children

---

[96] Albertson AM, et al., "Ready-to-eat cereal consumption: its relationship with BMI and nutrient intake of children aged 4 to 12 years," *J. Am. Diet. Assoc.*, Vol. 103, 1613-1619 (2003).

included, only about half came from households that were employed, suggesting a confounding factor (such children might eat less, accounting for their lower weight). This study has been criticized on a number of bases (other than the obvious criticism: bias), for example that its outcomes were not clearly defined nor its measurements valid and reliable, especially based on data collection techniques.

247.   Notwithstanding its obvious bias and dubious reliability, both General Mills and other cereal manufacturers, including Kellogg's, have frequently cited this analysis (often without revealing General Mills' role) to justify its sale and marketing of high-sugar cereals, asserting that it supports the proposition that cereal consumption is associated with lower body weight or BMI in children *regardless of the cereal's sugar content*.

248.   For example, in a 2012 General Mills pamphlet titled, "Benefits of Cereal," citing its study without revealing its involvement, General Mills states, "Eating cereal, including sweetened cereal, is also associated with improved nutrient intake for children," and that "regardless of sweetness level, children who eat cereal have healthier body weights than those who don't eat cereal."[97]

## C.   General Mills Used its Website and Other Online Fora—as Referenced on the Products' Packaging—to Spread Misinformation about the Dangers of Consuming the Added Sugar in its Cereals

249.   The packaging of General Mills' products include frequent references to websites maintained by General Mills and others. These include:

---

[97] General Mills also cites for this proposition, O'Neal, C.E., et al., "Presweetened and Nonpresweetened Ready-to-Eat Cereals at Breakfast Are Associated With Improved Nutrient Intake but Not With Increased Body Weight of Children and Adolescents: NHANES 1999-2002," Am. J. Lifestyle Med., Vol. 6, No. 1, pp. 63-74 (2012). This is highly misleading. This analysis of NHANES data is not cereal-specific, but rather looked only at whole grain consumption (from all sources). And the analysis has nothing to do with BMI or body weight at all, but rather only asks whether those who consumed the most whole grain also consumed the most other beneficial nutrients (as measured by "Healthy Eating Index" standard). The data actually showed that increased whole grain consumption did *not* decrease sugar consumption.

    a.    GeneralMills.com and www.generalmills.com/health

    b.    www.WholeGrainNation.com

    c.    www.FiberOne.com

    d.    www.GrowUpStrong.com

250. General Mills maintains a large website, including a page dedicated to "Health." The page states, "You look to us to provide nutritious, tasty foods that you can share with family and friends. That's a measure of trust we've taken seriously for more than 150 years. We aim to deliver convenient, nutritious foods that—when combined with exercise and activity—lead to healthier lives. We make food with a passion by improving its variety, health profile and safety. We invest in this through our nutrition science research, which continues to uncover secrets about the relationship of food to health and wellness."

251. General Mills then provides a "Performance dashboard" for "fiscal 2015," in which it states results relating to eight different aspects of its foods—but none of them their high amounts of sugar. Instead, the "health" information General Mills provides relates to: (a) whole grain, (b) vegetables, (c) dairy, (d) fiber, (e) calories, (f) gluten-free, (g) organic, (h) protein, and (i) non-artificial ingredients.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT



252.   The website referenced on nearly all its products, WholeGrainNation.com, is now defunct (the url now redirects to General Mills' Facebook page), but was maintained by General Mills to provide "health" information regarding the whole grain in its foods, but consistent with General Mills' marketing strategy, did not materially address the high amounts of sugar in its foods made with whole grain.

1
2
3
4
5
6
7
8
9
10
11



12   253.   General Mills' FiberOne.com website touts the products' fiber content, but does

13   not mention their sugar, instead deceptively omitting material information.

14
15
16
17
18
19
20
21
22
23

24   254.   General Mills used the "GrowUpStrong" website to promote purported

25   "Important Nutrition News" about its cereals' supposed contribution to children's health,

26   including by leveraging its 2003 analysis to suggest that sugar content is immaterial to health,

27   stating "Some cereals are lower in sugar and some are sweetened. Yet both types of cereal

28   are a good breakfast choice." Consistent with its behavior elsewhere, the site focused on the

95

cereals' whole grain content and otherwise ignored their dangerous sugar levels. The site is now defunct, instead redirecting to General Mills' Facebook page.



*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

**GROW-UP STRONG**
**BIG G KID CEREALS**

◀ Back

# Is there a connection between cereal and healthy body weight?

A large study published in the *Journal of the American Dietetic Association* followed 2,000 American girls over a 10-year period. It found that girls who demonstrated a consistent cereal-eating pattern had healthier body weights and lower Body Mass Index (BMI) than those who did not. Frequency of breakfast consumption and cereal consumption declined with age, but girls who continued to eat cereal frequently maintained a healthier body weight through adolescence.

Ready-to-eat cereals, including sweetened cereals, also made significant nutrient contributions in the diets of the girls. Forty-one percent of the cereals consumed in the study were sweetened. Still, the number of days eating cereal — including sweetened cereal — remained predictive of lower BMI and higher nutrient intakes.[1]

A second study on the connection between eating breakfast and maintaining a healthy weight reported similar results. Cereal consumption was associated with better nutritional status and a lower likelihood of weight gain among adolescents. This study found that although the frequency of breakfast eating declined with age, days on which the girls ate breakfast were associated with higher calcium and higher fiber intake.[2] Another study found that breakfast consumption is associated with a lower body weight,[3] especially when cereals are consumed, while yet another study found that people who reported consuming a breakfast of cereal had healthier body weights than those who consumed higher fat breakfasts.[4]

## Cereal eaters have healthier body weights

| Ages 4-6 (% overweight) | Ages 7-9 (% overweight) | Ages 10-12 (% overweight) | Cereal servings |
|---|---|---|---|
| 48%  35%  26% | 50%  38%  16% | 45%  37%  21% | ■ Fewer than 4 servings in 14 days  ■ 4 to 7 servings in 14 days  ■ More than 7 servings in 14 days |

Data published in the Journal of the American Dietetic Association found that:[?]

