1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               OAKLAND DIVISION

11

12   BEVERLY TRUXEL and STEPHEN                Case No. 4:16-cv-04957-JSW
     HADLEY, individually, and on behalf of
13   those similarly situated, and the general   **[PROPOSED] ORDER GRANTING**
     public,                                   **DEFENDANT GENERAL MILLS SALES**
14                                             **INC.'S MOTION TO DISMISS THIRD**
                         Plaintiffs,           **AMENDED COMPLAINT**
15
16         v.                                  Judge:   Hon. Jeffrey S. White

     GENERAL MILLS SALES, INC.,
17
                         Defendant.
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant General Mills Sales, Inc.'s ("General Mills") Motion to Dismiss brought under Federal Rule of Civil Procedure 12(b)(6). General Mills moves to dismiss Plaintiffs Beverly Truxel and Stephen Hadley's ("Plaintiffs") Third Amended Complaint ("TAC") for failure to state a claim because the challenged food labels would not mislead a reasonable consumer and on federal preemption grounds.

Plaintiffs claim that General Mills violates California's consumer protection laws by labeling its Cereals with factual claims and other statements (which Plaintiffs identify in the TAC as "Health & Wellness" claims) that Plaintiffs allege are false or misleading given the Cereals' sugar content. (TAC ¶¶ 340–354 (citing California's False Advertising Law, Consumer Legal Remedies Act, and Unfair Competition Law.)) Plaintiffs further allege that certain Health & Wellness claims create express and implied warranties that General Mills breached by selling products Plaintiffs consider to be unhealthy. (TAC ¶¶ 356–367.) General Mills moved to dismiss the TAC. The Court grants General Mills' motion to dismiss.

The TAC's operative theory of relief——that Plaintiffs were deceived about the Cereals' sugar content even though the labels plainly disclosed that content, and that the Cereals are unhealthy based on articles that do not plausibly demonstrate that consuming added sugar in cereal causes negative health effects—are implausible. In this regard, the Court agrees with the reasoning in *Clark v. Perfect Bar, LLC*, Case No. 18-cv-6006-WHA (N.D. Cal. Dec. 21, 2018) (Dkt. No. 23) and *Becerra v. Coca-Cola, Co.*, 2018 WL 1070823, at *4 (N.D. Cal. Feb. 27, 2018). Faced with a complaint almost identical to the TAC, filed by the same counsel, the *Clark* Court held that "[n]o consumer, on notice of the actual ingredients described on the packaging including honey and sugar, could reasonably overestimate the health benefits of the bar merely because the packaging elsewhere refers to it as a health bar and describes the recipe as having been handed down from a health-nut parent." *Id.* at 1–2. So too here: The Cereals' labels plainly disclose the amount of sugar in the products, enabling a reasonable consumer to make an informed choice about whether to buy and consume them. The labels are not misleading. Likewise, in *Becerra*, the Court declined to credit

-1-

the plaintiff's allegations that diet soda causes weight gain when those allegations were based studies that showed only "a strong correlation between artificial sweeteners and weight gain," instead of causation. *Id.* at *4. Here, as in *Becerra*, the studies cited in the TAC do not support Plaintiffs' central premise that the Cereals are unhealthy. Plaintiffs' TAC therefore fails to allege facts sufficient to demonstrate that General Mills' advertisements are false and misleading, and it is dismissed with prejudice.

Independent of these grounds for dismissal, many of the claims in the TAC would not be misleading to a reasonable consumer under the court's reasoning in *Hadley v. Kellogg Sales Co. (Hadley II)*, 273 F. Supp. 3d 1052, 1081 (N.D. Cal. 2017). This Court expressly adopted *Hadley II* in both of its prior dismissal orders, directing that Plaintiffs should err on the side of excluding claims possibly barred by *Hadley's* reasoning when amending the complaint. (Dkt. No. 60 at 3–4; Dkt. No. 76 at 4.) Plaintiffs failed to heed this direction. Instead, Plaintiffs included claims in the TAC that are not misleading under *Hadley II*, such as the following true statements about the products: "a healthful fruit and nut medley" and "Calcium = an essential mineral that helps build strong bones and teeth." *See Hadley II*, 273 F. Supp. 3d at 1081 (dismissing "high fructose corn syrup" claims because the statement is true and not misleading).

