1   David T. Biderman (Bar No. 101577)
    DBiderman@perkinscoie.com
2   Jacqueline E. Young (Bar No. 280374)
    JYoung@perkinscoie.com
3   PERKINS COIE LLP
    505 Howard Street, Suite 1000
4   San Francisco, CA  94105-3204
    Telephone:  415.344.7000
5   Facsimile:  415.344.7050

6   Charles C. Sipos (*pro hac vice*)
    CSipos@perkinscoie.com
7   Jeffrey M. Hanson (*pro hac vice*)
    JHanson@perkinscoie.com
8   Mica D. Simpson (*pro hac vice*)
    MSimpson@perkinscoie.com
9   Lauren Watts Staniar
    LStaniar@perkinscoie.com
10  PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
11  Seattle, WA  98101-3099
    Telephone:  206.359.8000
12  Facsimile:  206.359.9000

13  *Attorneys for Defendant*
    *General Mills Sales, Inc.*

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                     OAKLAND DIVISION

18

19  BEVERLY TRUXEL and STEPHEN          Case No. 4:16-cv-04957-JSW
    HADLEY, individually, and on behalf of
20  those similarly situated, and the general   The Honorable Jeffrey S. White
    public,
21                                          **DEFENDANT GENERAL MILLS SALES,**
                    Plaintiffs,             **INC.'S STATEMENT OF RECENT**
22                                          **DECISION**
            v.
23                                          Civil L.R. 7-3
    GENERAL MILLS SALES, INC.,
24
                    Defendant.
25

26

27
                                 -1-
28
    GENERAL MILLS' STATEMENT OF RECENT DECISION
    Case No. 4:16-cv-04957-JSW

    143651203.1

1        Pursuant to Civil Local Rule 7-3(d) and in support of Defendant General Mills Sales,

2  Inc.'s ("General Mills") Motion to Dismiss Third Amended Complaint (Dkt. No. 85), General

3  Mills respectfully submits the following relevant judicial opinion published after the date General

4  Mills' reply memorandum was filed with the Court: The Second Circuit's recent Summary Order

5  in *Manuel v. Pepsi-Cola, Co.*, No. 18-1748 (2d Cir. Mar. 15, 2019). A copy of the March 15,

6  2019 Order is attached hereto has Exhibit A.

7

8  DATED:  March 19, 2019                  **PERKINS COIE LLP**

9

10                                By: */s/ Charles C. Sipos*
                                    Charles C. Sipos (*pro hac vice*)

11                                    CSipos@perkinscoie.com

12                                    David T. Biderman (Bar No. 101577)
                                    DBiderman@perkinscoie.com

13                                    Jacqueline E. Young (Bar No. 280374)
                                    JYoung@perkinscoie.com

14                                    PERKINS COIE LLP
                                    505 Howard Street, Suite 1000

15                                    San Francisco, CA 94105-3204
                                    Telephone: 415.344.7000

16                                    Facsimile: 415.344.7050

17                                    Jeffrey M. Hanson (*pro hac vice*)
                                    JHanson@perkinscoie.com

18                                    Mica D. Simpson (*pro hac vice*)
                                    MSimpson@perkinscoie.com

19                                    Lauren Watts Staniar
                                    LStaniar@perkinscoie.com

20                                    PERKINS COIE LLP
                                    1201 Third Avenue, Suite 4900

21                                    Seattle, WA 98101-3099
                                    Telephone: 206.359.8000

22                                    Facsimile: 206.359.9000

23                                    *Attorneys for Defendant General Mills Sales, Inc.*

24

25

26

27

28

GENERAL MILLS' STATEMENT OF RECENT DECISION
Case No. 4:16-cv-04957-JSW

143651203.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 19, 2019, I caused to be filed via the CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

*/s/ Lauren Watts Staniar*
Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com

-3-

GENERAL MILLS' STATEMENT OF RECENT DECISION
Case No. 4:16-cv-04957-JSW

143651203.1