**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY TRUXEL and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>GENERAL MILLS SALES, INC.,<br><br>　　Defendant. | Case No. 3:16-cv-04957-JSW<br><br>**STATEMENT OF RECENT DECISION**<br><br>[Civil L.R. 7-3(d)(2)]<br><br>Judge:　Hon. Jeffery S. White |

Pursuant to N.D. Cal. Civ. L.R. 7-3(d)(2), and in support of plaintiffs' opposition to defendant General Mills' Motion to Dismiss Third Amended Complaint (Dkt. No. 91), plaintiffs hereby submit relevant judicial opinion published after the date of the opposition: the Ninth Circuit's March 7, 2019 decision in *Korolshteyn v. Costco Wholesale Corp.*, 2019 WL 1076857 (9th Cir. Mar. 7, 2019). A copy of this Ninth Circuit order is attached as Exhibit A.

Dated: March 22, 2019    Respectfully submitted,

/s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**Counsel for Plaintiffs and the Putative Class**