| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 16 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BEVERLY TRUXEL; STEPHEN HADLEY, individually, and on behalf of those similarly situated, and the general public,

        Plaintiffs-Appellants,

 v.

GENERAL MILLS SALES, INC.,

        Defendant-Appellee.

No.   19-16621

D.C. No. 4:16-cv-04957-JSW
Northern District of California, Oakland

ORDER

Before:  TASHIMA and HUNSAKER, Circuit Judges, and SELNA,[*] District Judge.

THE COURT is in receipt of the parties' Stipulated Motion to Voluntarily Dismiss Appeal. The motion is GRANTED and this appeal is hereby DISMISSED. The parties shall bear their own costs and fees on appeal.

**IT IS SO ORDERED.** A copy of this order shall serve as and for the mandate of this court.

---

[*] The Honorable James V. Selna, United States District Judge for the Central District of California, sitting by designation.