■ Frequent cereal eaters tend to have healthier body weights.

■ Kids who eat four to seven servings of cereal over a 14-day period are less likely to be overweight than kids who eat fewer than

■ Kids who eat cereal more frequently, or more than seven times in 14 days, are even less likely to be overweight than kids who eat cereal

97

1       255.   General Mills also maintains a webpage for each of its cereals. The main

2   generalmills.com webpage has a link to "Brands," under which is another link to "Cereals."

3   The "Cereals" webpage continues General Mills' deceptive marketing strategy by touting the

4   benefits of whole grain and other ingredients in General Mills' cereals, while omitting,

5   intentionally distracting from, and otherwise downplaying the high added sugar content of its

6   cereals. For General Mills' "Cereals" page claims its cereals provide "Whole grain for the

7   whole family," stating, "Ninety-five percent of Americans still aren't eating enough whole

8   grain. Whole grain is the first ingredients in all Big G cereals, which contain at least 10 grams

9   per serving. That and other reasons make cereal one of the best choices you can make."



22       256.   The "other reasons" hyperlink leads to a page where General Mills claims

23   "General Mills cereal is on a journey to always be better." General Mills continues, "Your

24   family wants great tasting, nutritious food. For quite some time, we've worked to give you

25   that." Below is a timeline of General Mills' supposed efforts to make its cereals "nutritious."

26   For example, it states that in the 1930s, "General Mills began fortifying with vitamins and

27   minerals," that in 2005 "General Mills changed the entire line of Big G cereals to include at

28   least 8 grams of whole grain per serving," and that in 2011, General Mills did a "SUGAR

REDUCTION," meaning "All Big G cereals advertised to kids have 10 grams of sugar or less per serving." Statements such as this lead consumers to believe that the amount of sugar in General Mills' cereals is insignificant, despite that sugar at those levels contributes to a variety of diseases. General Mills continues its deception with statements like "We continue to lower sugar in our family favorite cereals."



257.   The "Cereals" webpage also links to individual webpages for each General Mills cereal, which continue the same marketing strategy. The Cheerios webpage, for example, starts by emphasizing that Cheerios are "Made with 100 percent natural whole grain oats," and asking "Why does that matter? Oats are the only major breakfast cereal grain proven to help lower cholesterol. But there's more. Adding protein to your morning routine doesn't have to mean bacon and eggs."

258.   At the bottom of the "Cheerios" webpage there are further links to information about "Whole grain benefits," where General Mills continues to distract from its cereals' high-sugar content, and the deleterious health effects it causes, by focusing on the benefits of whole grain, including its claim that "Grains have been an important part of a healthy diet for centuries."

259.   The "Cheerios webpage also links to an entirely separate website, www.cheerios.com, where General Mills claims that "Your heart matters to us. That's why Cheerios are made with the best oats possible, to provide the best nutrition for your heart," inviting users to "Learn more about how beta-glucan can help lower cholesterol" and to "Eat Well to live well."



260.   The "Hearts Matter" webpage further claims that "When you eat Cheerios, you do your heart some good, here's why: The whole grain oats in Cheerios contain beta-glucan" which General Mills claims is "a soluble fiber proven to help lower cholesterol as part of a heart-healthy diet" by "form[ing] a gel which sticks to some cholesterol and removes it from the body" and that "studies show that three grams of soluble fiber daily from whole grain oat foods – like Cheerios – in a diet low in saturated fat and cholesterol may reduce the risk of heart disease." While these statements may be supportable and reasonable with respect to *unsweetened* Cheerios, General Mills does not distinguish between that and its sweetened versions challenged herein. In fact, after clicking "Products," all varieties are displayed.





*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

261.   General Mills employs similar deceptive marketing strategies for each of its cereals, on their respective websites.

262.   Also on its website, General Mills maintains a page titled "Improving Health where it claims that "Health improvements are a primary focus of [its] product innovation," below which is a graph showing the supposed increasing healthfulness of its products. This page includes links for further health claims, such as "providing whole grain," "providing fiber," "providing calcium," and "Reducing sugar," furthering its deception that the high-sugar content of its cereals is negligible given the other supposed health benefits of consuming whole grains and fiber.



263.   General Mills' presence online is vast. The above are just a few examples of who General Mills uses online fora to perpetuate its strategy of marketing high-sugar foods with health and wellness claims, particularly by focusing on their purportedly beneficial nutrients and aspects while omitting, obscuring, downplaying, and misrepresenting the health risks associated with the added sugars in its sweetened cereals and other food products.

**D.    The Foregoing Behaviors are Part of General Mills' Longstanding Policy, Practice, and Strategy of Marketing its High-Sugar Products as Healthy in Order to Increase Sales and Profit**

264.   The practices complained of herein, while specific to certain product lines, flavors or varieties, and certain claims, are exemplary of, and consistent with, General Mills' longtime practice of marketing high-sugar products with health and wellness claims that both deceptively suggest the products are healthy, and deceptively omit the dangers of consuming the products.

265.   These practices have been consistent notwithstanding General Mills' occasional discontinuation or introduction of new products or lines of products, reformulation of products, or labeling or packaging changes.