The TAC also includes label statements that are nonactionable puffery. *Hadley II* dismissed as nonactionable puffery claims challenging statements using hard-to-quantify adjectives or adverbs (e.g., "better" or "unbelievably nutritious"), statements using the phrases "great start" or "full and focused," and statements that "[did] not describe 'specific or absolute characteristics' of the product, but involve[d] '[g]eneralized, vague, and unspecified assertions.'" (e.g., "Breakfast Brainpower"). 273 F. Supp. 3d at 1084–89. Nevertheless, Plaintiffs include claims in the TAC that are puffery, such as "It's a deliciously smart choice for everyone at your breakfast table," "GROWING UP STRONG / With Big G Cereals" and "your taste buds will never know how well you're eating." Legal claims based on these label statements are dismissed.

Many other label claims on which the TAC is based are implied nutrient content claims that are preempted under the Nutrition Labeling and Education Act ("NLEA"), 21 U.S.C. § 343-1(a)(5),

-2-

1   and this Court's prior dismissal orders and *Hadley II*. Adopting *Hadley II*, this Court previously
2   explained that nutrient content claims include those that "imply that the product contains fiber and
3   is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care
4   of you' in association with fiber or whole grains were preempted." Second Dismissal Order at 3;
5   *see also Hadley II*, 273 F. Supp. 3d at 1077 (dismissing "More of the whole grains your body needs"
6   as preempted nutrient content claim). Any label claim in the TAC that touts the benefits of whole
7   grains or fiber is a preempted implied nutrient content claim. Those claims include, "5 Lightly
8   Sweetened Whole Grains" and "Whole grains council stamp." *See* Declaration of Charles C. Sipos
9   ("Sipos Decl."), Ex. A. Those claims are dismissed.

10      Separately, many of the claims upon which the TAC is based are permitted health claims
11   that are preempted under NLEA. This Court explained in its Second Dismissal Order that "'heart
12   healthy' statements that are combined with [FDA-]approved language are . . . preempted." Second
13   Dismissal Order at 3; *see also In re Quaker Oats Labeling Litig.*, 2012 WL 1034532, at *16 (N.D.
14   Cal. Mar. 28, 2012) ("'heart healthy' statements and images of hearts with the claim that 'diets rich
15   in whole grain foods and other plant foods and low in saturated fat and cholesterol may help reduce
16   the risk of heart disease,'" contain permitted health claims). Under this rationale, several of
17   Plaintiffs' challenged statements—such as "Can help lower cholesterol" inside a heart vignette,
18   "Certified by the American Heart Association," and "Flavors your heart will love."—are preempted
19   health claims. *See Quaker Oats*, 2012 WL 1034532, at *3; *Hadley II*, 273 F. Supp. 3d at 1076;
20   Sipos Decl. Ex. A. The health claims on General Mills' Cereals comply with all applicable federal
21   regulations.

22      Plaintiffs' warranty claims fail for the reasons articulated above: because the labels are not
23   misleading to a reasonable consumer, there was no breach of implied or express warranty. *Viggiano*
24   *v. Hansen Natural Corp.*, 944 F. Supp. 2d 877, 893 (C.D. Cal. 2013).

25      For the foregoing reasons, the Court **GRANTS** General Mills' motion to dismiss Plaintiffs'
26   claims with prejudice. The Third Amended Complaint is hereby **DISMISSED** with prejudice.