266.   This strategy is based on sophisticated consumer marketing research, and has been undertaken by General Mills with the purpose of increasing the prices, sales, and market share of its cereals and other food products.

267.   Unless enjoined from using in the marketing of high-sugar products the health and wellness marketing statements, representations, strategies, and tactics complained of herein, General Mills will continue to employ this strategy, as the consumer preference for healthier-seeming foods is strong, and General Mills' use of the claims therefore allows it to obtain market share it otherwise would not obtain absent use of the claims.

268.   In fact, Neilsen's 2015 Global Health & Wellness Survey found "88% of those polled are willing to pay more for healthier foods."[98]

**E.    General Mills' Policy and Practice of Marketing High-Sugar Products as Healthy is Especially Harmful Because Consumers Generally Eat More than One Serving of Cereal at a Time, Which General Mills Knows**

269.   The serving size for General Mills' cereals is generally either 1 cup or ¾ cup,

---

[98] Nancy Gagliardi, Forbes, *Consumers Want Healthy Foods--And Will Pay More For Them*, (Feb. 18, 2015) (citing Neilson, *We are what we eat, Healthy eating trends around the world*, at 11 (Jan. 2015)).

which generally corresponds to approximately either 30g or 55g.

270.    In 2014, the FDA analyzed food consumption data between 2003 and 2008, from the National Health and Nutrition Examination Survey (NHANES, discussed previously above), finding that at least 10% of Americans eat at one sitting, 2 to 2.6 times the amount of cereal as the labeled serving size. Federal regulations thus provide that the reference amount customarily consumed (RACC) for cereal is 110 grams. 21 C.F.R. § 101.12(b).

271.    A study conducted by General Mills itself even found that children and adolescents 6 to 18 years old typically eat about twice as much cereal in a single meal compared to the suggested serving size.

272.    Another study, by Yale University's Rudd Center for Food Policy and Obesity, found that children 5 to 12 years old ate an average of 35 grams of low-sugar cereals, but an average of 61 grams of high-sugar cereals.[99]

273.    An intercept study conducted in 2014 by Consumer Reports found that "Almost every participant—92 percent—exceeded the recommended serving size," by "help[ing] themselves to 24 percent to 92 percent more when using a 12-ounce bowl and 43 to 114 percent more when using an 18-ounce bowl. But those who used the largest bowl really went overboard With Cheerios, the average overpour was 132 percent . . . ."[100]

274.    As a result of consumers' actual eating habits, General Mills' high-sugar cereals in reality contribute significantly more sugar to their consumers' diets than even the high amount in a single serving suggests.

275.    For example, doubling a serving of most General Mills cereals would cause men, women, and children all to exceed their AHA-recommended maximum daily sugar intake in just the single breakfast serving.

---

[99] Jennifer L. Harris, et al., "Effects of Serving High-Sugar Cereals on Children's Breakfast-Eating Behavior," *Pediatrics*, Vol. 127, Issue 1 (Jan. 2011).

[100] *See* "Cereal portion control matters: You could be taking in a lot more calories than you think" (Dec. 11, 2014), at https://www.consumerreports.org/cro/news/2014/12/cereal-portion-control-matters/index.htm.

276.   For this reason, the General Mills high-sugar cereals are especially dangerous to the health of those who regularly consume them, and therefore its deceptive health and wellness messaging for these products is particularly insidious.

## PLAINTIFFS' PURCHASES, RELIANCE, AND INJURY

**A.   Plaintiff Beverly Truxel**

277.   During the past several years, plaintiff Beverly Truxel purchased several General Mills products including the following.

        a.    *Honey Nut Cheerios*

        b.    *Apple Cinnamon Cheerios*

        c.    *Cinnamon Burst Cheerios*

        d.    *Cinnamon Chex*

        e.    *Chocolate Chex*

        f.    *Fiber One Nutty Clusters & Almonds*

        g.    *Fiber One Protein – Maple Brown Sugar & Cranberry Almond*

        h.    *Basic 4*

278.   Ms. Truxel typically purchased the foregoing General Mills products at one of the following locations: (a) the Lucky located on Monument Boulevard, in Concord, California (which is no longer there); (b) the Lucky located at 1145 Arnold Drive, in Martinez, California 94553; (c) the Safeway located at 591 Tres Pinos Road in Hollister, California 95023; (d) the Safeway located at 17539 Vierra Canyon Road, in Prunedale, California 93907; (e) the Walmart located at 7150 Camino Arroyo, in Gilroy, California, 95020; and (f) the Nob Hill Foods located at 1320 South Main Street, in Salinas, California 93901.

279.   As best she can recall, Ms. Truxel has purchased *Honey Nut Cheerios* many times throughout the four years preceding the filing of the Complaint, about 10 times per year.

280.   As best she can recall, Ms. Truxel purchased *Apple Cinnamon Cheerios* approximately 10 times, approximately three years preceding the filing of the Complaint.

281.   As best she can recall, Ms. Truxel purchased *Cinnamon Burst Cheerios* approximately 4 times, approximately three years preceding the filing of the Complaint.

282.   As best she can recall, Ms. Truxel purchased *Cinnamon Chex* approximately 6-7 times, beginning approximately two years preceding the filing of the Complaint, with her most recent purchase within the last year preceding the filing of the Complaint.

283.   As best she can recall, Ms. Truxel purchased *Chocolate Chex* multiple times, beginning approximately two years preceding the filing of the Complaint, with her most recent purchase made within the last year preceding the filing of the Complaint.

284.   As best she can recall, Ms. Truxel purchased *Apple Cinnamon Chex* approximately two years preceding the filing of the Complaint.