27

28

PROPOSED] ORDER GRANTING GENERAL MILLS' MOTION TO DISMISS
Case No. 4:16-cv-04957-JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: _____, 2019

_____
The Honorable Jeffrey S. White
United States District Judge

-4-

**EXHIBIT A**

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| • "CAN HELP lower CHOLESTEROL" inside heart vignette | P. 1 - Honey Nut Cheerios<br>P.2 - Apple Cinnamon Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "what's your Heart Health I.Q.? / You're already pretty smart for discovering that great tasting Honey Nut Cheerios cereal can also help take care of your heart. But eating Honey Nut Cheerios is just one part of living a healthy lifestyle. How high is your Heart Health I.Q.? / Take this quiz and find out. / For each question, answer True or False. / (1) HDL is often called 'good cholesterol' / (2) All adults age 20 or older should have their cholesterol levels checked at least once every 5 years. / (3) The soluble fiber in oats can help naturally lower your cholesterol. / (4) If it tastes great, it must be bad for you. / (5) Sore joints are a sign of high cholesterol. / Answer Key: 1T, 2T, 3T, 4F, 5F. / SCORE (number correct): / 1-2 Maybe you should visit HoneyNutCheerios.com / 3-4 You know how to keep your heart happy / 5 Are you a cardiologist? / Visit HoneyNutCheerios.com for more information about this quiz and to improve your Heart Health I.Q." | P. 1 - Honey Nut Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Certified by the American Heart Association" | P. 1 - Honey Nut Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Flavors your heart will Love!" | P.2 - Apple Cinnamon Cheerios<br>P.2 - Frosted Cheerios<br>P.2 - Fruity Cheerios<br>P.2 - Banana Nut Cheerios<br>P.4 - Chocolate Cheerios<br>P.4 - Cinnamon Burst Cheerios<br>P.5 - Dulce de Leche Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "the easy choice for your happy, healthy family." | P.2 - Apple Cinnamon Cheerios | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "wholesome GOODNESS" | P.2 - Apple Cinnamon Cheerios<br>P.2 - Frosted Cheerios | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| • "CAN HELP lower CHOLESTEROL" in heart vignette | P.2 - Frosted Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Please visit www.GeneralMills.com/health" | P.2 - Banana Nut Cheerios | Reasonable consumer—non-actionable puffery; does not say anything specific about Cereal.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90. | |
| • "MAY reduce THE RISK OF HEART DISEASE" in heart vignette | P.3 - Multi Grain Cheerios | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • "DIETS LOW IN SATURATED FAT AND CHOLESTEROL MAY REDUCE THE RISK OF HEART DISEASE. MULTIGRAIN CHEERIOS CEREAL IS LOW IN FAT (1.5g), SATURATED FAT FREE AND CHOLESTEROL FREE." | P.3 - Multi Grain Cheerios | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • American Heart Association certification | P.3 - Multi Grain Cheerios | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • "Be sure to pack plenty of Os as a healthy snack" | P.3 - Multi Grain Cheerios | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "It's never too early to get them on a healthy diet" | P.3 - Multi Grain Cheerios | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "The Cheerios family of brands helps nourish the lives of young children" | P.3 - Multi Grain Cheerios | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Nutrition Packed" | P.3 - Multi Grain Cheerios | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| • "5 Lightly Sweetened Whole Grains in every bowl!" | P.3 - Multi Grain Cheerios | Preempted implied nutrient content claim (whole grains). *See* Mot. at 12; *Hadley II*, 273 F. Supp. 3d at 1077–78.<br><br>Claims that "imply that the product contains fiber and is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care of you' in association with fiber or whole grains were preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Lightly Sweetened" | P.3 - Multi Grain Cheerios<br>P.5 - Dulce de Leche Cheerios<br>P.6 - Cheerios + Ancient Grains<br>P.7 - Fiber One Raisin Bran Clusters<br>P.7 - Fiber One Honey Clusters<br>P.8 - Fiber One Nutty Clusters & Almonds | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Wholesome Goodness" | P.3 - Multi Grain Cheerios<br>P.8 - Fiber One Protein Maple Brown Sugar<br>P.9 - Fiber One Protein Cranberry Almond | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4 | |