285.   As best she can recall, Ms. Truxel purchased *Fiber One Nutty Clusters & Almonds*, and *Fiber One Protein* cereals multiple times, with a frequency of approximately 6 times per year beginning approximately three years preceding the filing of the Complaint, with her most recent purchase approximately six months preceding the filing of the Complaint.

286.   As best she can recall, Ms. Truxel purchased *Basic 4* approximately 10 times, beginning approximately two years preceding the filing of the Complaint, with her most recent purchase approximately six months preceding the filing of the Complaint.

287.   For each General Mills product purchased, Ms. Truxel read and decided to purchase the product in substantial part based upon General Mills' health and wellness labeling statements discussed herein and set forth above with respect to each product and variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Ms. Truxel.

*          *          *

288.   When purchasing the General Mills products, Ms. Truxel was seeking products that were healthy to consume, that is, whose consumption would not increase her risk of CHD, stroke, and other morbidity.

289.   The health and wellness representations on the General Mills products' labeling,

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

as well as General Mills' omission of material information, however, was misleading, and had the capacity, tendency, and likelihood to confuse or confound Ms. Truxel and other consumers acting reasonably (including the putative Class) because, as described in detail herein, the products are not healthy but instead their consumption increases the risk of CHD, stroke, and other morbidity.

290.   Ms. Truxel is not a nutritionist or food scientist, but rather a lay consumer who did not have the specialized knowledge that General Mills had regarding the nutrients present in the General Mills products. At the time of purchase, plaintiff was unaware of the extent to which consuming high amounts of added sugar in any form adversely affects blood cholesterol levels and increases risk of CHD, stroke, and other morbidity, or what amount of sugar might have such an effect.

291.   Ms. Truxel acted reasonably in relying on General Mills' health and wellness marketing, which General Mills intentionally placed on the products' labels with the intent to induce average consumers into purchasing the products, as well as on General Mills' deceptive omissions of material information.

292.   Ms. Truxel would not have purchased General Mills products if she knew that their labeling claims were false and misleading in that the products were not as healthy as represented.

293.   The General Mills products cost more than similar products without misleading labeling, and would have cost less absent the misleading health and wellness claims.

294.   If General Mills were enjoined from making the misleading claims, the market demand and price for its products would drop, as it has been artificially and fraudulently inflated due to General Mills' use of deceptive health and wellness labeling.

295.   General Mills has been unjustly enriched in that its use of deceptive health and wellness labeling, and deceptive omissions, has allowed General Mills to obtain a larger share of the market for cereals than it otherwise would have with respect to the challenged products.

296.   Ms. Truxel paid more for the General Mills products, and would only have been willing to pay less, or unwilling to purchase them at all, absent the misleading labeling

107

statements complained of herein.

297. For these reasons, the General Mills products were worth less than what Ms. Truxel paid for them, and may have been worth nothing at all.

298. Instead of receiving products that had actual healthful qualities, the products Ms. Truxel received were not healthy, but rather their consumption causes increased risk of CHD, stroke, and other morbidity.

299. Ms. Truxel lost money as a result of General Mills' deceptive claims and practices in that she did not receive what she paid for when purchasing the General Mills products.

300. Ms. Truxel detrimentally altered her position and suffered damages in an amount equal to the amount she paid for the products.

301. As a result of General Mills' practices, Ms. Truxel has suffered bodily injury in the form of increased risk of CHD, stroke, and other morbidity.

**B. Plaintiff Stephen Hadley**

302. Plaintiff Stephen Hadley has been a frequent cereal eater for many years. Mr. Hadley is relatively health-conscious. During the past several years and prior, in seeking out cereals to eat, Mr. Hadley has generally tried to choose healthy options, and has been willing to pay more for cereals, and other products, he believes are healthy.

303. Over the past several years, Mr. Hadley has purchased General Mills products on multiple occasions, including *Cheerios*, *Chex*, *Fiber One*, and other cereals.

304. *Cheerios*. Over the past several years, Mr. Hadley has purchased the following varieties of *Cheerios* cereals:

      a.    *Honey Nut*

      b.    *Apple Cinnamon*

      c.    *Multi Grain*

      d.    *Chocolate*

      e.    *Cinnamon Burst*

      f.    *Dulce de Leche*

g.   *Multi Grain Peanut Butter Cheerios*

305.   To the best of his recollection, Mr. Hadley has regularly been purchasing *Cheerios* cereals beginning in early 2012, buying one variety or another approximately twice per month. Plaintiff believes he purchased *Cheerios* products from locations including: (a) the Safeway located at 815 Canyon Del Rey Boulevard, in Del Rey Oaks, California 93940; (b) the Grocery Outlet located at 1523 Freemont Boulevard, in Seaside, California 93955; (c) the Nob Hill Foods located at 900 Lighthouse Avenue, in Monterey, California 93940; (d) the Target located at 2040 California Avenue, in Sand City, California 93955; and (e) the Wal-Mart located at 150 Beach Road, in Marina, California 93933. Plaintiff believes he last purchased a *Cheerios* cereal in approximately July 2016.

306.   For each *Cheerios* cereal purchased, Mr. Hadley read and decided to purchase the product in substantial part based upon General Mills' health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Mr. Hadley.