-5-

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| • "Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Chocolate Cheerios cereal is low in fat (1g), saturated fat and naturally cholesterol free." | P.4 - Chocolate Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Heart-healthy Cheerios cereals deliver nutrition you can trust" | P.4 - Chocolate Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "a perfect balance of whole grain goodness and a delicious touch of chocolate taste in every bite. One delightful serving of Chocolate Cheerios has 9 grams of sugar and is a heart-healthy choice for your whole family. A great combination that will make you and your family smile." | P.4 - Chocolate Cheerios | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Dulce de Leche Cheerios delivers nutrition you can trust" | P.5 - Dulce de Leche Cheerios | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | "[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "It's a deliciously smart choice for everyone at your breakfast table" | P.5 - Dulce de Leche Cheerios | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "a breakfast that not only tastes good, but is good for you" | P.5 - Dulce de Leche Cheerios | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Slimming waist" design | P.5 - Multi Grain Peanut Butter Cheerios | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • "New! Multi Grain Cheerios Peanut Butter cereal makes my world feel like some big wonderful whirl of peanut | P.5 - Multi Grain Peanut Butter Cheerios | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| butter taste. . . . It's easier than ever to help keep me feeling fit and fabulous." | | "[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "More grains. Less you! / . . . can help you manage weight." | P.5 - Multi Grain Peanut Butter Cheerios | Preempted implied nutrient content claim (whole grains). *See* Mot. at 12; *Hadley*, 273 F. Supp. 3d at 1077–78.<br><br>Claims that "imply that the product contains fiber and is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care of you' in association with fiber or whole grains were preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "More Grains. LESS YOU! / People who choose more whole grains tend to weigh less than those who don't." | P.5 - Multi Grain Peanut Butter Cheerios | Preempted implied nutrient content claim (whole grains). *See* Mot. at 12; *Hadley*, 273 F. Supp. 3d at 1077–78.<br><br>Claims that "imply that the product contains fiber and is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care of you' in association with fiber or whole grains were preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Another feel good flavor" | P.5 - Multi Grain Peanut Butter Cheerios<br>P.5 - Multi Grain Cheerios Dark Chocolate Crunch | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Can Help Lower cholesterol" in heart vignette | P.6 - Honey Nut Cheerios Medley Crunch | Preempted health claim. *See* Mot. at 12–13; *Hadley*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Honey Nut Medley Crunch Cheerios . . . Can help lower cholesterol" | P.6 - Honey Nut Cheerios Medley Crunch | Preempted health claim. *See* Mot. at 12–13; *Hadley*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "MAKE YOUR HEART SING / THREE GRAMS OF SOLUBLE FIBER CAN HELP LOWER CHOLESTEROL." | P.6 - Honey Nut Cheerios Medley Crunch | Preempted health claim. *See* Mot. at 12–13; *Hadley*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "may Reduce the Risk of Heart Disease" in heart vignette | P.6 - Cheerios + Ancient Grains | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • "Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Cheerios + Ancient Grains cereal is low in fat (2g), low in saturated fat (0.5g) and cholesterol free." | P.6 - Cheerios + Ancient Grains | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • "Cheerios + Ancient Grains offers a great deal of health benefits" | P.6 - Cheerios + Ancient Grains | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • "your taste buds will never know how well you're eating." | P.7 - Fiber One Raisin Bran Clusters<br>P.7 - Fiber One Honey Clusters<br>P.8 - Fiber One Nutty Clusters & Almonds | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "With the high fiber in many Fiber One cereals to help curb your appetite, you'll be more likely to say 'no thank-you' whenever mid-morning temptation strikes." | P.7 - Fiber One Raisin Bran Clusters<br>P.7 - Fiber One Honey Clusters<br>P.8 - Fiber One Nutty Clusters & Almonds | Preempted nutrient content claim (fiber). *See* Mot. at 12; *Hadley II*, 273 F. Supp. 3d at 1077–78.