307.   ***Fiber One.*** Over the past several years, Mr. Hadley has purchased the following varieties of *Fiber One* cereals:

        a.   *Raisin Bran Clusters*

        b.   *Honey Clusters*

        c.   *Nutty Clusters & Almonds*

        d.   *Protein Cranberry Almond*

308.   To the best of his recollection, Mr. Hadley began purchasing *Fiber One* cereals beginning in spring 2012. Given plaintiff's habits, he believes he purchased at least one variety, and maybe more than one, approximately once every two months. Plaintiff believes he purchased multiple varieties of *Fiber One* from the Safeway located at 815 Canyon Del Rey Boulevard, in Del Rey Oaks, California 93940, and the Nob Hill Foods located at 900 Lighthouse Avenue, in Monterey, California 93940. Plaintiff believes he last purchased a *Fiber One* cereal in approximately March 2016.

309.   For each *Fiber One* cereal purchased, Mr. Hadley read and decided to purchase the product in substantial part based upon General Mills' health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Mr. Hadley.

310.   ***Chex.*** Beginning in early 2012, Mr. Hadley purchased *Cinnamon* and *Apple Cinnamon Chex* approximately once per month, with his most recent purchase in approximately March 2016. As best he can recall, Mr. Hadley purchased *Cinnamon Chex* at the Grocery Outlet located at 1523 Freemont Boulevard, in Seaside, California 93955.

311.   For each *Chex* cereal purchased, Mr. Hadley read and decided to purchase the product in substantial part based upon General Mills' health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Mr. Hadley.

312.   ***Oatmeal Crisp***. Beginning in early 2012 and through approximately spring 2014, Mr. Hadley purchased *Oatmeal Crisp Hearty Raisin* cereal a couple times from the Wal-Mart located at 7150 Camino Arroyo, in Gilroy, California 95020.

313.   Mr. Hadley decided to purchase *Oatmeal Crisp Hearty Raisin* in substantial part based upon General Mills' health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the product seem like healthy food choices to Mr. Hadley.

314.   ***Children's Cereals***. Over the past several years, Mr. Hadley has purchased the following General Mills cereals:

      a.    *Honey Kix*

      b.    *Cinnamon Toast Crunch*

      c.    *Cocoa Puffs*

      d.    *Lucky Charms*

      e.    *Trix*

315.   As best he can recall, Mr. Hadley purchased each of the above General Mills children's cereals beginning in the spring of 2012, with his most recent purchase in approximately June 2014. Mr. Hadley believes he purchased each of the products from locations including: (a) the Safeway located at 815 Canyon Del Rey Boulevard, in Del Rey Oaks, California 93940, and (b) the Nob Hill Foods located at 900 Lighthouse Avenue, in Monterey, California 93940.

316.   For each General Mills children's cereal purchased, Mr. Hadley read and decided to purchase the product in substantial part based upon General Mills' health and wellness labeling statements discussed herein and set forth above with respect to each product variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like food choices that were healthier than they really were in light of their high added sugar content.

*             *             *

317.   When purchasing the General Mills products, Mr. Hadley was seeking products that were healthy to consume, that is, whose consumption would not increase his risk of CHD, stroke, and other morbidity.

318.   The health and wellness representations on the General Mills products' labeling, however, was misleading, and had the capacity, tendency, and likelihood to confuse or confound Mr. Hadley and other consumers acting reasonably (including the putative Class) because, as described in detail herein, the products are not healthy but instead their consumption increases the risk of CHD, stroke, and other morbidity.

319.   Mr. Hadley is not a nutritionist or food scientist, but rather a lay consumer who did not have the specialized knowledge that General Mills had regarding the nutrients present in the General Mills products. At the time of purchase, plaintiff was unaware of the extent to which consuming high amounts of added sugar in any form adversely affects blood cholesterol levels and increases risk of CHD, stroke, and other morbidity, or what amount of sugar might have such an effect.

320.   Mr. Hadley acted reasonably in relying on General Mills' health and wellness

111

marketing, which General Mills intentionally placed on the products' labels with the intent to induce average consumers into purchasing the products.

321.   Mr. Hadley would not have purchased General Mills products if he knew that their labeling claims were false and misleading in that the products were not as healthy as represented.

322.   The General Mills products cost more than similar products without misleading labeling, and would have cost less absent the misleading health and wellness claims.

323.   If General Mills were enjoined from making the misleading claims, the market demand and price for its products would drop, as it has been artificially and fraudulently inflated due to General Mills' use of deceptive health and wellness labeling.

324.   General Mills has been unjustly enriched in that its use of deceptive health and wellness labeling, and deceptive omissions, has allowed General Mills to obtain a larger share of the market for cereals than it otherwise would have with respect to the challenged products.

325.   Mr. Hadley paid more for the General Mills products, and would only have been willing to pay less, or unwilling to purchase them at all, absent the misleading labeling statements complained of herein.

326.   For these reasons, the General Mills products were worth less than what Mr. Hadley paid for them, and may have been worth nothing at all.

327.   Instead of receiving products that had actual healthful qualities, the products Mr. Hadley received were not healthy, but rather their consumption causes increased risk of CHD, stroke, and other morbidity.

328.   Mr. Hadley lost money as a result of General Mills' deceptive claims and practices in that he did not receive what he paid for when purchasing the General Mills products.

329.   Mr. Hadley detrimentally altered his position and suffered damages in an amount equal to the amount he paid for the products.

330.   As a result of General Mills' practices, Mr. Hadley has suffered bodily injury in the form of increased risk of CHD, stroke, and other morbidity.

## CLASS ACTION ALLEGATIONS

331.   Pursuant to Fed. R. Civ. P. 23, plaintiffs seek to represent a class of all persons in California who, at any time from August 29, 2012 to the time a class is notified, purchased high-sugar General Mills products bearing health and wellness claims for their own personal, family, or household use and not for resale.

332.   Plaintiffs nevertheless reserve the right to divide into subclasses, expand, narrow, more precisely define, or otherwise modify the class definition prior to (or as part of) filing a motion for class certification.