<br><br>Claims that "imply that the product contains fiber and is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care of you' in association with fiber or whole grains were | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Fiber One: One simple weight loss step – that tastes great!" | P.7 - Fiber One Honey Clusters | Preempted nutrient content claim (fiber). *See* Mot. at 12; *Hadley II*, 273 F. Supp. 3d at 1077–78.<br><br>Claims that "imply that the product contains fiber and is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care of you' in association with fiber or whole grains were preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "may help you stick to your weight loss plan!" | P.7 - Fiber One Honey Clusters | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • Weight Watchers sponsorship | P.7 - Fiber One Honey Clusters | Not misleading to a reasonable consumer. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1080. | |
| • "Fiber One Protein" | P.8 - Fiber One Protein Maple Brown Sugar<br>P.9 - Fiber One Protein Cranberry Almond | Preempted nutrient content claim (fiber). *See* Mot. at 12; *Hadley II*, 273 F. Supp. 3d at 1077–78.<br><br>Claims that "imply that the product contains fiber and is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care of you' in association with fiber or whole grains were preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| • "Simply Nutritious" | P.9 - Chex Chocolate<br>P.10 - Chex Cinnamon<br>P.10 - Chex Honey Nut<br>P.10 - Chex Vanilla<br>P.11 - Chex Apple Cinnamon | Reasonable consumer—non-actionable puffery. *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Great Tasting HEART HEALTHY" in heart vignette | P.11 - Basic 4 | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Diets low in saturated fat and cholesterol may reduce the risk of heart disease. Basic 4 cereal is low in fat, low in saturated fat and naturally cholesterol free." | P.11 - Basic 4 | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "A low fat part of your Heart Healthy Diet" | P.11 - Basic 4 | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | "[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "A Delicious Blend of Sweet and Tangy Fruits, Crunchy Almonds and a Wholesome Variety of Grains" | P.11 - Basic 4 | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "A harvest of wholesome sweetness" | P.11 - Basic 4 | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "healthful fruit and nut medley" | P.11 - Basic 4 | Not misleading to a reasonable consumer—factually true statement. *See* Mot. at 9; *Hadley II*, 273 F. Supp. 3d at 1080. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | "[T]rue phrases are not misleading to the reasonable consumer." Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "a good, wholesome breakfast" | P.11 - Basic 4<br>P.12 - Raisin Nut Bran<br>P.12 - Oatmeal Crisp Crunchy Almond | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Great Tasting & Heart Healthy!," in heart vignette | P.12 - Oatmeal Crisp Crunchy Almond | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • Heart Vignette under "OATMEAL CRISP" banner | P.12 - Oatmeal Crisp Crunchy Almond<br>P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| • "heart healthy" | P.12 - Oatmeal Crisp Crunchy Almond | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Great Tasting & Heart Healthy!" | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Include Oatmeal Crisp hearty raisin cereal as part of your heart-healthy eating plan." | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "For a happier & healthier heart!" | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | "[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Try Both Heart Healthy Flavors of Oatmeal Crisp." | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Irresistible taste that's heart healthy!" | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "can help lower cholesterol" | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.<br><br>"[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Reduced risk of heart disease." | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.  "[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "Are you ready for a cereal that's so tasty, so deliciously satisfying, that you look forward to eating a nutritious breakfast? With Oatmeal Crisp hearty raisin you can jumpstart your day with the unbeatable crunch of lightly sweetened, whole grain flakes, juicy raisins and hearty oat clusters. It's a satisfying, nutritious cereal that contains ingredients that can help lower blood pressure and reduce the risk of heart disease." | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.  "[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • "That's why . . . Hearty Raisin . . . / Is great tasting and heart healthy" | P.13 - Oatmeal Crisp Hearty Raisin | Preempted health claim. *See* Mot. at 12–13; *Hadley II*, 273 F. Supp. 3d at 1075–76.  "[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| • "LIGHTLY SWEETENED" | P.14 - Honey Kix | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Kid Tested, Mother Approved" | P.14 - Honey Kix | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Our promise is simple: we'll always give you a cereal that provides good nutrition your kids need and great taste your kids love." | P.14 - Honey Kix | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "KIX Assurance / For over 70 years, moms have trusted our commitment to good nutrition." | P.14 - Honey Kix | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | "[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Calcium = an essential mineral that helps build strong bones and teeth." | P.14 - Honey Kix | Not misleading to a reasonable consumer— factually true statement. *See* Mot. at 9; *Hadley II*, 273 F. Supp. 3d at 1080.<br><br>"[T]rue phrases are not misleading to the reasonable consumer." Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "Vitamin D = a nutrient that helps growing bodies absorb calcium." | P.14 - Honey Kix | Not misleading to a reasonable consumer— factually true statement. *See* Mot. at 9; *Hadley II*, 273 F. Supp. 3d at 1080.<br><br>"[T]rue phrases are not misleading to the reasonable consumer." Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "GROWING UP STRONG / With Big G Cereals" | P.15 - Cinnamon Toast Crunch<br>P.15 - Cocoa Puffs<br>P.15 - Lucky Charms<br>P.15 - Trix | Reasonable consumer—non-actionable puffery.  *See* Mot. at 10–12; *Hadley II*, 273 F. Supp. 3d at 1084–90.<br><br>"[S]tatements like 'unbelievably nutritious,' and 'positively nutritious' are [puffery]. . . . So too are statements such as 'great start,' 'full and focused,' and 'daring amount of cinnamon' or 'world of goodness.'" Second Dismissal Order, Dkt. No. 76, at 4. | |
| • "MAY reduce THE RISK OF HEART DISEASE" in heart vignette | P.4 - Chocolate Cheerios | Preempted health claim. *See* Mot. at 12–13; *Hadley*, 273 F. Supp. 3d at 1075–76. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
| | | "[D]istinct from the claims that do not have the FDA-approved language associated with it, the Court here finds that the 'heart healthy' statements on Defendant's packaging that are combined with such approved language are also preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |
| • Whole Grains Council Stamp | P. 1 - Honey Nut Cheerios<br>P.2 - Apple Cinnamon Cheerios<br>P.2 - Frosted Cheerios<br>P.2 - Fruity Cheerios<br>P.2 - Banana Nut Cheerios<br>P.3 - Multi Grain Cheerios<br>P.4 - Chocolate Cheerios<br>P.4 - Cinnamon Burst Cheerios<br>P.5 - Dulce de Leche Cheerios<br>P.5 - Multi Grain Peanut Butter Cheerios<br>P.5 - Multi Grain Cheerios Dark Chocolate Crunch<br>P.6 - Honey Nut Cheerios Medley Crunch<br>P.7 - Fiber One Raisin Bran Clusters<br>P.7 - Fiber One Honey Clusters<br>P.8 - Fiber One Nutty Clusters & Almonds<br>P.8 - Fiber One Protein Maple Brown Sugar<br>P.9 - Fiber One Protein Cranberry Almond<br>P.9 - Chex Chocolate | Preempted implied nutrient content claim (whole grains). *See* Mot. at 12; *Hadley II*, 273 F. Supp. 3d at 1077–78.<br><br>Claims that "imply that the product contains fiber and is healthier as a result or that contain . . . statements involving the words 'wholesome' or 'take care of you' in association with fiber or whole grains were preempted." Second Dismissal Order, Dkt. No. 76, at 3. | |

| Claim | SAC App'x Page(s) & Product(s) | Reason Subject to Dismissal | Dismissed With Prejudice |
|---|---|---|---|
|  | P.10 - Chex Cinnamon<br>P.10 - Chex Honey Nut<br>P.10 - Chex Vanilla<br>P.11 - Chex Apple Cinnamon<br>P.11 - Basic 4<br>P.12 - Raisin Nut Bran<br>P.12 - Oatmeal Crisp Crunchy Almond<br>P.13 - Oatmeal Crisp Hearty Raisin<br>P.14 - Honey Kix<br>P.14 - Cinnamon Toast Crunch<br>P.14 - Cocoa Puffs<br>P.15 - Lucky Charms<br>P.15 - Trix |  |  |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 11, 2019, I caused to be filed via the CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

/s/ Mica D. Klein
Mica D. Klein, *pro hac vice*
MicaKlein@perkinscoie.com

-1-

CERTIFICATE OF SERVICE
Case No. 4:16-cv-04957-JSW