333.   The members in the proposed class and subclass are so numerous that individual joinder of all members is impracticable, and the disposition of the claims of all class members in a single action will provide substantial benefits to the parties and Court. Fed. R. Civ. P. 23(a)(1).

334.   Questions of law and fact common to plaintiffs and the class (Fed. R. Civ. P. 23(a)(2) include, without limitation:

   a.   Whether certain General Mills products contain sufficient added sugar to contribute substantially to the excessive consumption of added sugar;

   b.   Whether the excessive consumption of added sugar presents significant health risks;

   c.   Whether, if the former questions of fact are answered in the affirmative, this renders misleading to the reasonable consumer General Mills' use of health and wellness claims on the packaging of high-sugar General Mills products;

   d.   Whether the challenged General Mills health and wellness claims were material;

   e.   Whether General Mills made any statement it knew or should have known was false or misleading;

   f.   Whether General Mills maintained a longstanding marketing policy, practice, and strategy of selling high-sugar products with health and wellness claims;

   g.   Whether General Mills' practices were immoral, unethical, unscrupulous, or substantially injurious to consumers;

113

h.   Whether the utility of any of General Mills' practices, if any, outweighed the gravity of the harm to its victims;

i.   Whether General Mills' conduct violated public policy, including as declared by specific constitutional, statutory or regulatory provisions;

j.   Whether the consumer injury caused by General Mills' conduct was substantial, not outweighed by benefits to consumers or competition, and not one consumers themselves could reasonably have avoided;

k.   Whether General Mills' policies, acts, and practices with respect to the General Mills high-sugar products were designed to, and did result in the purchase and use of the products by the class members primarily for personal, family, or household purposes;

l.   Whether General Mills' conduct or any of its acts or practices violated the California False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*, the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*, the Federal Food, Drug, and Cosmetic Act, 28 U.S.C. §§ 301 *et seq.*, and its implementing regulations, 21 C.F.R. §§ 101 *et seq.*, the California Sherman Food, Drug, and Cosmetic Law, Cal. Health & Safety Code §§ 109875, *et seq.*, or any other regulation, statute, or law;

m.   Whether General Mills represented that General Mills high-sugar products have characteristics, uses, or benefits which they do not have, within the meaning of Cal. Civ. Code § 1770(a)(5);

n.   Whether General Mills represented General Mills high-sugar products are of a particular standard, quality, or grade, when they were really of another, within the meaning of Cal. Civ. Code § 1770(a)(7);

o.   Whether General Mills advertised General Mills high-sugar products with the intent not to sell them as advertised, within the meaning of Cal. Civ. Code § 1770(a)(9);

p.   Whether General Mills represented that General Mills high-sugar products have been supplied in accordance with previous representations when they have not, within the meaning of Cal. Civ. Code § 1770(a)(16);

q.   Whether through the challenged labels and advertising, General Mills made affirmations of fact or promises, or descriptions of the goods;

r.   Whether General Mills' affirmations of fact or promises, or descriptions of the goods became part of the basis of the bargain for the Class's purchases;

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

s.      Whether General Mills failed to provide the goods in conformation with its affirmations of fact, promises, and descriptions of the goods;

t.      The proper equitable and injunctive relief;

u.      The proper amount of restitution or disgorgement; and

v.      The proper amount of reasonable litigation expenses and attorneys' fees.

335.   Plaintiffs' claims are typical of class members' claims in that they are based on the same underlying facts, events, and circumstances relating to General Mills' conduct. Fed. R. Civ. P. 23(a)(3).

336.   Plaintiffs will fairly and adequately represent and protect the interests of the class, have no interests incompatible with the interests of the class, and have retained counsel competent and experienced in class action, consumer protection, and false advertising litigation, including within the food industry.

337.   Class treatment is superior to other options for resolution of the controversy because the relief sought for each class member is small such that, absent representative litigation, it would be infeasible for class members to redress the wrongs done to them.

338.   Questions of law and fact common to the class predominate over any questions affecting only individual class members.

339.   As a result of the foregoing, class treatment is appropriate under Fed. R. Civ. P. 23(a), (b)(2), and (b)(3), and may be appropriate for certification "with respect to particular issues" under Rule 23(b)(4).

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### VIOLATIONS OF THE CALIFORNIA FALSE ADVERTISING LAW,

### CAL. BUS. & PROF. CODE §§ 17500 *ET SEQ.*

340.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

341.   The FAL prohibits any statement in connection with the sale of goods "which is untrue or misleading," Cal. Bus. & Prof. Code § 17500.

342.   General Mills' use of health and wellness advertising for General Mills products that contain substantial amounts of added sugar is deceptive in light of the strong evidence that excessive sugar consumption greatly increases risk of chronic disease.

343.   General Mills knew, or reasonably should have known, that the challenged health and wellness claims were untrue or misleading.

**SECOND CAUSE OF ACTION**

**VIOLATIONS OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT, CAL. CIV. CODE §§ 1750 *ET SEQ.***

344.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

345.   The CLRA prohibits deceptive practices in connection with the conduct of a business that provides goods, property, or services primarily for personal, family, or household purposes.

346.   General Mills' policies, acts, and practices were designed to, and did, result in the purchase and use of the products primarily for personal, family, or household purposes, and violated and continue to violate the following sections of the CLRA:

  a.   § 1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have;

  b.   § 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another;

  c.   § 1770(a)(9): advertising goods with intent not to sell them as advertised; and

  d.   § 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

347.   In compliance with Cal. Civ. Code § 1782, plaintiffs sent written notice to General Mills of their claims, but General Mills failed, after 30 days, to satisfy plaintiffs' demand or to rectify the behavior. Accordingly, plaintiffs, on behalf of themselves and the class, seek injunctive relief, restitution, statutory damages, compensatory damages, punitive

1   damages, and reasonable attorneys' fees and costs.

2       348.   In compliance with Cal. Civ. Code § 1782(d), an affidavit of venue was filed

3   concurrently with the original Complaint.

### THIRD CAUSE OF ACTION

### VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW,

### CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.*

7       349.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as

8   if fully set forth herein.

9       350.   The UCL prohibits any "unlawful, unfair or fraudulent business act or practice,"

10  Cal. Bus. & Prof. Code § 17200.

### Fraudulent

12      351.   General Mills' use of the challenged health and wellness claims on products

13  containing high amounts of added sugar are likely to deceive reasonable consumers, as is

14  General Mills' omission of material information regarding the dangers of the added sugar in

15  its cereals.

### Unfair

17      352.   General Mills' conduct with respect to the labeling, advertising, and sale of

18  General Mills high-sugar products was and is unfair because General Mills' conduct was and

19  is immoral, unethical, unscrupulous, or substantially injurious to consumers and the utility of

20  its conduct, if any, does not outweigh the gravity of the harm to its victims.

21      353.   General Mills' conduct with respect to the labeling, advertising, and sale of

22  General Mills high-sugar products was also unfair because it violated public policy as

23  declared by specific constitutional, statutory or regulatory provisions, including the False

24  Advertising Law, the Federal Food, Drug, and Cosmetic Act, and the California Sherman

25  Food, Drug, and Cosmetic Law.

26      354.   General Mills' conduct with respect to the labeling, advertising, and sale of

27  General Mills high-sugar products was also unfair because the consumer injury was

28  substantial, not outweighed by benefits to consumers or competition, and not one consumers

1 | themselves could reasonably have avoided.

2 | **Unlawful**

3 | 355.    The acts alleged herein are "unlawful" under the UCL in that they violate at least

4 | the following laws:

5 |         a.      The False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*;

6 |         b.      The Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*; and

7 |         c.      The Federal Food, Drug, and Cosmetic Act, 28 U.S.C. §§ 301 *et seq.*, and

8 | its implementing regulations, 21 C.F.R. §§ 101 *et seq.*; and

9 |         d.      The California Sherman Food, Drug, and Cosmetic Law, Cal. Health &

10 | Safety Code §§ 109875, *et seq.*

11 | **FOURTH CAUSE OF ACTION**

12 | **Breach of Express Warranty, Cal. Com. Code § 2313(1)**

13 | 356.    Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as

14 | if set forth in full herein.

15 | 357.    Through the labels of high-sugar General Mills products bearing health and

16 | wellness claims, General Mills made affirmations of fact or promises, and made descriptions

17 | of goods, that formed part of the basis of the bargain, in that plaintiffs and the class purchased

18 | the products in reasonable reliance on those statements. Cal. Com. Code § 2313(1).

19 | 358.    These affirmations include, for each of the following products:

| Product | Warranties |
|---------|------------|
| Honey Nut Cheerios | • "CAN HELP lower CHOLESTEROL"<br>• "Honey Nut Cheerios can . . . help take care of your heart."<br>• "eating Honey Nut Cheerios is . . . one part of living a healthy lifestyle" |
| Apple Cinnamon Cheerios | • "CAN HELP lower CHOLESTEROL"<br>• "Flavors your heart will Love!"<br>• "wholesome GOODNESS" |

| Product | Warranties |
|---|---|
| Frosted Cheerios | • "CAN HELP lower CHOLESTEROL"<br>• "Flavors your heart will Love!"<br>• "wholesome GOODNESS" |
| Fruity Cheerios | • "Flavors your heart will Love!" |
| Banana Nut Cheerios | • "Flavors your heart will Love!" |
| Multi Grain Cheerios | • "MAY reduce THE RISK OF HEART DISEASE"<br>• "Nutrition Packed"<br>• "Lightly Sweetened"<br>• "wholesome GOODNESS" |
| Chocolate Cheerios | • "May Reduce the Risk of Heart Disease"<br>• "Flavors your heart will Love!"<br>• "Heart-healthy Cheerios cereals deliver nutrition you can trust"<br>• "is a heart-healthy choice for your whole family" |
| Cinnamon Burst Cheerios | • "Flavors your heart will Love!" |
| Dulce de Leche Cheerios | • "Flavors your heart will Love!"<br>• "Dulce de Leche Cheerios delivers nutrition you can trust"<br>• "a breakfast that . . . is good for you"<br>• "Lightly Sweetened" |
| Multi Grain Peanut Butter Cheerios | • "can help you manage weight" |
| Honey Nut Cheerios Medley Crunch | • "Can Help Lower cholesterol" |
| Cheerios + Ancient Grains | • "may Reduce the Risk of Heart Disease"<br>• "Cheerios + Ancient Grains offers a great deal of **health benefits**"<br>• "Lightly Sweetened" |

119

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

| Product | Warranties |
|---|---|
| Fiber One Raisin Bran Clusters | • "your taste buds will never know how well you're eating"<br>• "With the high fiber in many Fiber One cereals to help curb your appetite, you'll be more likely to say 'no thank-you' whenever mid-morning temptation strikes."<br>• "Lightly Sweetened" |
| Fiber One Honey Clusters | • "your taste buds will never know how well you're eating"<br>• "With the high fiber in many Fiber One cereals to help curb your appetite, you'll be more likely to say 'no thank-you' whenever mid-morning temptation strikes."<br>• "Lightly Sweetened"<br>• "Fiber One: One simple weight loss step"<br>• "may help you stick to your weight loss plan!" |
| Fiber One Nutty Clusters & Almonds | • "your taste buds will never know how well you're eating"<br>• "With the high fiber in many Fiber One cereals to help curb your appetite, you'll be more likely to say 'no thank-you' whenever mid-morning temptation strikes."<br>• "Lightly Sweetened" |
| Fiber One Protein Maple Brown Sugar & Cranberry Almond | • "Fiber One Protein"<br>• "wholesome goodness" |
| Chex Chocolate, Cinnamon, Honey Nut, Vanilla, & Apple Cinnamon | • "Simply Nutritious" |
| Basic 4 | • "HEART HEALTHY"<br>• "A low fat part of your Heart Healthy Diet"<br>• "healthful fruit and nut medley"<br>• "a good, wholesome breakfast." |
| Raisin Nut Bran | • "a good, wholesome breakfast." |

120

| Product | Warranties |
|---|---|
| Oatmeal Crisp Crunchy Almond | • "Heart Healthy!"<br><br>• "a good, wholesome breakfast." |
| Oatmeal Crisp Hearty Raisin | • "Heart Healthy!"<br><br>• "Include Oatmeal Crisp hearty raisin cereal as part of your heart-healthy eating plan."<br><br>• "For a happier & healthier heart!"<br><br>• "can help lower cholesterol"<br><br>• "Reduced risk of heart disease."<br><br>• "can help lower blood pressure"<br><br>• "reduce the risk of heart disease"<br><br>• "a nutritious breakfast"<br><br>• "lightly sweetened" |
| Honey Kix | • "LIGHTLY SWEETENED"<br><br>• "Our promise is simple: we'll always give you a cereal that provides good nutrition your kids need"<br><br>• "KIX Assurance / For over 70 years, moms have trusted our commitment to good nutrition." |

359.   General Mills breached its express warranties by selling products that are not healthy, not heart healthy, not nutritious, and not lightly sweetened, but which in fact detrimentally affect health, increasing risk of CHD, stroke, and other morbidity.

360.   Plaintiffs gave General Mills notice of the breach before filing or asserting the claim, but General Mills failed to remedy the breach.

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT

361.   General Mills' breach actually and proximately caused injury in the form of the lost money plaintiffs and Class members suffered by purchasing the high-sugar General Mills products bearing the foregoing warranties.

## FIFTH CAUSE OF ACTION

### Breach of Implied Warranty of Merchantability, Cal. Com. Code § 2314

362.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

363.   General Mills, through its representations set forth herein above in paragraph 389, in the sale, marketing and promotion of high-sugar General Mills products bearing health and wellness claims, made representations to plaintiffs and the Class that, among other things, the products were healthy. Plaintiffs and the Class bought high-sugar products bearing health and wellness claims manufactured, advertised, and sold by General Mills as described herein.

364.   General Mills is a merchant with respect to the goods of this kind which were sold to plaintiffs and the class, and there was, in the sale to plaintiffs and other consumers, an implied warranty that those goods were merchantable.

365.   However, General Mills breached that implied warranty in that General Mills high-sugar products bearing health and wellness claims are not healthy, and otherwise did not conform to General Mills' affirmation and descriptions, as set forth in detail herein.

366.   Plaintiffs gave General Mills notice of the breach before filing or asserting the claims, but General Mills failed to remedy the breach.

367.   As an actual and proximate result of General Mills' conduct, plaintiffs and the Class members were damaged because they did not receive goods as impliedly warranted by General Mills to be merchantable in that they did not conform to promises and affirmations made on the container or label of the goods.

## **PRAYER FOR RELIEF**

368.   Wherefore, plaintiffs, on behalf of themselves, all others similarly situated, and the general public, pray for judgment against General Mills as to each and every cause of action, and the following remedies:

a.     An Order certifying this as a class action, appointing plaintiffs and their counsel to represent the class, and requiring General Mills to pay the cost of class notice;

b.     An Order enjoining General Mills from labeling, advertising, or packaging the General Mills high-sugar products identified herein with the challenged health and wellness statements identified herein;

c.     An Order compelling General Mills to conduct a corrective advertising campaign to inform the public that General Mills high-sugar products were deceptively marketed;

d.     An Order enjoining General Mills' longstanding policy, practice, and strategy of marketing high-sugar foods with misleading health and wellness claims;

e.     An Order requiring General Mills to pay restitution to restore funds that may have been acquired by means of any act or practice declared by this Court to be an unlawful, unfair, or fraudulent business act or practice, untrue or misleading advertising, or a violation of the UCL, FAL, or CLRA;

f.     An Order requiring General Mills to pay all statutory, compensatory, and punitive damages permitted under the causes of action alleged herein;

g.     An Order requiring General Mills to disgorge or return all monies, revenues, and profits obtained by means of any wrongful or unlawful act or practice;

h.     Pre- and post-judgment interest;

i.     Costs, expenses, and reasonable attorneys' fees; and

j.     Any other and further relief the Court deems necessary, just, or proper.

## JURY DEMAND

369.   Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: December 7, 2018          /s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER

123

1

2   *melanie@jackfitzgeraldlaw.com*
   Hillcrest Professional Building
3   3636 4th Ave., Ste. 202
   San Diego, CA 92103
4   Phone: (619) 692-3840
   Fax: (619) 362-9555
5   ***Counsel for Plaintiffs and the Putative Class***

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Truxel et al. v. General Mills Sales, Inc.*, Case No. 4:16-cv-04957-JSW (MEJ)
THIRD AMENDED CLASS ACTION COMPLAINT